# EXHIBIT

# 1



# Walden University Doctoral Program Review

October 23, 2019

**Authors**

**Susan E. Andersson**

Doctoral Program Specialist
Tel: 651-259-3933
susan.andersson@state.mn.us

**Betsy Talbot**

Manager, Institutional Registration & Licensing
Tel: 651-259-3965
betsy.talbot@state.mn.us

**About the Minnesota Office of Higher Education**

The Minnesota Office of Higher Education is a cabinet-level state agency providing students with financial aid programs and information to help them gain access to postsecondary education. The agency also serves as the state's clearinghouse for data, research and analysis on postsecondary enrollment, financial aid, finance and trends.

The Minnesota State Grant Program is the largest financial aid program administered by the Office of Higher Education, awarding up to $198 million in need-based grants to Minnesota residents attending accredited institutions in Minnesota. The agency oversees tuition reciprocity programs, a student loan program, Minnesota's 529 College Savings Plan, licensing and early college awareness programs for youth.

**Minnesota Office of Higher Education**

1450 Energy Park Drive, Suite 350
Saint Paul, MN 55108-5227

Tel: 651.642.0567 or 800.657.3866
TTY Relay: 800.627.3529
Fax: 651.642.0675

Email: info.ohe@state.mn.us

# Contents

Part One: Overview                                                              3

1.1     About the MN Office of Higher Education                                  3

1.2     Executive Summary                                                        4

1.3     About Walden University                                                  5

1.4     Rationale                                                               6

1.5     Student Complaint Categories                                            7

    1.5.1 Committee Member Roles and Turnover                              8

    1.5.2 Student Progress and Withdrawals                                12

    1.5.3 Advertising                                                     13

1.6     Approach                                                               13

1.7     Analysis                                                               15

Part Two: Walden's Doctoral Programs                                           17

2.1. Walden University: Background                                             17

    2.1.1 Enrollment                                                      20

    2.1.2 Retention                                                       23

    2.1.3 Graduation and Completion                                       25

    2.1.4 Comparison Schools                                              29

2.2 Walden University: Doctoral Curriculum                                     31

    2.2.1 Capstone Courses                                                33

    2.2.2 Capstone Syllabi                                                34

    2.2.3 KAM Modality                                                    37

    2.2.4 Curricular Changes                                              38

    2.2.5 Dissertation Handbook Modifications                             41

    2.2.6 Dissertation Rubric Modifications                               43

2.3. Student Enrollment Information for Select Walden Programs                 44

    2.3.1 Doctor of Business Administration                               46

    2.3.2 Doctor of Education                                             49

    2.3.3 Ph.D. in Psychology                                             53

    2.3.4 Ph.D. in Public Policy                                          57

    2.3.5 Ph.D. in Management                                             63

2.4. Walden's Faculty                                                          68

    2.4.1 Faculty Credentials                                             68

2.4.2 Teaching Load                                                                          68

2.4.3 Faculty Turnover                                                                       73

Part Three: Walden's Policies and Procedures                                                 78

3.1 Committee Member Roles & Responsibilities                                                78

3.1.1 Committee Feedback                                                                      78

3.1.2 Committee Transitions                                                                   79

3.1.3 Committee Loads and Ratios                                                              80

3.1.4 Monitoring Committees                                                                   84

3.2       Student Progress and Withdrawal                                                     86

3.2.1 Faculty and Grading                                                                     87

3.2.2 Advising and Outreach                                                                   89

3.2.3 Early Assessment of Capstone Skills                                                     89

3.3       Advertising                                                                         91

3.3.1 Walden Program Data Information                                                         92

3.3.2 Web Page: Tuition and Fees                                                              96

3.3.3 Recruitment Processes and Materials                                                    98

3.4. Accreditation and Program Evaluation                                                     99

3.4.1 Program Reviews                                                                        100

3.4.2 Accreditation Standings and Reports                                                    103

Part Four: Conclusion and Recommendations                                                   104

4.1       Conclusion                                                                         104

4.1.1 Grading Policies                                                                       104

4.1.2 Administrative Monitoring                                                              104

4.1.3 Program Advertising                                                                    105

4.1.4 Timely and Substantive Feedback                                                        105

4.2       Recommendations                                                                    106

Appendices                                                                                   107

Appendix A. MN Doctoral Program Review Process and Request Letter to Walden                  108

Appendix B. Categories of Complaints                                                         114

Appendix C. Tuition Waivers                                                                  115

Appendix D. Capstone Process Flowchart                                                       117

Appendix E. Dissertation Process Worksheet                                                   120

Appendix F. Walden Recruitment and Advisement                                                123

Appendix G. Substantial Progress Grading                                                     126

# Part One: Overview

## 1.1 About the MN Office of Higher Education

In the United States, the oversight of postsecondary institutions is a shared responsibility between the federal government, state governments, and accreditation organizations, commonly called "the triad." The federal government is responsible for the administrative and fiscal integrity of its student financial aid programs; state governments issue licenses to institutions that are eligible to operate in the state[1]; and accreditation organizations are responsible for ensuring that programs and institutions of higher education meet acceptable levels of quality in teaching and learning while also promoting continuous improvement in those areas.

The Minnesota Office of Higher Education (OHE) authorizes private colleges and universities to operate in Minnesota through registration under the Minnesota Private and Out-of-State Public Postsecondary Education Act.[2] The registration process is used to validate the legitimacy of courses and programs leading to academic degrees of private nonprofit and for-profit institutions operating in Minnesota.[3] The purpose of this validation process is to provide assistance and protection for persons choosing private institutions and programs.[4]

Under the Act, OHE is responsible for establishing policies and procedures to assure the legitimacy of private postsecondary education institutions and programs.[5] One of OHE's policies and procedures is to investigate complaints from students that question the authenticity and legitimacy of their private institution, its programs, and its adherence to its policies and procedures.[6] In the event of violations of the above items, OHE has authority to request the institution take remedial action or take administrative action against the institution.

---

[1] In Minnesota, the licensure process for degree-granting institutions is called "registration".

[2] See Minn. Stat. §136A.61-136A.71

[3] See Minn. Stat. §136A.61

[4] See Minn. Stat. §136A.61

[5] See Minn. Stat. §136A.61

[6] Complaint investigations are were codified in 2017 under Minn. Stat. §136A.672. When OHE is unable to determine the nature and activities of a school on the basis of the information required for registration under Minn. Stat. §136A.672 subd 1, OHE shall notify the school of additional information needed. See Minn. Stat. §136A.64 subd. 4.

# 1.2  Executive Summary

The Minnesota Office of Higher Education (OHE) completed a program review of Walden University's doctoral programs. Walden University (Walden) is a degree-granting institution with administrative offices in Minnesota and has been registered with OHE since 1997. The purpose of the comprehensive program review was to 1) understand the context, background, and issues related to student complaints; 2) ensure that doctoral programs are providing quality programs for students; 3) collaborate with institutions to take corrective action, if needed; and 4) substantively decrease the frequency of doctoral student complaints. In order to meet these goals, the objectives of the program review were to increase OHE's understanding of student complaints, student retention and completion, doctoral curriculum, and doctoral faculty.[7] Further, OHE requested information related to Walden's recruitment practices, advertising, and student advising.

The intended audience for this report is the Minnesota Office of Higher Education. Information provided herein will assist OHE in understanding the nature of complaints filed from 2008-2016, as well as context and background, in order to process complaints from Walden's doctoral students in the future. Doctoral programs require a high degree of knowledge and skill in the production of independent research or a scholarly product. Students work independently to complete this product during the final phases of their program (referred to herein as "capstone" or "capstone phase") and there are distinct steps and requirements to gain approval of the final product. Furthermore this report will provide clarity into the curriculum, faculty, and administrative oversight of doctoral programs offered by Walden University.

As noted in the goals and objectives, the program review is intended to provide OHE with a comprehensive review of doctoral programs in order to increase the office's understanding of complaints. This understanding will be useful to OHE in reviewing future complaints, as filed from Walden University. The report is comprised of three sections: 1) introduction to OHE and Walden University with an overview of the complaint categories, 2) background regarding Walden's doctoral programs, and 3) review of Walden's policies and practices connected to the complaint categories. The report is presented in this manner to provide the rationale for program review and background on Walden's doctoral programs prior to the review of policies and practices related to the complaint categories.

Student complaints can be attributed to a variety of reasons. The aim of the review is not to make conclusive statements that there is a definitive cause(s) to student complaints, given the nuances of the complaints and the limits in the information provided to OHE.[8] Rather, the aim was to more fully understand the categories and patterns as viewed through the student complaints, which may provide opportunities for Walden for continued improvement and for OHE to gain additional understanding and context, as well as establish benchmarking in order to better respond to future student complaints.

Based on the categories identified through the review of complaints, OHE reviewed Walden's policies and practices related to 1) committee member roles and turnover, 2) student progress and withdrawals, and 3) advertising. Findings from this review suggest that Walden has implemented a number of initiatives aimed at

---

[7] See Appendix A, Minnesota Doctoral Program Review Process
[8] For instance, complete complaint files and correspondence for internal complaints were neither requested nor provided.

decreasing the concerns identified in the student complaints. Many of these recent initiatives include 1) an update to program web pages to display a range of program credits and costs, 2) policies for committee loads, 3) policies for grading capstone courses, and 4) early assessment of writing skills at the time of admission. Because many of the initiatives were recently implemented, OHE recommends continued monitoring of these interventions and their target outcomes in order to determine their impact on the doctoral student experience and if the number of doctoral student complaints decreases.

## 1.3  About Walden University

Walden University is a for-profit postsecondary institution with academic headquarters in Minneapolis, Minnesota. Walden provides distance-education to students in all 50 states, the District of Columbia, and select programs are provided to international students. Walden offers degrees (baccalaureate, masters, and doctoral levels), certificates, and teacher endorsements. Walden was founded in 1970 and accredited by the Higher Learning Commission (HLC) in 1990, with its most recent re-affirmation in 2013. Walden initially registered its doctoral programs with the Minnesota Office of Higher Education in 1997 (at that time they were regulated under the Private Career School Act, renumbered to Minn. Stat. §136A.82-136A.824).[9]

Walden's stated mission is to provide a diverse community of career professionals with the opportunity to transform themselves as scholar-practitioners enabling them to create positive social change.[10] Walden notes that they serve and provide "broad access" to underrepresented populations, which may otherwise not have the opportunity to further their education.[11] Walden indicates that is not a traditional or typical university; the average age of a Walden student is 39 years old, 76% are female and 56% are minorities. According to Walden survey results, 76% of Walden students are working full time, 53% have one or more children living in the home, and 53% are first generation students whose parents have not completed a bachelor's degree. As of fall 2016, Walden had approximately 56,000 active students.

As of spring 2016, Walden offered a total of twenty (20) distinct doctoral programs, including traditional (conferring the Doctor of Philosophy) and professional doctoral programs (conferring the Doctor of Business Administration, for example). Doctoral degrees are the highest level of degree one can earn and can be awarded in a variety of fields or subject areas. According to Walden, doctoral programs, including the process of completing a dissertation, are extremely rigorous and require a high-level of academic work and extensive research and original writing.[12]

---

[9] Walden noted its first doctoral degree offering was in 1970 and Minnesota recognized Walden's Ph.D. and Ed.D. degrees since 1979.
[10] 10/28/2016 Walden letter to OHE
[11] 10/28/2016 Walden letter to OHE
[12] OHE is in agreement with this statement.

## 1.4  Rationale

The Office of Higher Education experienced an increase in the number of complaints from students in online doctoral programs, including those offered by Walden University. OHE decided to initiate a program review of Minnesota-based, online-delivered doctoral programs in order to:

1) Understand the context, background, and issues underlying student complaints,

2) Ensure that doctoral programs are providing quality programs for students,

3) Collaborate with institutions to take corrective action, if needed, and

4) Substantively decrease the frequency of doctoral student complaints. [13]

Given the complaints received by the Minnesota Attorney General's Office (MNAG) related to Walden University's doctoral programs (N=18)[14], the MNAG determined follow up by OHE was warranted. The complaints submitted to the Minnesota Attorney General's Office centered on students' experiences while completing the capstone phase of the program (dissertation or doctoral project). Students relayed concerns that Walden's practices may have needlessly delayed student progress, resulting in additional unnecessary costs. These complaints were similar in nature to those received directly by the office; however, OHE did not validate these complaints or use them in the review unless the complaints were also filed with the office. [15]

Based on the nature of the complaints as filed directly by students to the Minnesota Office of Higher Education, the program review focused on the administration and oversight of Walden's doctoral academic offerings, the doctoral student academic experience, and the academic support of these programs. Walden's practices related to financial and business operations (e.g., financial aid, billing) were not a focus of the current review.

---

[13] For a complete description of the program review process, see Appendix A, *Minnesota Doctoral Program Review Process*.
[14] Of the complaints OHE received from the MNAG, fourteen (14) did not file a complaint with OHE or Walden. These complaints were reviewed exclusively based on the narrative provided by the student on the MNAG form and any supplemental information provided. All 14 complaints centered on delays at the dissertation stage (e.g., committee changes, slow progress, inconsistent committee feedback, taking more courses than published minimum required). OHE was not granted permission to share these complaints with Walden; OHE did not account for them in the analysis.
[15] OHE did contact all students who filed complaints with the MNAG and had not yet filed a complaint with OHE; not all students responded to OHE and/or submitted a complaint to OHE. OHE did share complaint information with Walden, for those who elected to file a complaint with the office, as per standard process.

# 1.5  Student Complaint Categories

From the data provided to OHE from Walden as part of the program review, OHE reviewed 983 distinct Walden University doctoral student complaints over an eight year period (from September 2008 to September 2016). Specifically, OHE received and reviewed 887 complaints from Walden that had been filed directly with the institution (internal) and an additional 96 complaints filed with external agencies (external), such as OHE, the federal government or the Minnesota Attorney General. Complaints, both internal and external, were reviewed and categorized by the office. For categories, as defined by the office, see Appendix B, *Categories of Complaints.*

The office did not re-open and/or re-evaluate complaints as originally filed with the Agency, nor did OHE make judgments based on the review and determinations already conducted by internal Walden offices and external agencies. Because specific student experiences are nuanced and unique, results from the student complaint review are not generalized to reflect the experiences of an entire student body.

The majority of complaints filed directly with Walden (referred to as internal complaints) were lodged with the Office of Student Affairs, which has the responsibility to resolve student complaints and/or facilitate resolution with the appropriate Walden department. Walden has noted that tuition waivers are an appropriate resolution of legitimate concerns raised by students, whether the concerns are attributable to Walden or not. Reasons (if noted on the internal complaint information provided by Walden to OHE) for waivers in response to internal student complaints included delays in feedback from faculty, committee changes, ineffective committee members, and overall capstone progress. [16]

In only two cases (one was still pending at the time of the review) was a finding from an external agency cited. In this case, the finding was that Walden failed to communicate timely academic warnings. Thirteen internal complaints contained notations that the issues raised were resolved via a confidential settlement; nine of these complaints were categorized as relating to the dissertation and/or delays with the capstone process.

Of the 983 total complaints, 502 related to non-academic issues (e.g., billing, financial aid) or were outside of the program review's scope (e.g., discrimination, grading as related to faculty judgment), and therefore, were not included in the program review. The remaining 481 complaints related to academic issues, which can be broadly organized into six groups: academic support, overall progress, institutional staff, KAM[17] courses, and the capstone phase.

Approximately half of the academic complaints related to the capstone phase of the program (N=245), which are the primary focus of this program review. Review of the other academic complaints (N=236) related, in general, to a particular course, academic support units, a staff person, or KAMs.

The capstone phase of the program occurs when students are actively and exclusively working on their dissertation or doctoral project. At this point, students have successfully completed all their required coursework

---

[16] For broad categories of all tuition waivers provide to students for the timeframe of the current review, see Appendix C, *Tuition Waivers,* for more information.

[17] KAM stands for Knowledge Area Modules and relates to a type of program route. For more information on KAMs, see Part Two, Chapter Two, *Doctoral Curriculum.* KAM designated as a separate category as

and passed any other program requirements (e.g., comprehensive examination). Students in the capstone phase must continuously register for dissertation or doctoral project/study courses and complete all steps and approvals for their dissertation or final project/study to be approved.[18] This may mean students complete more than the minimum capstone course requirement in order to meet Walden's standards for a scholarly product. Capstone courses are taken for credit and have the same associated tuition cost per credit as didactic courses. For a complete overview of credits and capstone course requirements by specific programs, see Part Two, Chapter Two: *Walden's Doctoral Curriculum,* Table 10.

In OHE's review of the capstone complaints, three predominant categories emerged:

> 1) Committee member roles and turnover,
>
> 2) Student progress and withdrawals, and
>
> 3) Advertising.

Students identified these issues as problematic, with each impacting their timely completion of the program, loss of value or expectancy, and/or inability to complete the program.[19] Each of these categories will be explained below.

## 1.5.1 Committee Member Roles and Turnover

Students who reach the capstone phase are assigned a committee (made up of three faculty members), which provides guidance, feedback, and approval of their capstone work (e.g., dissertation or doctoral project). One faculty member serves as the committee "chair," another as a "second member," while the University Research Reviewer, the third member, ensures quality, rigor, and integrity of the work against university guidelines.[20] The chair and second member serve as content and methodology experts (these functions can be shared or split among members).

Up until recently, students were responsible for selecting and securing two faculty members to serve on their dissertation committee.[21] Once committee members were approved, a student must progress through many phases in order to complete their dissertation (see Appendix D, *Capstone Process Flowchart* and Appendix E, *Dissertation Process Worksheet*), many of these approval steps require faculty committee approval before advancing to the next phase.

---

[18] For a complete overview of the steps required to complete the capstone, see Appendix D, *Capstone Process Flowchart.* The minimum number of capstone courses required depends on the program and ranges from 15 to 20 total credits, for currently offered programs.

[19] OHE is not validating these issues as problematic and is not assuming that complaints equate with institutional or programmatic problems.

[20] Walden URR Manual, June 2016, https://academicguides.waldenu.edu/ld.php?content_id=15245643

[21] According to Walden, committees were assigned to students by the program beginning in May 2017, with the goal to have all doctoral programs assigning committees to students by the end of 2017.

The first category that emerged from capstone complaints was related to concerns over the time it took to advance to the next phase due to contradictory feedback from committee members and the significant amount of faculty turnover on their committee, which could also result in contradictory feedback.

## Committee Member Feedback

Those who complained often characterized committee member feedback as delayed, inconsistent, and/or confusing. For instance, students noted issues with delays in receiving feedback (e.g., time from submitted material to when feedback from committee received), mid-stream changes to the methods (e.g., rubrics or assessments) of evaluating their work, disagreements among committee members, and inability to pass through various stages, such as the University Research Review.

Students conveyed concerns when feedback from the committee was not provided in a timely manner, or was inconsistent with the time published in Walden's policies. Students rely on timely feedback from their committee members in order to proceed expeditiously through the various stages of the capstone process.

Students also expressed confusion when committee members disagreed or, more commonly, feedback provided by, and among members, was inconsistent from one draft to another. One student wrote, "my chair would have me spinning wheels for several years without getting anywhere… she would have me go back to the same part again even after she already approved it."[22]

Students also cited a lack of clarity of committee members' roles and authority, often noting they had the "green light" to move forward from committee chair only to have the proposal rejected by the research reviewer (URR). For example, one student stated, "…my document has been submitted to the [URR] on three separate occasions with conflicting results…the comments are inconsistent and indicative of not having reviewed prior statements made on previous evaluations."[23]

## Committee Turnover

When committee members changed, students noted this created additional delays as new members would request changes to work previously approved. Specifically, students noted that it was not uncommon for new committee members to request additional changes, leading to delays while they incorporated the new feedback. One student, who was assigned a fourth chair within one year stated, "My progress in this program has slowed due to the ….chairs [who] quit or refuse to work with students due to workload."[24] Another, who was assigned a total of four (4) chairs, noted, "…I have had a revolving door of committee members…," and "I am running out of finances to complete my education and feel that it is the fault of the University for not assigning me the proper committee members to complete this process."[25]

Walden noted that changes in committee may be the result of: a student request, faculty departures from the university, or faculty requesting the change. OHE requested the names of committee chairs, committee members,

---

[22] Q04_001250
[23] Q4_002609
[24] Q4_002035
[25] Q4_00317

and dates of service for all students who filed a complaint; as shown in Figure 1, it was not uncommon for students who filed a complaint to experience a change in those faculty assigned as committee chair. [26]

**Figure 1. Number of Committee Chairs for to Students Who Filed a Complaint (N=242)**



Second committee members (Figure 2), [27] and university research reviewers (Figure 3) [28] assigned to students who filed a complaint related to the capstone phase are presented in the following charts. Please note that students who filed a complaint may still be actively enrolled in their program.

---

[26] Source: Walden (Q1 – Internal Student Complaints.xlsx). Three students were identified by OHE as having complaints regarding the capstone phase; Walden indicated these students had not received committee assignments/had not reached capstone phase.

[27] Not all students who filed a complaint had a second member assigned. For example, three students were identified by OHE as having complaints regarding the capstone phase; however, Walden indicated these students had not received committee assignments/had not reached capstone phase.

[28] Not all students who filed a complaint had a URR assigned. For example, three students were identified by OHE as having complaints regarding the capstone phase; however, Walden indicated these students had not received committee assignments/had not reached capstone phase

**Figure 2. Number of Second Committee Members for Students Who Filed a Complaint (N=235)**



**Figure 3. University Research Reviewers Assigned to Students Who Filed a Complaint (N=195)**



It is not uncommon for students to experience turnover of faculty assigned to their committee. Ideally, a student would have one committee chair, one second member, and one university research reviewer throughout their capstone phase in order to provide continuity and consistent expectations. There are many possible reasons for a change in committee membership (i.e., student or the faculty initiated the change or faculty departure from university). OHE does not know the specific reasons for the change in committee membership for those students who filed a complaint.

# 1.5.2 Student Progress and Withdrawals

The second category that emerged related to students who complained about their lack of progress and/or failure to complete their program. This category refers to those students who withdrew, were administratively withdrawn by Walden, or were nearing the possibility of withdrawal by Walden (based on policies on maximum time limits to complete the degree). Students cited lack of progress as resulting from factors attributable to Walden's practices or faculty (e.g., faculty did not provide adequate or timely support); students rarely attributed their lack of progress to their own abilities or life circumstances. Walden often cited lack of progress based on student ability, life circumstances, failure to incorporate feedback, or sporadic attendance (e.g., taking a leave of absence from the program).[29]

Once students enter the capstone phase (upon completion of didactic coursework), they are continuously and automatically registered for capstone courses, under the direction of their committee chair. During this phase, students are working on the completion of their dissertation or doctoral project and there are two mechanisms used in the evaluation of their work: capstone course grades and approval on capstone rubric assessments.

Capstone courses are graded ("pass" or "fail") upon completion of each course, according to the expectations and requirements as outlined in the syllabus.[30] In addition to requirements on the course syllabus, student must also progress through the various approval stages and receive passing scores on assessments (e.g., rubrics) in order to move forward.[31] Because progression is not based solely on completion of courses, students may complete more than the minimum capstone course requirement in order to meet Walden's standards. For example, the Doctor of Business Administration Program minimum time to complete the required number of DDBA 9000 capstone courses is 2.5 semesters, or 45 weeks (based on continuous enrollment and completion of two DDBA 9000 courses per semester).

In student complaints, students made reference to their didactic course history (e.g., having received all A's in didactic courses) and ensuing frustration resulting from failure to pass through the capstone phase expeditiously (e.g., not passing rubric assessments). Walden communicated to OHE that grades received in the didactic portion of the program are not predictive nor indicative of success during the capstone phase.[32] Specifically, Walden stated that "student's grades for the didactic portion of the program are not an indication of successful dissertation writing. All students enter the dissertation portion of the program with different writing abilities and skills gap that are addressed during that process."[33] As follows, it is possible that a student could receive all passing grades for their didactic courses and then fail capstone courses.

According to Walden's policy, students who receive two unsatisfactory grades are administratively withdrawn from the University. For example, one student completed 25 dissertation courses and was administratively withdrawn from the University for receiving two failing grades; the student noted, "…I just felt helpless… because

---

[29] The purpose of the program review is not to determine which of the causes to a student delay or withdrawal is attributable to the student, Walden, or both.

[30] See Part 2, Chapter 2 for a complete description of capstone course requirements.

[31] See Appendix D and E for a description of the stages of assessing the capstone work.

[32] OHE is not making a conclusive statement whether this viewpoint or program design is appropriate.

[33] Walden response to student complaint 6/28/2016, p.4

I couldn't make progress no matter how much I tried and begged for help. [34] Finally after five years of delays and little to no help, I decided to request another chairperson for one last shot." [35] This student also noted, "I feel that dismissing me for two U grades is way too harsh, especially since I have been with the university since 2008 and spent thousands of dollars to get this close to completion." [36]

Due to the costs resulting from prolonged capstone phase (each capstone course carries same tuition), [37] several students made the decision to withdraw from their program after exhausting their federal financial aid eligibility and thereby inhibiting their ability to finance their education.

### 1.5.3 Advertising

Advertised program length and cost was the final category as categorized from complaints related to Walden's capstone phase. Oftentimes students would cite they were "promised" or told that their program would take a certain amount of time (e.g., informed the DBA program could be completed in three years) only to find out that this was not their experience. For example, one student stated, "When I started this program...I was told [it] would take three to four years to complete. Six years later, I am still attending the school with no clear direction or end date and $75,000 in student loans." [38] Another student wrote, "I was informed by the Walden University enrollment counselor that the whole program would take three years, including only five 9000 courses. The same information was presented to me by faculty during our first residency." [39]

Although students noted such promises, many were not able to provide supporting documentation as some of the information was provided to them verbally. Documentation on time to completion or program requirements, as submitted by students, included degree program plans or other "path to completion" documents, which stated things like "generally plan" to take capstone courses a certain number of times. For specific program plan information as reviewed by OHE, see Appendix F, *Walden Recruitment and Advisement,* Table A3, Program Guides.

## 1.6  Approach

In order to accomplish the goals as stated above (see Part One, *Rationale*), information provided from Walden to OHE was examined based on the following objectives which are listed in Table 1, along with the corresponding report chapter. These objectives were defined by the Minnesota Office of Higher Education as a means to guide doctoral program reviews. [40]

---

[34] 80 total dissertation credits; 41 credits over the minimum required
[35] Q04_001250
[36] Q04_001260
[37] Walden has instituted a new policy (effective summer 2017) in which students past their sixth year in their program may be eligible for a 20% reduction in tuition.
[38] Q04_003288
[39] Q04_00531
[40] Minnesota Doctoral Programs Review Process, Appendix A.

**Table 1. MN Doctoral Program Review Objectives Aligned with Report Chapters**

| OBJECTIVE | REPORT CHAPTER |
|---|---|
| 1. Increase OHE's understanding of student complaints filed internally at Walden University. | Student Complaints (Part One, Chapter 5) |
| 2. Increase OHE's understanding of the doctoral student complaint process between Walden University and the MN Attorney General's Office and other state and federal agencies. | Student Complaints (Part One, Chapter 5) |
| 3. Increase OHE's understanding of the total doctoral students enrolled in doctoral programs at Walden University. | Walden University Background: Enrollment (Part Two, Chapter 1) |
| 4. Increase OHE's understanding of doctoral student retention rates by examining year-by-year doctoral student retention rates at the institution and program levels. | Walden University Background: Retention (at institutional level) (Part Two, Chapter 1) Analysis of Select Walden Programs (at the program level) (Part Two, Chapter 2) |
| 5. Increase OHE's understanding of doctoral student graduation rates by examining institution and program level graduation rates. | Walden University Background> Graduation (at institutional level) (Part Two, Chapter 1) Analysis of Select Walden Programs (at the program level) (Part Two, Chapter 3) |
| 6. Increase OHE's understanding of curriculum program and dissertation handbook modifications for each doctoral program. | Walden University Doctoral Curriculum (Part Two, Chapter 2) |
| 7. Increase OHE's understanding of learning and content management systems used for doctoral programs. | Walden University Advising and Academic Monitoring (Part Three, Chapter 1) |
| 8. Increase OHE's understanding of faculty mentor/chair to student ratios. | Walden University Faculty> Committee Chairs (Part Two, Chapter 5) |
| 9. Increase OHE's understanding of doctoral program teaching loads. | Walden University Faculty> Teaching Assignments (Part Two, Chapter 4) |
| 10. Increase OHE's understanding of faculty turnover rates at the institution, program, and individual levels. | Walden University Faculty> Turnover (Part Two, Chapter 4) |

OHE informed Walden of the program review and made the initial request for information on September 16, 2016. As information was reviewed by OHE, additional requests were made to Walden in order to provide the Agency with greater clarity and context into the doctoral programs, and to validate claims made by Walden.

A summary of the information reviewed by OHE is presented in sections as outlined below. Each section is intended to provide context and background related to the doctoral student experience and to ensure the quality of programs, as referenced in the goal of the program review.

Part Two: Walden Doctoral Programs: Information is presented in four chapters:

- Chapter one presents information on student enrollment, retention, and completion for doctoral students across all of Walden's programs.
- Chapter two provides information about Walden's doctoral curriculum, including courses required, the KAM (Knowledge Area Modules) modality, sequence of steps to gain an approved doctoral study or dissertation, changes to the doctoral curriculum, and methods of evaluating the doctoral study or dissertation.
- Chapter three provides in-depth student enrollment information specifically for the five (5) largest Walden doctoral programs. These programs were selected as they comprise a large percentage of the total doctoral student enrollment and the majority of student academic complaints originated from these programs.
- Chapter four provides information on Walden's faculty who teach or supervise in doctoral programs. This includes information on doctoral faculty turnover, doctoral committee assignments, and faculty to student ratios.

Part Three: Walden's Policies and Procedures: Information is presented on the policies, procedures, and systems used in Walden's doctoral programs. Chapters therein address policies and procedures related to committee roles and responsibilities, student progress and withdrawals, and advertising.

Part Four: Conclusion and Recommendations: The report concludes with a summary of the policies and procedures as related to the doctoral student complaints (i.e., grading polices, administrative monitoring, program advertising, and timely and substantive feedback), as well as recommendations for Walden University.

# 1.7 Analysis

In order to provide OHE with necessary and sufficient context, and to meet the objectives of the program review, background on Walden University will be presented in Part Two, *Walden Doctoral Programs.* This chapter includes a review of Walden's student enrollment, curriculum, and faculty, as per the objectives of the program review. Due to limitations on national benchmarks and comparison schools, OHE is unable to fully analyze information related to Walden's students (including retention and completion) and faculty (including retention and workload assignments). However, information provided offers necessary depth and breadth to understand complaints filed by students in Walden's doctoral programs.

Walden's policies, practices, and procedures related to 1) committee member roles and responsibilities, 2) student progress and withdrawals, and 3) advertising are presented in Part Three, *Walden Policies and Procedures.* This section addresses the predominant categories that resulted from OHE's review of student complaints which pertained to the capstone phase of a doctoral program (completion of the dissertation or doctoral project/study).

Student complaints can be attributed to a variety of reasons. The aim of the review is not to make conclusive statements that there is a definitive cause(s) to student complaints, given the nuances of the complaints and the limits in the information provided to OHE.[41] Rather, the aim is to more fully understand the categories and

---

[41] For instance, complete complaint files and correspondence for internal complaints were neither requested nor provided.

patterns based on student complaints, which may provide to Walden opportunities for continued improvement and allow OHE to gain additional understanding and context, as well as establish benchmarking metrics in order to better respond to future student complaints.

# Part Two: Walden's Doctoral Programs

In order to meet the objectives of the program review, this section presents information related to Walden's doctoral programs including relevant information on Walden's doctoral program offerings, the doctoral curriculum, analysis of student data for five (5) of Walden's programs, and Walden's doctoral faculty.

When reviewing complaints, it is important for OHE to have context regarding the length of time a program has been offered as well as the overall and program-level student enrollment. Having this information provides background to analyze whether the complaints match the overall program student population or whether complaints are confined to only a few programs. Understanding the number of students who are retained as well as the number who complete the program is also relevant, given the complaints which centered on time to completion and administrative withdrawals

## 2.1. Walden University: Background

Walden's first doctoral program was offered in 1970. From 1989 through 2003, Walden's doctoral offerings were exclusively Ph.D. programs; as noted in Table 2, the Ed.D. (Doctor of Education) was first offered in 2004, and the first professional doctorate, the DBA (Doctor of Business Administration) was first offered in 2008. All in all, Walden offered fourteen (14) traditional doctoral programs and six (6) professional doctoral programs as of spring 2016. The first KAM-based program[42] was the Ph.D. in Management (1989). A course-based program was added in 2009. In 2015, the teach-out of the KAM-based Ph.D. in Management program began. Walden reported that, as of spring 2016, there were 271 students still active in the Ph.D. Management KAM program and 361 in the Ph.D. in Education KAM program. The other KAM programs had less than 20 students remaining.

As illustrated in Figure 4, Walden's doctoral programs most significant growth (for the time frame of the review) occurred between 2013 and 2016, when doctoral offerings grew from eleven (11) to twenty (20).

---

[42] KAM stands for Knowledge Area Module and refers to a learning model which was used by Walden's doctoral programs and is based on a self-directed learning model that allowed students to develop specialized knowledge. This modality is distinct from course-based models which have weekly requirements. See Part Two, *Doctoral Curriculum: KAM modality* for more information.

**Figure 4. Walden Doctoral Program Offerings for Years 1989 through 2016**



The 20 doctoral programs offered -as of spring 2016- are organized within four colleges: the Richard W. Riley College of Education and Leadership, College of Health Sciences, College of Social and Behavioral Sciences, and the College of Management and Technology. Please note these colleges and schools have additional program offerings beyond the doctoral degree programs listed here.

Walden's Ph.D. programs are offered via a variety of specializations and routes. Specializations refer to specific areas of study within a degree. For example, the Ph.D. in Management offers five possible specializations (i.e., finance, human resource management, information systems management, leadership and organization change, and self-designed). Students in this program would declare a specialization and then complete the twenty (20) associated credits to meet the specialization requirements. Routes refers to the specific type of program-delivery, for instance: course-based (traditional courses); mixed-model (a combination of traditional and KAM-based); and KAM-based. KAM stands for Knowledge Area Modules which are similar to independent research studies (see section on curriculum for more information).

Table 2 below lists the doctoral programs organized by college or school, the year the program began, and the percentage of student enrollment by program (to the whole doctoral program population). Note the Ed.D., Ph.D. in Psychology, and DBA programs comprised the largest percentage of doctoral students, as of fall 2017. Several doctoral programs have received specialized programmatic accreditation, listed by accreditor and year of accreditation. The School of Management programs, including those at the bachelor and master's levels,[43] are accredited by the Accreditation Council for Business Schools and Programs (ACBSP); the School of Nursing's Doctor of Nursing Practice is accredited by the Commission on Collegiate Nursing Education (CCNE); the School of Counseling programs, including those at the master's level are accredited by the Council for Accreditation of Counseling and Related Educational Programs (CACREP); and the Richard W. Riley College of Education and

---

[43] Baccalaureate (Business Administration, Separate Accreditation-Accounting), Master's (Masters of Business Administration, Separate Accreditation-Accounting)

Leadership initial teacher preparation and advanced education preparation programs are accredited by the National Council for Accreditation of Teacher Education (NCATE).

### Table 2. Doctoral Programs, By College, Year of Adoption, Enrollment, and Accreditation

| | Year Adopted | Enrollment[44] | Accreditation/Yr. of Accreditation |
|---|---|---|---|
| College of Education and Leadership (COEL) | | | |
| Ed.D. in Education | 2004 | 15% | NCATE/2012 |
| Ph.D. in Education[45] | 1997 | 5% | |
| College of Health Sciences (CHS) | | | |
| School of Health Sciences | | | |
| Doctor of Healthcare Administration (DHA) | 2015 | 2% | |
| Doctor of Public Health (DPH) | 2014 | 2% | |
| Ph.D. in Health Education and Promotion | 2015 | 1% | |
| Ph.D. in Health Services[46] | 1997 | 3% | |
| Ph.D. in Public Health | 2003 | 6% | |
| School of Nursing | | | |
| Doctor of Nursing Practice (DNP) | 2011 | 6% | CCNE/2012 |
| Ph.D. in Nursing | 2014 | 2% | |
| College of Social and Behavioral Sciences (CSBS) | | | |
| School of Counseling | | | |
| Ph.D. in Counselor Education and Supervision | 2009 | 1% | CACREP/2014 |
| School of Psychology | | | |
| Ph.D. in Industrial/Organizational Psych. | 2014 | 1% | |
| Ph.D. in Psychology | 1997 | 12% | |
| Ph.D. in Criminal Justice | 2014 | 3% | |
| School of Public Policy and Administration | | | |
| Ph.D. in Public Policy and Administration[47] | 2001 | 9% | |
| School of Social Work and Human Services | | | |
| Doctor of Social Work (DSW) | 2013 | 2% | |
| Ph.D. in Human and Social Services[48] | 1997 | 4% | |
| Ph.D. in Social Work | 2013 | 1% | |
| College of Management and Technology (CMT) | | | |
| School of Information Systems and Technology | | | |
| Doctor of Information Technology | 2013 | 1% | |

[44] Student count with status of "still enrolled" as extracted from Walden-supplied *Doctoral Students First Enrolled Fall 2008-Fall 2017-FINAL.xlsx*; percentages are rounded for simplicity of display.
[45] KAM route last offered summer 2015
[46] KAM route last offered winter 2011
[47] KAM last offered fall 2012
[48] KAM last offered spring 2012

|  | Year Adopted | Enrollment[44] | Accreditation/Yr. of Accreditation |
|---|---|---|---|
| School of Management |  |  |  |
| Doctor of Business Administration (DBA) | 2008 | 16% | ACBSP/2011 |
| Ph.D. in Management[49] | 1989 | 6% | ACBSP/2011 |

Table 3 below lists KAM-based programs in order of inception dates. As shown, three KAM programs were introduced in 1997, the Ph.D. Management KAM in 1989, and the Ph.D. Public Policy in 2009. Programs had varying dates of discontinuance from winter 2011 up to summer 2015. As of spring 2016, the Ph.D. Management had 217 students enrolled and the Ph.D. Education had 361 students. The other KAM programs had less than 20 students enrolled.

**Table 3. KAM-based programs, Dates of Inception, Discontinuation, and Enrollment**

| Program | Inception | Last Offering | Spring 2016 Enrollment |
|---|---|---|---|
| PhD Management- KAM | 1989 | Summer 2014 | 271 |
| PhD Human Services- KAM | 1997 | Spring 2012 | 16 |
| PhD Health Services- KAM | 1997 | Winter 2011 | 12 |
| PhD Education- KAM | 1997 | Summer 2015 | 361 |
| PhD Public Policy- KAM | 2001 | Fall 2012 | 19 |

## 2.1.1 Enrollment

Students enrolled in Walden's doctoral programs represent approximately 32% of the total student population (See Figure 5).[50] The average age of a Walden student (assumes all students, not just doctoral) is 39 years old. The majority (76%) of Walden students are female and 56% are minorities.

---

[49] KAM last offered summer 2014; Ph.D. in AMDS changed to Ph.D. in Mgmt in 2009
[50] Program offerings and percentage of enrollment, spring 2016 (Walden letter to OHE, 10/28/16)

**Figure 5. Percentage of Enrollment, by Program Level**



Doctoral student enrollment in the Doctor of Education (Ed.D), Doctor of Business Administration (DBA), and Ph.D. in Psychology make up half of the total doctoral student enrollment (in aggregate, 2008-2017). See Figure 6. [51]

**Figure 6. Percentage of Enrollment, by Doctoral Program**



---

[51] Q2 Enrollment; excludes transfers; Programs with less than 5% of total doctoral enrollment were not labeled in the figure.

Total doctoral enrollment for years 2009 through 2016 is summarized in Table 4 (note: 2008 and 2017 are excluded as data reported for these years was only partial data). The first table shows enrollment by specific programs and the following chart, Figure 7, compares enrollments by calendar year, indicating Walden enrolled, on average, 5,300 doctoral students each year.

### Table 4. Doctoral Student Enrollment by Program for Years 2009 through 2016

| Program | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|
| Doctor of Education | 1711 | 1275 | 1220 | 1183 | 1106 | 785 | 937 | 731 |
| Doctor of Business Administration | 871 | 759 | 916 | 1095 | 1150 | 1050 | 1179 | 1032 |
| PhD in Psychology | 1209 | 840 | 786 | 781 | 707 | 631 | 582 | 498 |
| PhD in Public Policy and Administration - KAM and Course Based | 265 | 587 | 564 | 558 | 554 | 526 | 529 | 378 |
| PhD in Public Health | 432 | 413 | 414 | 407 | 384 | 278 | 352 | 302 |
| Doctor of Nursing Practice | | | 218 | 353 | 401 | 480 | 503 | 385 |
| PhD in Management - KAM and Course Based | | 137 | 298 | 299 | 251 | 308 | 351 | 262 |
| PhD in Human Services - KAM and Course Based | | 158 | 343 | 281 | 235 | 239 | 275 | 294 |
| PhD in Education - KAM and Course Based | 512 | 355 | 171 | 170 | 115 | 87 | 77 | |
| PhD in Health Services - Course Based | | 50 | 172 | 203 | 185 | 163 | 171 | 87 |
| PhD in Criminal Justice | | | | | | 135 | 286 | 267 |
| PhD in Counselor Education and Supervision | 22 | 198 | 169 | 76 | 48 | 72 | 94 | 56 |
| Doctor of Public Health | | | | | | 140 | 232 | 182 |
| Doctor of Information Technology | | | | | 31 | 133 | 146 | 156 |
| Doctor of Social Work | | | | | 32 | 106 | 142 | 147 |
| PhD in Nursing | | | | | | 116 | 170 | 126 |
| PhD in Industrial/Organizational Psychology | | <10 | 9 | 11 | 16 | 22 | 133 | 158 |
| Doctor of Healthcare Administration | | | | | | | 106 | 187 |
| PhD in Social Work | | | | | 22 | 74 | 82 | 65 |
| PhD in Health Education and Promotion | | | | | | | 24 | 70 |
| PhD in Forensic Psychology | | | | | | | | 33 |
| Doctor of Public Administration | | | | | | | | 47 |
| PhD in Clinical Psychology | | | | | | | | 24 |
| PhD in Developmental Psychology | | | | | | | | 15 |

**Figure 7. Enrollments by Calendar Year of Program Start**



## 2.1.2 Retention

Walden defines retention to include those students who are retained past their first term (e.g., those who enroll for their second term). A term is defined as a quarter (10 weeks) or semester (15 weeks), depending on the program. Information provided by Walden included those students who were retained through the first semester of the program. In other words, those who withdrew or were administratively withdrawn during their first term would not be included in the data on retention, provided by Walden. According to Walden, attrition during the first year of a program is not surprising, given many Walden students are balancing work, family, and school responsibilities.[52]

For context, the following Figure 8 illustrates doctoral students who withdrew (self-withdrawn or administratively withdrawn) within the first year of the program, across all programs, and for all doctoral students admitted between 2008 and 2016. Of students who withdrew, the most frequent upset occurs after completing two months of a program (N=5,314 students).

---

[52] Walden letter to OHE 7/21/2017.

**Figure 8. Withdrawn doctoral students, by months completed**



Retention rates have, on average and across all doctoral programs, remained generally consistent for cohorts 2008-2009 through 2012-2013, with 67% of students[53] across all doctoral programs retained at year one (see Table 5). An average of 45% of students across all doctoral programs are retained at year three. According to Walden, retention data is only calculated and analyzed through year three of a program. Retention beyond the third year is not a meaningful point for analysis for Walden because natural attrition would occur as students begin to complete their program(s). [54] Walden only includes those students who are retained through their first academic term in their retention rates. As such, the percentage retained does not include those who failed to complete their first term.

**Table 5. Retention rates, doctoral overall, by academic year cohort, years 2008-2009 through 2014-2015**

Doctoral Overall[55]

| Academic Year Cohort | # in Cohort | 1 Year | 2 year | 3 Year |
|---|---|---|---|---|
| 2008-09 | 4574 | 72% | 59% | 48% |
| 2009-10 | 4425 | 70% | 58% | 47% |
| 2010-11 | 4343 | 69% | 56% | 45% |
| 2011-12 | 4471 | 66% | 53% | 43% |
| 2012-13 | 4106 | 65% | 54% | 42% |
| 2013-14 | 4131 | 65% | 53% | |
| 2014-15 | 4687 | 64% | | |

---

[53] Students are defined as those who completed one academic term.
[54] OHE is interested in mechanisms Walden uses to segment out those students who have completed in order to monitor retention beyond year three of a program.
[55] Data provided by Walden (10/18/2017)

As noted in the table above, the number of students retained at year one has decreased over time; 72% retention rate for students in cohort 2008-2009 versus 64% for students in cohort 2014-2015.

Retention data by academic program is presented in Table 6, showing the average number of students who are retained at years one and three.

**Table 6. Average Retention Rate of Doctoral Students at Year One, Year three, By Program[56]**

| PROGRAM (Years Included) | COHORT | AVE 1 YR | AVE 3 YR |
|---|---|---|---|
| Doctor of Business Administration (08-13) | 3497 | 69% | 44% |
| Doctor of Education (08-13) | 596 | 59% | 48% |
| Ph.D. in Counselor Education and Supervision (09-13) | 425 | 47% | 36% |
| Ph.D. in Education - KAM ONLY (08-13) | 1295 | 54% | 34% |
| Ph.D. in Health Services - KAM ONLY (08-12) | 46 | 66% | 45% |
| Ph.D. in Human Services - KAM ONLY (08-12) | 425 | 56% | 35% |
| Ph.D. in Management - KAM ONLY (08-12) | 791 | 64% | 42% |
| Ph.D. in Psychology (08-12) | 3963 | 65% | 40% |
| Ph.D. in Public Health (08-12) | 1708 | 69% | 49% |
| Ph.D. in Public Policy and Administration - KAM ONLY (08-11) | 404 | 61% | 47% |
| Ph.D. in Public Policy and Administration - COURSE BASED ONLY (09-12) | 1868 | 69% | 47% |
| | | | |
| Average | | 62% | 42% |
| Standard Deviation | | 7% | 5% |

## 2.1.3 Graduation and Completion

The following section provides information on graduation rates and time to completion at the institutional level. Graduation rates, as defined by Walden, only includes those students who completed at least one year of their program, and includes the percentage from this group who went on to complete their program.[57] Time to degree completion ("completion rates") is defined by OHE to include the time (in months and/or years) it takes for students to complete the program, and does not exclude any students. The scope of the data for current review includes Walden students who were admitted and graduated between fall 2008 and fall 2017.[58]

---

[56] Source: Walden; includes only those programs within retention data available over the span of four years.
[57] Walden noted that there are no universally agreed-upon definitions of retention and graduation rates in higher education. Walden noted it utilizes guidance from professional accreditor, CCNE which advises programs to develop metrics that do not count attrition caused by non-curricular factors such as family and work obligations. 7/21/2017 Walden letter to OHE.
[58] Includes students with admission data of 2008 through 2016 and who completed by fall 2017. Data provided by Walden did include students who were admitted prior to 2008 and who graduated between fall 2008 and fall 2017. Therefore, analysis of results is limited to those who completed their program within eight (8) years.

The following graduation rates (Table 7) were provided to OHE by Walden, and includes the overall doctoral graduation rates, rates for professional doctorate (e.g., DBA), and for Ph.D. programs. The maximum time allowable for completion of doctoral programs is eight (8) years, and twenty-four percent (24%) of students (those retained past year one of their program, and who were admitted in academic year 2008-2009) complete a doctoral degree. The number in cohort as represented in the table below refers to those students who were retained past year one of their program.[59] For instance, for those with a program start date of 2009 (N=6,145), 2,275 students withdrew or were withdrawn, thereby meaning that 37% of the students were excluded from the graduation rates for the 2009 cohort.

**Table 7. Graduation Rates, by Academic Year Cohort, by Doctoral Overall, Professional Doctorates and Ph.D.**

**Doctoral Overall**

| Academic Year Cohort | # in Cohort | 2 Year | 3 Year | 4 Year | 5 Year | 6 year | 7 Year | 8 Year |
|---|---|---|---|---|---|---|---|---|
| 2008-09 | 3402 | 0% | 1% | 4% | 11% | 16% | 20% | 24% |
| 2009-10 | 3238 | <1% | 1% | 5% | 10% | 16% | 20% | |
| 2010-11 | 3142 | 0% | 1% | 5% | 10% | 16% | | |
| 2011-12 | 3103 | <1% | 3% | 8% | 16% | | | |
| 2012-13 | 2766 | <1% | 3% | 9% | | | | |
| 2013-14 | 2792 | 1% | 5% | | | | | |
| 2014-15 | 3137 | 1% | | | | | | |

**Professional Doctorates**

| Academic Year Cohort | # in Cohort | 2 Year | 3 Year | 4 Year | 5 Year | 6 year | 7 Year | 8 Year |
|---|---|---|---|---|---|---|---|---|
| 2008-09 | 1635 | 0% | 1% | 6% | 14% | 19% | 23% | 26% |
| 2009-10 | 1334 | 0% | 2% | 7% | 14% | 20% | 25% | |
| 2010-11 | 1303 | 0% | 2% | 7% | 13% | 19% | | |
| 2011-12 | 1389 | 1% | 7% | 14% | 24% | | | |
| 2012-13 | 1377 | <1% | 5% | 14% | | | | |
| 2013-14 | 1436 | 1% | 9% | | | | | |
| 2014-15 | 1533 | 1% | | | | | | |

**PhD**

| Academic Year Cohort | # in Cohort | 2 Year | 3 Year | 4 Year | 5 Year | 6 year | 7 Year | 8 Year |
|---|---|---|---|---|---|---|---|---|
| 2008-09 | 1871 | 0% | 1% | 3% | 8% | 13% | 18% | 22% |
| 2009-10 | 1937 | <1% | 1% | 3% | 8% | 13% | 18% | |
| 2010-11 | 1865 | 0% | <1% | 3% | 8% | 14% | | |
| 2011-12 | 1739 | 0% | 1% | 3% | 10% | | | |
| 2012-13 | 1405 | 0% | 1% | 4% | | | | |

---

[59] The number in cohort for graduation rates will differ from retention rates as Walden includes only those who completed one year in graduation rates, while only those who completed one term are included in retention rates.

**Doctoral Overall**

| Academic Year Cohort | # in Cohort | 2 Year | 3 Year | 4 Year | 5 Year | 6 year | 7 Year | 8 Year |
|---|---|---|---|---|---|---|---|---|
| 2013-14 | 1387 | <1% | 1% | | | | | |
| 2014-15 | 1664 | 0% | | | | | | |

Currently, higher education programs are required by federally-mandated gainful employment regulations to provide public information on program length and students graduating on time. According to the U.S. Department of Education's Gainful Employment ("GE") requirements, normal time to completion is defined as the amount of time necessary for a student to complete all requirements for the degree or certificate as provided in the institution's catalog. [60] On Walden's GE disclosures, doctoral programs have a published program length ranging from 58 months (4.8 years) to 74 months (6.2 years). [61] According to Walden, these published times are based on the average time to completion for those who complete (or graduate from) the program. Graduation rates, or the number of students who graduate within the normal time to completion, are not published on any of Walden's publicly-facing materials, [62] with the exception of those data as supplied for the College of Management and Technology. [63]

OHE was interested in understanding the completion time for students, in relation to the minimum time published on Walden's web pages[64] as well as the program length, published on Walden's program data web pages. [65] Of students who complete, fewer students[66] do so within the minimum time to completion compared to those that complete within the published time to completion (see Table 8 below).

---

[60] https://www.gpo.gov/fdsys/pkg/CFR-1997-title34-vol3/pdf/CFR-1997-title34-vol3-sec668-41.pdf

[61] Program Data https://www.waldenu.edu/programdata. According to Walden, information published on program data pages was based on a template that Walden was required to follow and all of the information published on these pages was based on prescribed rules and regulations issued by the DOE.

[62] Disclosures on time to completion were published on Walden's ED gainful employment disclosures as of 10/7/2016. According to Walden, program normal time and program designed time is longer than four years for all of Walden's doctoral programs and the GE disclosure is not designed to calculate completion rates for programs greater than four years. Walden notes that for these programs, the USDOE has directed institutions to enter zero for the number of students starting a program and students completing on time will appear as "N/A."

[63] For general outcome data for CMT, see: https://www.waldenu.edu/about/who-we-are/data/cmt-data Graduation rates for the Ph.D. in Management, see: https://www.waldenu.edu/-/media/Walden/files/about-walden/data/cmt/som-phd-mgt-grad-retention-3-29-2018.pdf?la=en; for the DBA, see: https://www.waldenu.edu/-/media/Walden/files/about-walden/data/cmt/som-dba-grad-retention-3-29-2018.pdf?la=en

[64] As an example, 3.3 years minimum completion requirement for the DBA Program: https://www.waldenu.edu/doctoral/doctor-of-business-administration/tuition-fees

[65] As an example, 56 months listed for program length for the DBA program: http://programdata.waldenu.edu/Doctor-BusAdmin/doctor-of-business-administration.html

[66] Based on all students who were admitted after fall 2008 and completed a program by fall 2017. Excludes transfers and re-admissions/re-enrolled.

**Table 8. Number and Percentage Students Completing by Minimum Time, Published Program Length**

| Program | Number of Students Completing | Minimum Time To Completion | Students Completing By Minimum Time | Published Program Length (GE Disclosures) | Percent Students Completing By Program Length Time |
|---|---|---|---|---|---|
| DBA | 733 | 3.3 years | 32% | 4.7 years | 70% |
| Ed.D. | 938 | 2.75 years | 12% | 4.7 years | 48% |
| Ph.D. Psychology[67] | 391 | 3.25; 5 years | n/a | 5.5; 7.1 years | n/a [68] |
| Ph.D. Management (KAM) | 116 | 3.75 years | 25% | 6 years | 78% |
| Ph.D. Management (COURSE) | 74 | 3 years | 15% | 4.8 years | 50% |

The following (Table 9) summarizes gainful employment disclosures, as provided by Walden. [69] This represents completion time for those students who completed the program in 2014-2015. On these disclosure pages, it reads: "how long will it take me to complete this program" and the response begins with "the program is designed to take X months to complete."

**Table 9. Gainful Employment Disclosures[70]**

| Program | Program Designed Time | Of Those That Complete (In 2014-15), Percentage Who Do So Within This Program Designed Time |
|---|---|---|
| Ph.D. Management[71] | 4.8 (58 months) | 24% |
| Ph.D. in Psychology | 5.5 (66 months) | 21% |
| DBA | 4.1 years (50 months) | 52% |

In addition to completion and retention rates, Walden provided national comparison data from a variety of sources. Having an understanding of comparable or peer institution completion data is important; however, Walden has noted there are no good comparisons because other online doctoral programs that educate non-traditional, working professional students do not publish their retention and graduation rates. [72]

---

[67] Unable to calculate completion rates by track for the Ph.D. in Psychology, as raw data sets provided did not identify students by track
[68] Of those who completed in 2014-2015, 24% did so within 5.5 years
[69] Q17_003415; Q17_003423; Q17_003441
[70] Language such as "program designed time" in the headers of this table is based on information as provided by Walden.
[71] KAM and/or course-based not specified
[72] Letter from Walden to OHE 10/2/2017

OHE does not know Walden's internally-defined goals or benchmarks related to completion rates. As such, OHE is unable to provide any statements regarding completion rates as meeting, exceeding, or failing to meet Walden's benchmarks or goals.[73]

# 2.1.4 Comparison Schools

Walden supplied national comparison data for doctoral graduation rates to the office.[74] This included a 2008 Council of Graduate Schools report based on cohorts entering between 1992 and 1998. Across disciplines, the results were: 11% complete in four years; 45% complete in seven years; 57% complete in 10 years. Another report published in 2008-2009 that included graduation rates from 62 AAU (Association of American Universities) member institutions, found that 42% of doctoral students completed within nine years (for those with a master's degree) and 27% completed within nine years (for those without a master's degree). Walden also cited UNC Charlotte's graduation rates for Ph.D. students entering between 2003 and 2008 with the average five year completion rate at 35%. OHE does not know what metrics were used in the calculation of these rates (e.g., whether only students retained past a certain point in their program are included or whether all students admitted are included in the rates).

The National Center for Education Statistics administers the Integrated Postsecondary Education Data System, commonly referred to as IPEDS. Data published by IPEDS may be used by institutions for interpreting institutional data related to enrollment, retention and graduation rates, and tuition, to name a few. According to information published publicly via the IPEDS data feedback report (2016),[75] Walden has chosen a comparison group of nine (9) institutions: American Public University System, Capella University, Colorado Technical University-Online, Kaplan University- Davenport Campus, Nova Southeastern University, Troy University, University of Maryland-University College, University of Minnesota-Twin Cities, and Western Governor's University. A review of these institutions' web pages revealed that three of them provided information (or had information published that was readily located) about their doctoral program(s) completion/graduation rates. The following is a summary of information published:[76]

- Capella University: Institutional graduation rate is 42%[77] (additional graduation rates are published by specialization; e.g., DBA in Leadership 12% complete within 45 months)

---

[73] OHE asked Walden for any internally-defined goals or benchmarks used to evaluate program outcomes. For instance, Walden was asked to provide program review summary statements for select programs because program reviews often contain retention and completion goals, and other key performance indicators (see Part Three, *Accreditation and Program Evaluation* for more information). OHE does not know Walden's internally-defined goals or benchmarks related to completion rates. As such, the Agency is unable to provide any statements regarding completion rates (meeting, exceeding, or failing) to meet Walden's benchmarks.

[74] This information was provided by Walden to OHE

[75] https://nces.ed.gov/ipeds/DataCenter/DfrFiles/IPEDSDFR2016_125231.pdf

[76] Disclosures not located for American Public University, Colorado Technical University, Nova Southeastern University

[77] https://www.capella.edu/content/dam/capella/PDF/Consumer_Information.pdf; https://www.capellaresults.com/content/dam/vc/capella-results/gainful-employment/business/doctoral/DBA_Leadership_gedt.html

- University of Maryland-University College: Six year doctoral graduation rate is 57.1%[78]

- University of Minnesota-Twin Cities: Most current six year doctoral graduation rate is 48%[79]

Comparison school data is often used in contextualizing or benchmarking completion rates for doctoral programs. Comparison schools as listed in the iPEDS report are one source; however, each of these institutions varies in student demographics, program delivery, and program offerings. Furthermore, the metrics used by these comparison institutions are unknown, so OHE is not making comparisons with these institutions to Walden.

---

[78] https://www.umuc.edu/documents/upload/student-profile-and-graduation-rates.pdf
[79] http://www.academic.umn.edu/accountability/pdf/2015/2015_Accountability_Report.pdf

# 2.2 Walden University: Doctoral Curriculum

OHE reviewed information related to Walden's doctoral curriculum[80], in accordance with one of the objectives of the program review. This objective was to increase OHE's understanding of curriculum program and dissertation handbook modifications for each doctoral program. Due to the concentration of academic complaints focused on the capstone phase of the program, this section focuses on the requirements for the completion of the capstone product which could be the dissertation or doctoral project/study, depending on the program. Information for students in KAM (Knowledge Area Modules) doctoral programs is also provided throughout the section, given the distinct requirements for this program.

Courses and requirements for degree completion (also referred to as curriculum) for the Walden doctoral programs can be found on the program web pages and within program catalogs.[81] These sources describe the minimum program courses and corresponding credits needed for degree completion. The credits required for the completion of the degree are also listed on Walden's program web pages (see Part Three: *Advertising* for more information on web-based materials).

As an introduction, the program length and credits required for Walden's doctoral program offerings are shown in Table 10. Programs are either semester- or quarter-based; semesters are fifteen (15) weeks in length (includes fall, spring, and summer) while quarters are ten (10) weeks in length (includes fall, winter, spring, and summer). Minimum credits for doctoral programs are 30 semester -or 45 quarter credits- beyond the master's degree and excludes credits taken for independent research requirements (e.g., dissertation); 60 semester credits are required for doctoral programs which only require a bachelor's degree for admission. All of Walden's doctoral programs are on the quarter system, with the exception of the DBA program that is based on semesters.

As shown in Table 10, total capstone credits refers to the minimum number of dissertation or doctoral project credits required for the degree that are distributed among several courses (e.g., DBA program requires a minimum of five terms, two eight-week terms per semester and three credits per course). Most programs have a 20-credit minimum for capstone work (with the exception of the DBA and DIT). Students in KAM-based programs are required to complete a minimum of 30 credits of dissertation which are posted to their transcript upon completion of degree, and during the dissertation phase, students are continuously enrolled in a 6-credit Research Forum course in addition to a Dissertation Course. The completion of the minimum dissertation credits does not mean the degree is conferred, rather, students must progress through a series of milestones and produce a scholarly product that meets Walden's criteria. According to Walden, the time students take to progress through these milestones varies, and is dependent upon factors such as academic skill, time and dedication to studies, career demands, and willingness to adhere to faculty directives.

---

[80] Curricular modifications by program; Handbook modifications; Dissertation rubric modifications; Knowledge Area Module (KAM) explanation; Syllabi for capstone courses; Writing Assessments and Curricula; Walden University Catalogs (2008-2017)
[81] http://catalog.waldenu.edu/

Table 10 outlines the minimum completion time (as published on Walden's webpages[82]), program length (published on Walden's gainful employment web disclosures[83]), total program credits, and total capstone credits for Walden's doctoral programs.

Table 10. Walden Doctoral Program Minimum Time, Program Length, and Credits Required [84]

| PROGRAM | Program Minimum Time (in Years) | Program Length (in Years) | Total Program Credits[85] | Total Capstone[86] Credits |
|---|---|---|---|---|
| PH.D. Management: KAM | 3.75[87] | 6 | 102[88] | 30 |
| PH.D. Management: COURSE | 3 | 4.8 | 86 | 20 |
| PH.D. Human and Social: KAM | - | 6 | 102 | 30 |
| PH.D. Human and Social: TRACK 1 | 2.5 | 4.7 | 83 | 20 |
| PH.D. Human and Social: TRACK 2 | 3.25 | 5.6 | 108 | 20 |
| PH.D. Education: KAM | - | 6.0 | 96[89] | 30 |
| PH.D. Education: COURSE | 3 | 4.8 | 86 | 20 |
| PH.D. Psychology: LICENSURE SPEC. | 5 | 7.1 | - | 20 |
| PH.D. Psychology: NON LICENSURE SPEC. | 3.25 | 5.5 | 110 | 20 |
| PH.D. Health Services: KAM | - | 6.0 | 102[90] | 30 |
| PH.D. Health Services: TRACK 1 | 2.75 | 6.1 | 106 | 20 |
| PH.D. Health Services: TRACK 2 | 2.25 | 4.7 | 69 | 20 |
| PH.D. Public Policy: KAM | - | 6.0 | 101[91] | 30 |
| PH.D. Public Policy: TRACK 1 | 2.75 | 4.7 | 88 | 20 |
| PH.D. Public Policy: TRACK 2 | 2.25 | 5.6 | 73 | 20 |
| PH.D. in Public Health: TRACK 1 | 2.75 | 5.3 | 88 | 20 |
| PH.D. in Public Health: TRACK 2 | 3.75 | 6.2 | 119 | 20 |
| Ed.D. in Education | 2.75 | 4.7 | 76 | 20 |
| DBA | 3.3 | 4.7 | 60 | 19 |
| PH.D. in CE & S (Forensic MH Couns Specialzn) | 2.75 | 5.8 | 85 | 20 |

[82] See example of program webpage: https://www.waldenu.edu/doctoral/doctor-of-business-administration/tuition-fees
[83] See example of GE disclosure: http://programdata.waldenu.edu/Doctor-BusAdmin/doctor-of-business-administration.html
[84] If credits are not listed it was because that information was either not readily accessible and/or not provided by track on sources reviewed.
[85] As of most currently available (12/2017) published online materials, unless otherwise noted.
[86] Capstone refers to dissertation, doctoral project, and/or doctoral study. Programs differ on the type of capstone required.
[87] 2011-2012 catalog, Recommended course sequence (2.75 years of courses + dissertation min. 4 quarters)
[88] As referenced in the 2011-2012 catalog, p. 336
[89] As referenced in the 2011-2012 Catalog
[90] As referenced in the 2011-2012 Catalog
[91] As referenced in the 2011-2012 Catalog

| PROGRAM | Program Minimum Time (in Years) | Program Length (in Years) | Total Program Credits[85] | Total Capstone[86] Credits |
|---|---|---|---|---|
| PH.D. in CE & S (Other Specialization) | 3 | 5.5 | 95 | 20 |
| DNP | 1.5 | 4.2 | 47 | - |
| DSW | 2.5 | 4.7 | 78 | 20 |
| DIT: TRACK 1 | 3.5 | 4.7 | 64 | 15 |
| DIT: TRACK 2 | 4.2 | 5.5 | 76 | 15 |
| PH.D. in Social Work | 2.5 | 4.7 | 81 | 20 |
| PH.D. in Nursing | 2.5 | 4.7 | 81 | 20 |
| DrPH: TRACK 1 | 2.5 | 4.7 | 78 | 20 |
| DrPH: TRACK 2 | 3.25 | 5.7 | 104 | 20 |
| PH.D. in Criminal Justice TRACK 1 | 2.5 | 4.7 | 83 | 20 |
| PH.D. in Criminal Justice TRACK 2 | 3 | 5.5 | 98 | 20 |
| PH.D. in I/O Psychology | 3.25 | 5.3 | 110 | 20 |
| DHA: TRACK 1 | 2.5 | 4.7 | 78 | 20 |
| DHA : TRACK 2 | 3 | 5.4 | 98 | 20 |
| PH.D. in HE and P: TRACK 1 | 2.5 | 4.7 | 83 | 20 |
| PH.D. in HE and P: TRACK 2 | 3 | 5.4 | 98 | 20 |
| PH.D. in HE and P: TRACK 3 | 3.25 | 6.1 | 113 | 20 |

## 2.2.1 Capstone Courses

Capstone courses include those in which students work on their dissertation, doctoral study, or project study (the type of capstone work is determined by the specific program requirement). Students are registered for the capstone courses, according to program requirements (see credits required, in Table 10), and are automatically registered each term until successful completion of their capstone work. In addition, students in KAM programs are registered for SBSF 7100 (6 credits per class) with the chair of their dissertation committee once this chair is confirmed; students are automatically registered for this course each term until successful completion of their dissertation.

Once enrolled in capstone coursework, students must progress through a series of dissertation milestones or stages.[92] The steps to progress through the milestones are numerous and many of the steps within the stages require faculty committee approval. For those steps that require faculty approval, rubrics or checklists are utilized by faculty in order to evaluate student work and progress students to the next step.

After an internal study,[93] the role of the University Research Reviewer (URR) was introduced in 2009. The URR is assigned to the committee once the student has completed his/her prospectus (first stage of the capstone

---

[92] See Appendix D, *Capstone Process Flowchart* and Appendix E, *Dissertation Process Worksheet*
[93] Internal study was requested by OHE; Walden declined to provide this to the office.

process) to serve as a quality assurance mechanism for the capstone research and to provide feedback to students at earlier points in the process, including the proposal and final study stages. Further, there is a reference document, "University Research Review Manual"[94], which provides guidance on the URR role, desired practices, and duties of committee members for each step in the process.

As students move through the stages to complete their dissertation, there are many instances in which submitted work may be rejected for further revisions and/or corrections. This return/revision process can occur at the level of committee members, the URR, the Institutional Review Board (IRB), and with the Chief Academic Officer. According to published materials, committee members and other reviewers are to submit corrections and feedback to students within 14 days of submission. As seen in the flowchart diagram, scores of "not met" will revert the work back to the student for revisions and/or refer the student to the appropriate Walden support department (e.g., writing center, IRB).

Submission of student work and faculty assessments are completed within Walden's web-based system called MyDR. Prior to the implementation of MyDR in 2014, students would submit materials to faculty via email. Committee members utilize rubrics and checklists (including the *Dissertation Checklist, Minimum Standards Rubric,* and the *Overall Quality Rubric*) to evaluate student work at various stages within the capstone phase. These evaluation tools were created and/or revised as a result of studies from an external evaluation firm, and the tools were first introduced and/or revised in 2012.

The Center for Research Quality's website houses resources and information related to the doctoral capstone.[95] This includes workshop information, research resources, and the capstone process and timeline.[96] The timeline offered lists courses for years 1-2, premise and prospectus for years 3-4, and research, analysis and iterative writing for years 4-7. It notes that the average time to complete a dissertation is two to three years, after all coursework is completed and one to two years after coursework to complete a doctoral study or doctoral project.[97]

## 2.2.2 Capstone Syllabi

Walden syllabi include the activities required to receive a grade of satisfactory (S) or unsatisfactory (U) for a capstone course.[98] A summary of activities related to assessment of dissertation progress, included in capstone course syllabi, is noted in Table 11. Courses are listed more than once if there were changes to the manner in which student progress on capstone work was evaluated. As shown in this table, beginning in 2015, syllabi reflect the institutional policy that faculty judge capstone work, based on substantive and documented progress. This information is important to understand for reviewing complaints which relate to unsatisfactory grades, or for dismissal based on unsatisfactory grades. OHE can request and/or review available syllabi and quarterly plans as

---

[94] http://academicguides.waldenu.edu/ld.php?content_id=15245643
[95] http://academicguides.waldenu.edu/doctoralcapstoneresources
[96] https://web.archive.org/web/20171012091639/http://academicguides.waldenu.edu:80/doctoralcapstoneresources/timeline (note timeline no longer includes years for each stage, as of 8/16/2018).
[97] Under each timeframe it notes: Time to completion varies by student, depending on individual progress and transfer credits, if applicable.
[98] University-wide guidelines for grading capstone courses went into effect August, 2015.

a means to guide a complaint investigation. In all but one program (DNP), a quarterly plan is required to be submitted by the student.

**Table 11. Requirements for Assessing Capstone Work, As Indicated on Syllabi**

| COURSE (Years, if known) | REQUIREMENTS (as related to demonstration of progress) | PLAN REQUIRED |
|---|---|---|
| ISPY/PSYC 9000 | Submission of quarterly plan (20%) and progress activities (80%) including submission of drafts every term and positive evaluations on checklists/rubrics. | Yes; submitted at the beginning and end of the course. |
| MGMT 7101/9000 | Complete all assignments in a timely manner; actively participate and post thoughtful responses in online discussions; complete all written assignments satisfactorily; submit at least two drafts of proposals, dissertations as appropriate or KAM component. [99] | Yes; submitted three times per quarter. |
| EDUC 8800/8900/9001/9002 | Planning activities (20%) and progress activities (80%); Submission of plan, participation in discussions, submission of final report; documented progress towards one or more goals: draft submissions, activities that support completion, completion of coursework, residency attendance. [100] | Yes, submission of a plan within first 7 days. |
| DDBA 8100 (2012) | "S" received if making satisfactory progress on Study; evaluated on plan and recent work at end of semester. | Submission of a plan within first 7 days of course; Submission of revised work since previous term. |
| DDBA 8100[101] (2013-2016) | Discussions (35%) and applications (65%); at the end of the semester students must submit their most recent work toward the Doctoral Study. | Yes, submission of a project plan within first 7 days of the course. |
| DDBA 9000 (2012) | "S" received if making satisfactory progress on Study; evaluated on plan and final report at end of semester. | Yes, submission of a plan within first 7 days. |
| DDBA 9000 (2013) | Discussions (35%) and applications (65%); "S" received if making satisfactory | Yes, submission of a plan within first 7 days. |

[99] Feedback will be given within two (2) weeks.
[100] Attending only a residency is not sufficient for a grade of "S"
[101] 2013, 2014, 2015, 2016

| COURSE (Years, if known) | REQUIREMENTS (as related to demonstration of progress) | PLAN REQUIRED |
|---|---|---|
| | progress on Study; evaluated on plan and final report at end of semester. | |
| DDBA 9000 (2014) | Discussions (35%) and applications (65%); "S" received if making satisfactory progress on Study; evaluated on plan and final report at end of semester. Documented progress, substantive drafts. | Yes, submission of a plan within first 7 days; submission of update in weeks 2 and 6. |
| DDBA 9000 (2015) | Discussions (35%) and applications (65%); "S" received if making satisfactory progress on Study; evaluated on plan and final report at end of semester. Documented progress, substantive drafts. | Yes, submission of a plan within first 7 days; submission of update in weeks 2 and 5. |
| SBSF 7100 (Fall 2013, Winter 2013, Fall 2014, Spring 2014, Summer 2014, Winter 2014; Spring 2015; Summer 2015) | Submission of plan, participation in discussions, submission of final report; documented progress towards one or more goals: draft submissions, activities that support completion, completion of coursework, residency attendance;[102] Submission of drafts of some component for every quarter enrolled. | Yes, within first 7 days; submission of final report documenting progress at the end of quarter. |
| SBSF 7100 (Spring 2013, Summer 2013) | Based on five required assignments each quarter: quarter plan, discussion 1 and 2, final report, demonstrated sufficient academic progress by completing a course, or part of a KAM or part of the dissertation. | Yes, within first 7 days; submission of final report by week 12. |
| SBSF 7100 (Fall 2015, Winter 2015, Fall 2016, Spring 2016, Summer 2016, Winter 2016, Fall 2017, Spring 2017, Summer 2017) | Planning activities (20%) and progress activities (80%); Submission of plan, participation in discussions, submission of final report; documented progress towards one or more goals: draft submissions, activities that support completion, completion of coursework, residency attendance[103]; | Yes; submitted within first 7 days of the course. |
| NURS 8700 | Planning activities (20%) and progress activities (80%); students should expect to be submitting drafts of some component | Yes; submitted within first 7 days of the course. |

---

[102] Attending only a residency is not sufficient for a grade of "S"
[103] Attending only a residency is not sufficient for a grade of "S"

| COURSE (Years, if known) | REQUIREMENTS (as related to demonstration of progress) | PLAN REQUIRED |
|---|---|---|
| (2016-2017[104]) | during every term they are enrolled in 8700/8701. | |
| **NURS 8700**<br><br>(2012-2015[105]) | Grades are based on the successful completion of the required assignments each quarter: Approved DNP project documents, discussion 1 and discussion 2. | No; students must show sufficient academic progress for the quarter by completing a course and/or part of the DNP project. |
| **NURS 8701**<br><br>(2013-2014[106]) | Grades are based on the successful completion of the required assignments each quarter: Approved DNP project documents, discussion 1 and discussion 2. | No; students must show sufficient academic progress for the quarter by completing a course and/or part of the DNP project. |
| **NURS 8701**<br><br>(2015-2017[107]) | Planning activities (20%) and progress activities (80%); students should expect to be submitting drafts of some component during every term they are enrolled in 8700/8701. | Yes; submitted within first 7 days of the course. |
| **NURS 9000**<br><br>(2016[108]) | Graded each week based on discussion posts and overall progress with dissertation. Assignment points are based on weekly refection, discussion (80%) and quarter plan (20%) | Yes; submitted within first week of the course |
| **NURS 9000**<br><br>(2017-2018[109]) | Planning activities (20%) and progress activities (80%); Documented progress towards products and work outlined in the quarter plan. | Yes; submitted within first 7 days of the course. |

## 2.2.3 KAM Modality

As part of the program review information request, OHE asked Walden for a description of KAMs (see Appendix A, Letter of Request to Walden). Knowledge Area Modules (KAMs) are a learning modality incorporated into the curriculum for five of Walden's Ph.D. programs[110] and allow for students to self-direct their learning process via research, writing, and other learning activities. Walden noted that this "self-driven model" allowed students with

---

[104] Spring 2016; Summer 2016; Fall 2016; Spring 2017; Summer 2017; Spring 2018
[105] Summer 2012; Spring 2014; Spring 2015
[106] Spring 2013; Spring 2014
[107] Spring 2015, Spring 2017, Summer 2017
[108] Summer 2016; Fall 2016
[109] Summer 2017; Spring 2018
[110] Management, Human Services, Health Services, Education, and Public Policy

effective time management skills to progress at their own pace, while others struggled to adequately complete the requirements in an efficient manner. [111]

According to Walden, the KAM modality was a very research-intensive doctoral program with rigorous and challenging requirements. The KAM modality is a self-directed, research-intense process whereby students complete up to seven comprehensive papers[112] prior to beginning their dissertation. The KAM-based programs were discontinued between 2011 and 2015. Students in KAM programs are continuously enrolled in SBSF 7100 (6cr.) or EDUC 8800 for the duration of their program, including those quarters they are working on their capstone. Additional capstone courses and/or doctoral companion courses may also be required for students, depending on program and route. [113]

Requirements for KAM-based programs include Core KAMS and Specialized KAMs, comprehensive papers which are produced for each KAM. The work is based on the required Learning Agreement (LA) that serves as the contract between the student and the KAM assessor. A continuous enrollment model is used for KAM programs, meaning students are continuously enrolled in SBSF 7100 or EDUC 8800 each semester and advance through the KAM process at their own pace.

As noted in the introduction section, Walden has discontinued offering Ph.D. programs via the KAM modality, with the first discontinuation occurring in winter 2011 and the final in summer 2014; the course-based modality was introduced for these programs between 2009 and 2010.

## 2.2.4 Curricular Changes

Changes to the program curriculum occur through a process, as described in written correspondence to OHE from Walden. Walden has developed processes and designated roles in the development of new programs and specializations; all policies and curriculum are approved through faculty governance. Each Walden school has a Curriculum and Academic Policy (CAP) committee made up of core and contributing faculty. This committee has the responsibility for curriculum development and revision, as well as policy oversight relevant to programs. As a means for ongoing monitoring, Walden provides monthly updates to OHE regarding any curricular changes (this includes all Walden programs, not exclusively doctoral programs).

Curricular modifications and changes included a revision to course SBSF 7100, Research Forum, which occurred between May 2009 and March 2010 (see Table 12). This revision included a change from broad learning outcomes (e.g., development of skills) to actionable outcomes (e.g., submit drafts, submit personal progress reports). The purpose of this change was to promote more "active engagement" in the SBSF 7100 course. In this course, students were responsible for submitting drafts of their KAMs or dissertation chapters.

---

[111] Walden letter to OHE, 10/28/2016.
[112] Up to seven (7) total papers, depending on the program. Typical paper length is 90-120 pages.
[113] See progress grading in Walden's catalog for a listing of capstone courses:
https://catalog.waldenu.edu/content.php?catoid=137&navoid=42861

**Table 12. Summary of Research Course Modifications**

| DATE | CHANGE | RATIONALE |
|---|---|---|
| 5/2009-3/2010 | Change in research sequence requirements to require the same research course sequence for all Ph.D. programs. Prior to this change, the Ph.D. programs varied in the research sequence requirements, including whether the course was a specific method course to the program or a university-wide course. | Resulting from HLC guidance, essential learning outcomes were crafted to ensure students met minimum research competencies prior to graduation. |
| 5/2009-3/2010 | SBSF 8005 and SBSF 7100 revised. | To incorporate more active engagement in SBSF 7100 |
| 11/16/2015 | Unknown specifics. | Updates to university research courses including a "variety of changes" (unknown specifics). |

A catalog review of SBSF 7100 courses was conducted in order to gather more information on the nature of curricular changes (referenced above) during the timeframe of May 2009 through March 2010 (see Table 13). No course description for SBSF 7100 was located in the 3/2010 and 6/2010 versions of the 2009-2010 Catalog and the 2010-2011 Walden University Catalog.

**Table 13. Course descriptions for SBSF 7100, Research Forum**

| | |
|---|---|
| 2008-2009 Catalog Description | Under the guidance of their faculty member, students pursue scholarly research associated with Knowledge Area Modules (KAMs). They learn to work independently as scholars and develop a variety of skills. For example, they learn to gather information such as research findings and theories from library databases and web-based resources. They develop critical-thinking skills, learn to ask the right questions, and apply their newly acquired knowledge to real-world problems for the benefit of others. |
| 2009-2010 Catalog Description | The purpose of this forum is to assist students with making steady progress toward earning a Doctor of Philosophy degree. Students will prepare a plan of action, engage in regularly scholarly discussion with a faculty mentor and fellow doctoral students, and submit a personal progress report. Students will submit drafts of Learning Agreements, Knowledge Area Modules (KAMs), and dissertations to the faculty mentor for feedback. Information and resources related to KAMs, dissertations, residencies, research and writing, and doctoral program expectations are provided for guidance. |

Curricular modifications by program, relevant to dissertation courses, is a result from program reviews. Table 14 highlights relevant curricular modifications for the Doctor of Business Administration (60 credit) program.

**Table 14. DBA Curricular Modifications**

| DATE | CHANGE | RATIONALE |
|------|--------|-----------|
| 4/24/2013 | Three new courses in first year; change to program of study; reduction in allowable transfer credits from 5 courses to 4 courses. | +50% DBA students skip from 1st to 7th course; with change +50% skip from 2nd course to 7th with courses 1, 2, and 7 being revised. |
| 6/25/2015 | Program revisions resulting from program review; three course updates; DDBA 8100 from 0 cr. each to 1 cr. Remains 60 cr. Program | Aim to improve first year student progress; to improve graduation rate and referral rates. |
| 12/16/2015 | Learning outcomes revision | Improve crafting business problem statements and emphasize move to independent scholar. |

Table 15 summarizes curricular modifications for the Ph.D. in Management program. The decision to stop offering KAM-based programs resulted, in part, from students who struggled with the lack of structure and direction offered with these programs. Additionally, Walden utilized student time to completion data[114] as a rationale for the decision to discontinue these offerings.

**Table 15. Ph.D. Management Curricular Modifications**

| DATE | CHANGE | RATIONALE |
|------|--------|-----------|
| 12/16/2009 | Introduction of course-based modality; change of program name from Ph.D. in Applied Management and Decision Sciences (AMDS); updated learning outcomes. | As an alternative to KAM-program model to meet desired learning style. |
| 2/15/2012 | Mixed-model teach out | Enrollments in this model declined once course-based model was launched. |
| 11/20/2013 | Four new courses in year one; research course moved from 3rd to 5th in sequence. | Improve first year students chances of success |
| 5/28/2014 | KAM-program teach out | Change to course-based inspired by students who struggle with lack of structure and direction, presence of DBA as entirely course-based. |
| 4/22/2015 | Change to allow students to take 2 courses at a time; course sequence changes | Allow for greater flexibility for students to accelerate their program with possible reduced time to completion. |

---

[114] Data utilized for this decision was requested by OHE; Walden declined to provide such information.

Table 16 includes a general summary of changes that are related to the progression of the dissertation/doctoral study sequence. The changes shown below do not include curricular changes unrelated to the dissertation or capstone.

**Table 16. Capstone Course Curricular Changes**

| DATE | PROGRAM | CHANGE |
|------|---------|--------|
| 9/24/2008 | Ed.D. (teacher leadership; administrator for teaching and learning) | Updated content to improve student progress and doctoral study project readiness/completion. Embedded research into content courses to better prepare for project. |
| 7/30/2014 | Doctor of Public Health | Total of 20 research credits and cross-list companion course for seamless transition through research phases. Assigned a chair earlier in the process. |
| 3/25/2015 | Doctor of Information Technology | Adding two sections of ITEC 8100, providing 16 additional weeks to work with mentor; improve time to completion. |
| 5/27/2015 | Ed.D. | Foundations course will be integrated and used by all College doctoral students; improve retention and time to completion through intensive support courses offered with first research course and fifth specialization course. |
| 5/25/2016 | Ph.D. in Psychology | Addition of literature review writing lab to better prepare students for doctoral sequence. |
| 5/25/2016 | Ph.D. in Education | Course EDPD 8900 changes from "completing the prospectus" to "writing a quality prospectus" as it is not expected that the prospectus is complete to pass this course. |

# 2.2.5 Dissertation Handbook Modifications

Walden's Office of Student Research Administration's (OSRA) website[115] contains requirements and resources by academic program. It is the OSRA's function to coordinate the capstone process for students and committees. The following table relates programs to guidebooks, and includes year of inception and subsequent revisions, as revisions occurred. This resource (Table 17) will assist OHE in reviewing student complaints because these guidebooks contain specific policies and procedures expected of students and faculty during the capstone phase.

---

[115] http://academicguides.waldenu.edu/researchcenter/osra

Table 17. Capstone Guidebooks by Program

| Level (product) | Program(s) | Document (year created[116]/version(s)) |
|---|---|---|
| Ph.D. (Dissertation) | Psychology, Public Health, Public Policy, Management, Education, Human & Social Services, Health Services, Counselor Education, Criminal Justice, Nursing, I/O Psychology, Social Work, Health Education | The Proposal and Dissertation Guidebook (2007) rev. 2009; 2010 (renamed The Dissertation Guidebook) rev. 2012; 2014 (renamed Dissertation Guidebook) rev. 2015; rev. 2016. |
| DNP (Doctoral Scholarly Project) | | School of Nursing: Doctor of Nursing Practice (DNP) Practicum and Project Manual (2014) |
| DBA (Doctoral Study) | | Doctoral Study Rubric and Research Handbook (July 2014) |
| DIT (Doctoral Study) | | Doctor of Information Technology: Doctoral Study Checklist and Research Handbook (2016) |
| DSW (Doctoral Study Action Research Project) | | In development |
| DHA (Doctoral Study) | | Doctoral Study Guidebook: Doctor of Healthcare Administration (2014) |
| DrPH (Doctoral Study) | | Doctoral Study Guidebook: Doctor of Public Health (2014) |
| Ed.D. (Project Study or Dissertation)[117] | | The Doctoral Study Guidebook rev. 2009; rev. 2010 (renamed Ed.D. Project Guide); rev. 2011; current guiding documents on website |

As noted in Table 17 students in the Ph.D. programs utilize the "Dissertation Guidebook", while students in the professional doctoral programs utilize program-specific guidebooks (a current version of these guidebooks can be viewed on the OSRA's website). The "Dissertation Guidebook" has gone through seven revisions during the timeframe of the program review. The majority of these changes centered in providing increased clarity, with

---

[116] Guidebooks which were created prior to 2008 were not provided or reviewed. Table references the earliest version of the guidebook as provided to OHE.

[117] The initial options for a capstone project were: Research Study or Project Study. The Research Study was phased out and the dissertation was added as an option in 2014.

substantive updates regarding the introduction of the University Research Review process in 2009 and the new rubrics and checklist as introduced in 2012.

## 2.2.6 Dissertation Rubric Modifications

OHE reviewed all dissertation or doctoral project rubrics used by faculty to evaluate whether the student work meets Walden's standards. Table 18 provides a timeline of all changes to rubrics, by program that occurred after 2008. Major changes to the dissertation handbooks and dissertation rubrics occurred in 2009 and in 2012 with the introduction of the University Research Reviewer (URR) and new/revised rubrics. ████████████

████████

### Table 18. Capstone Rubric Changes

| Level | Program | Document (year created/version) |
|-------|---------|--------------------------------|
| Ph.D. | Psychology; Public Health, Public Policy, Management, Education, Human & Social Services, Health Services, Counselor Education, Criminal Justice, Nursing, I/O Psychology, Social Work, Health Education | Walden University Proposal/Dissertation Rubric (2007); rev. 2009 (renamed Dissertation Rubric); rev. 2012 (renamed Dissertation Minimum Standards Rubric; rev. 2016. |
| DNP | | DNP Doctoral Project Minimum Standards Rubric (2011); rev. (2015); current documents on website. |
| DBA | | DBA Doctoral Study Rubric (Sept. 2010); rev. Oct. 2010; rev. Jan. 2011[119]; rev. March 2011; rev. June 2011; rev. May 2012; rev. July 2014 (renamed DBA Doctoral Study Rubric and Research Handbook; rev. March 2016. |
| DIT | | DIT Doctoral Study Rubric (Feb. 2014) |
| DSW | | DSW Capstone Project Minimum Standards Rubric (2014) |
| DHA | | Doctoral Study Final Quality Rubric Doctor of Public Health and Doctor of Healthcare Administration (2014) |
| DrPH | | Doctoral Study Minimum Standards Rubric Doctor of Public Health; Doctoral Study Final Quality Rubric Doctor of |

---

[118] Rockman (et al) is an external research consulting firm and of which assisted Walden in identifying quality control issues. Walden has hired this firm four times; OHE requested these studies and Walden declined to provide them.

[119] Walden referred to the Jan. 2010 revision as occurring after the Oct. 2010; assumed this date was recorded in error and OHE changed revision date to Jan. 2011.

| Level | Program | Document (year created/version) |
|---|---|---|
| | | Public Health and Doctor of Healthcare Administration (2014) |
| Ed.D. | | Walden University Project Study Rubric (2009); Project Study Rubric with Explanations, rev. July 2010; rev. 2014 (renamed EdD Minimum Standards Rubric); current on website |

The Ph.D. programs made three changes to the dissertation rubric during the timeframe reflected in this review. The major rubric changes occurred during 2012, and included the introduction of the *minimum standards rubric, methodology-based checklists, and additional quality assurance reviews.*

The DBA programs made eight changes to the program rubrics during this review period, including revisions multiple times within one year. The original rubric was introduced in 2010, and the changes that followed were based on a need to enhance clarity for student and faculty, while some changes (in 2014 and 2016) were more substantive and related to separate guides for qualitative and quantitative studies. Walden has acknowledged the large number of changes and has since encouraged the DBA program administration to limit the number of changes to occur only once per year.

## 2.3. Student Enrollment Information for Select Walden Programs

The following information is provided in order to meet several objectives of the program review[120] aimed at increasing OHE's understanding of year-by-year doctoral student retention rates and doctoral student graduation rates at the program level. Each section below contains program-level information on: 1) number of student withdrawals, by year, 2) number of years to completion, 3) student status (still enrolled, withdrawn, and completed) by year of admission, 4) graduation rates, and 5) average capstone credits earned, by program status. [121] Capstone credits earned provides one indicator of time students are enrolled in the capstone phase of the program. A total of five doctoral programs were selected for analysis based on representative 1) doctoral student enrollment and 2) student complaints.

Retention and completion data is important because many student complaints are related to time to completion or administrative program withdrawals. First, it is important to note the percentages of students who complete

---

[120] See Appendix A, *Minnesota Doctoral Programs Review Process.*
[121] Walden has noted disagreement with the use of capstone credits as a meaningful point of analysis, noting the number of credits earned is not a measure of doctoral program success. Specifically, earning a doctorate does not equate with credits earned as students must complete an original paper and the completion of a capstone credits "...depends on any number of personal factors that are solely within the students control and have no bearing on the strength of the program" (12/21/2107 correspondence to OHE).

their programs within both the minimum time and program length, [122] given these are two published web sources that prospective students use to make enrollment decisions. Second, complaints reviewed by OHE focused on the advertised program cost and length.

As part of the review process, OHE examined the representation of complaints by academic program.  Of those complaints which were categorized as relating to academics, 362 (75% out of the 481 total) originated from five doctoral programs (see Figure 9). The number of complaints by program appears consistent with the proportional representation of these programs to the whole (e.g., Doctor of Education, Ph.D. in Psychology, and Doctor of Business Administration comprised approximately one-half of the total student doctoral enrollment). [123]

**Figure 9. Academic Complaints by Select Doctoral Programs, as Filed September 2008 – September 2016** [124]



As point of reference, retention rates at the institutional level have, on average, remained generally consistent for cohorts 2008-2009 through 2012-2013, with 67% of students [125] across all doctoral programs retained at year one.  An average of 45% of students across all doctoral programs are retained at year three.

Overall, and across all Walden doctoral programs, 20% of students admitted in academic cohort years 2008 through 2010 complete their program in seven (7) years or less. Walden's institutional doctoral completion rates include those students who complete at least one year of their program. OHE requested graduation data, based on tracks or specialization in order to compare with Walden's published time to completion as reflected on program data pages. [126] This is important information to reference, provided the number of student complaints regarding time to completion, including those related to advertising and program withdrawal.

---

[122] Minimum time to completion as published on Walden's program information pages; program length as published on Walden's program data pages.
[123] See Part Two, *Walden University Background* for program enrollment information.
[124] Programs with fewer than 40 complaints were omitted.
[125] Students are defined as those who completed one academic term.
[126] https://www.waldenu.edu/programdata?comm_code=4111330&_ga=2.220603423.624013227.1503941070-254177747.1500309128

# 2.3.1 Doctor of Business Administration

A total of 9,015 students began Walden's Doctor of Business Administration (DBA) program between fall 2008 and fall 2017.[127] Approximately 62% of students (N=5,662) withdrew -or were withdrawn- by Walden prior to completing their program, and the majority of these students withdrew -or were withdrawn- prior to reaching the first year (N=3,487, 61% of all who withdrew; See Figure 10). In other words, 39% of DBA students do not progress past the first year. Data provided did not differentiate those students who were administratively withdrawn by Walden from those who withdrew on their own.

**Figure 10. Withdrawn DBA Students by Years of Program Completed**



Since fall 2008, a total of 733 students have completed Walden's DBA program.[128] Of those who completed the program, 70% (N=515) do so within 56 months, which is the published time to completion.[129] Minimum published program length is 40 months, or 3.3 years and 32% (N=235) of graduates complete within this time. See Figure 11 and Figure 12 for length of time in years and months, respectively, for students who have completed the DBA program since fall 2008.[130]

---

[127] Source: Walden, Doctoral Students First Enrolled Fall 2008 – Fall 2017 FINAL.xlsx. Note: Only those who entered and remained in the DBA program are used in this calculation; this excludes those with status of: transfers and re-enrolled/graduated /still enrolled and /withdrawn. This source is used for all enrollment data presented.

[128] Those students admitted after fall 2008, as of fall 2017. Please note that students who were admitted prior to fall 2008 and completed their program between 2008-fall 2017 would not be included in this calculation. Therefore, students who took longer than eight (8) years to complete the program would not be included, as the data provided only included those admitted fall 2008 (and beyond) and who graduated by fall 2017.

[129] http://programdata.waldenu.edu/Doctor-BusAdmin/doctor-of-business-administration.html

[130] Total years complete; the lower of the two whole numbers would represent those who complete between two whole numbers. For example, those who complete in 3 years, 11 months, would be captured in the three-year category.

**Figure 11. DBA Students Years to Completion**



**Figure 12. DBA Students Months to Completion** [131]



Figure 13 represents the program status for those students who were retained at (or made it to) year one.[132] For cohorts admitted since 2008, and of those students retained at year one, 14% completed, 43% are still enrolled, and 43% withdrew or were withdrawn by Walden.

---

[131] Not all months are displayed on the figure for ease in viewing.
[132] Excludes 2008, which included 11 graduates, 3 still enrolled, and 40 withdrawn

**Figure 13. DBA Students, Status by Year of Program Start**



Table 19 represents graduation rates for the DBA program, as provided by Walden; the percentages are cumulative. Walden only considers those students who are retained at one year in calculations of their graduation rates, which means that for the DBA program, 39% of the admitted students are not accounted for in these graduation rates.

**Table 19. DBA Program Graduation Rates**

| Academic Year Cohort | # in Cohort | 2 Year | 3 Year | 4 Year | 5 Year | 6 year | 7 Year |
|---|---|---|---|---|---|---|---|
| 2008-09 | 395 | 0% | 3% | 10% | 17% | 19% | 22% |
| 2009-10 | 465 | 0% | 5% | 11% | 17% | 22% | |
| 2010-11 | 505 | 0% | 3% | 9% | 12% | | |
| 2011-12 | 552 | 0% | 2% | 9% | | | |
| 2012-13 | 557 | 0% | 4% | | | | |
| 2013-14 | 574 | <1% | | | | | |
| 2014-15 | 568 | | | | | | |

The following Figure 14. DBA Average Capstone Credits Earned, By Program Status Figure 14 represents the average capstone (doctoral project) credits earned over the minimum required for students who have completed, withdrew, or are still enrolled in the DBA program. As shown, the average capstone credits earned for those who complete the DBA program is 54; the minimum required to complete the program is 19.

**Figure 14. DBA Average Capstone Credits Earned, By Program Status**



133

## 2.3.2 Doctor of Education

A total of 10,546 students began Walden's Doctor of Education (Ed.D.) program between fall 2008 and fall 2017.[134] Approximately 68% of students (N=7,143) withdrew -or were withdrawn- by Walden prior to completing their program, and the majority of these students withdrew -or were withdrawn- prior to reaching the first year (N=3,970, or 55%; see Figure 15). In other words, 38% of students who began the Ed.D. program did not progress past the first year. Data provided did not differentiate those students who were administratively withdrawn by Walden from those who withdrew on their own.

---

[133] The mode refers to the most frequently-occurring number in a set of numbers; the mean is the average when all numbers are added and divided by the number of numbers; and the median is the middle value in a set of numbers.
[134] Source: Walden, Doctoral Students First Enrolled Fall 2008 – Fall 2017 FINAL.xlsx. Note: Only those who entered and remained in the EdD program are used in this calculation; this excludes those with status of: transfers and re-enrolled/graduated /still enrolled and /withdrawn. This source is used for all enrollment data presented. Please note that students who were admitted prior to fall 2008, but completed during the years 2008-2017 would not be included in this calculation. Also note that students who took longer than eight (8) years to complete the program would not be included in this analysis, as the data provided only included those admitted fall 2008 and who graduated by fall 2017.

**Figure 15. Withdrawn Ed.D. Students by Years of Program Completed**



Since fall of 2008, a total of 938 students have completed Walden's Ed.D. program. Of those who completed the program, 453 (48%) complete within 56 months, the published program length.[135] Minimum published program length is 2.75 years, or 33 months[136], and twelve students completed within this time. See below for length of time in years (Figure 16) and months (Figure 17) for students who have completed the DBA program since fall 2008. [137]

**Figure 16. Ed.D. Students, by Years to Completion**



---

[135] http://programdata.waldenu.edu/Doctor_Educ_CIA/doctor-of-education-curriculum-instruction-assessment.html Program length of 56 months is published for all Ed.D. specializations.
[136] https://www.waldenu.edu/doctoral/doctor-of-education/tuition-fees
[137] Total years complete; those who complete between two whole numbers would be represented by the lower of the two whole numbers. For example, those who complete in 3 years, 11 months, would be captured in the three year category.

Figure 17. Completed Ed.D. Students by Months to Completion[138]



Figure 18 represents the program status for those students who were retained at year one (excludes 2008, given a full year not reported). For all cohorts admitted since 2008, and of those students retained at year one, 15% completed, 33% are still enrolled, and 51% withdrew or were withdrawn by Walden.

---

[138] Not all months are shown on figure for ease in viewing.

**Figure 18. Ed.D. Students, Status by Year of Program Start**



Table 20 represents graduation rates for the Ed.D. program, as provided by Walden; the percentages are cumulative. Walden only considers those students who are retained at one year in calculations of their graduation rates, which means that for the Ed.D. program, 39% of the admitted students are not accounted for in these graduation rates.

**Table 20. Ed.D. Program Graduation Rates**

| Academic Year Cohort | # in Cohort | 2 Year | 3 Year | 4 Year | 5 Year | 6 year | 7 Year |
|---|---|---|---|---|---|---|---|
| 2008-09 | 1241 | 0% | 0.4% | 5% | 14% | 19% | 23% |
| 2009-10 | 872 | 0% | <1% | 5% | 13% | 19% | |
| 2010-11 | 774 | 0% | <1% | 6% | 13% | | |
| 2011-12 | 617 | >1% | 1% | 6% | | | |
| 2012-13 | 645 | >1% | >1% | | | | |
| 2013-14 | 478 | 0% | | | | | |
| 2014-15 | 476 | | | | | | |

The following graph represents the average capstone (dissertation) credits earned over the minimum required for students who have completed, withdrew, or are still enrolled in the Ed.D. program. As shown (Figure 19), the average capstone credits earned for those who complete the Ed.D. program is 42; the minimum required to complete the program is 20.

Figure 19. Ed.D. Average Capstone Credits Earned, By Program Status



## 2.3.3 Ph.D. in Psychology

A total of 7,133 students began Walden's Ph.D. in Psychology program between fall 2008 and fall 2017.[139] Approximately 68% of students (N=4,858) withdrew -or were withdrawn- by Walden prior to completing their program, and the majority of these students (58% of those who withdrew/were withdrawn; N=2,861) were withdrawn or withdrew prior to reaching their first year (see Figure 20 ). In other words 40% of the students who began the Ph.D. in Psychology program did not progress past year one from program start date.[140]

Figure 20. Withdrawn Ph.D. Psychology Students by Years of Program Completed



---

[139] Source: Walden, Doctoral Students First Enrolled Fall 2008 – Fall 2017 FINAL.xlsx. Note: Only those who entered and remained in the PhD Psychology program are used in this calculation; this excludes those with status of: transfers and re-enrolled/graduated /still enrolled and /withdrawn. This source is used for all enrollment data presented.
[140] Status of withdrawn; Note: Only those who entered and remained in the Ph.D. in Psychology program are used in this calculation; this excludes transfers and those who withdrew and were re-admitted.

Since fall of 2008, a total of 391 students have completed the Ph.D. in psychology program.[141] Published program length for the licensure specialty is 7.1 years and for the non-licensure specialty, 5.5 years. Due to limitations in the data, OHE was unable to calculate completion rates based on these two specialty areas. For reference, the minimum program length for the non-licensure specialization is 3.25 years (39 months) and five years for licensure specialization. See Figure 21 for number of years completed for Ph.D. in Psychology students.

**Figure 21. Ph.D. Psychology Students, Years to Completion [142]**



---

[141] Those students admitted after fall 2008, as of fall 2017. Please note that students who were admitted prior to fall 2008 and completed their program between 2008-fall 2017 would not be included in this calculation. Therefore, students who took longer than eight (8) years to complete the program would not be included, as the data provided only included those admitted fall 2008 (and beyond) and who graduated by fall 2017.

[142] Total years complete; those who complete between two whole numbers would be represented by the lower of the two whole numbers. For example, those who complete in 3 years, 11 months, would be captured in the three year category.

**Figure 22. Ph.D. Psychology Students, Months to Completion[143]**



Figure 23 represents the program status for those students who were retained at year one (2008 is partial data as only fall included). For all cohorts admitted since 2008, and of those students retained at year one, 10% completed, 42% are still enrolled, and 49% withdrew or were withdrawn by Walden.

**Figure 23. Ph.D. in Psychology, Status by Year of Program Start**



---

[143] Program length and minimum times to completion are not noted on the graph as data supplied did not categorize Ph.D. Psychology students by specialization (licensure or non-licensure). Not all months are listed in the figure for ease in viewing.

Table 21 represents graduation rates for the Ph.D. in Psychology program, as provided by Walden; the percentages are cumulative. Walden only considers those students who are retained at one year in calculations of their graduation rates, which means that for the Ph.D. in Psychology program, 40% of the admitted students are not accounted for in these graduation rates.

### Table 21. Ph.D. Psychology Students, Graduation Rates by Specialization

**Licensure Specialization:**

| Academic Year Cohort | # in Cohort | 2 Year | 3 Year | 4 Year | 5 Year | 6 year | 7 Year | 8 Year |
|---|---|---|---|---|---|---|---|---|
| 2008-09 | 279 | 0% | 0% | 1% | 5% | 8% | 13% | 15% |
| 2009-10 | 238 | 0% | 0% | >1% | 3% | 7% | 10% | |
| 2010-11 | 182 | 0% | 0% | 1% | 4% | 8% | | |
| 2011-12 | 136 | 0% | 0% | 0% | 2% | | | |
| 2012-13 | 94 | 0% | 1% | 6% | | | | |
| 2013-14 | 67 | 0% | 0% | | | | | |
| 2014-15 | 87 | 0% | | | | | | |

**Non-Licensure Specialization:**

| Academic Year Cohort | # in Cohort | 2 Year | 3 Year | 4 Year | 5 Year | 6 year | 7 Year | 8 Year |
|---|---|---|---|---|---|---|---|---|
| 2008-09 | 465 | 0% | 1% | 4% | 9% | 14% | 19% | 20% |
| 2009-10 | 375 | 0% | 1% | 3% | 6% | 12% | 14% | |
| 2010-11 | 285 | 0% | 1% | 3% | 6% | 11% | | |
| 2011-12 | 281 | 0% | >1% | 2% | 6% | | | |
| 2012-13 | 299 | 0% | 1% | 3% | | | | |
| 2013-14 | 265 | 1% | 1% | | | | | |
| 2014-15 | 265 | >1% | | | | | | |

Figure 24 represents the average capstone (doctoral project) credits earned over the minimum required for students who have completed, withdrew, or are still enrolled in the Ph.D. in Psychology program. As shown, the average capstone credits earned for those who complete the Ph.D. in Psychology program is 65; the minimum required to complete the program is 20.

**Figure 24. Ph.D. Psychology Average Capstone Credits Earned, By Program Status**



## 2.3.4 Ph.D. in Public Policy

A total of 4,847 students began Walden's Ph.D. in Public Policy program between fall 2008 and fall 2017.[144] Approximately 62% of students[145] (N= 3,002) withdrew -or were withdrawn- by Walden prior to completing their program, and the majority of these students withdrew -or were withdrawn- prior to reaching the first year (N=1,880 or 39% of those who withdrew/were withdrawn; see Figure 25). In other words, 39% of the students who began the Ph.D. in Public Policy program did not progress past year one from date of admission.[146] Data provided did not differentiate those students who were administratively withdrawn by Walden from those who withdrew on their own.

---

[144] Source: Walden, Doctoral Students First Enrolled Fall 2008 – Fall 2017 FINAL.xlsx. Note: Only those who entered and remained in the Ph.D. in Public Policy program are used in this calculation; this excludes those with status of: transfers and re-enrolled/graduated /still enrolled and /withdrawn. This source is used for all enrollment data presented. The Program Name 2 filter keeps PhD in Public Policy and Administration, PhD in Public Policy and Administration - Course Based and PhD in Public Policy and Administration - KAM Based.

[145] Status of withdrawn; Note: Only those who entered and remained in the Ph.D. in Public Policy program are used in this calculation; this excludes transfers and those who withdrew and were re-admitted.

[146] Status of withdrawn; Note: Only those who entered and remained in the Ph.D. in Pubic Policy program are used in this calculation; this excludes transfers and those who withdrew and were re-admitted.

**Figure 25. Withdrawn Ph.D. in Public Policy Students by Year of Program Completed**



Since fall of 2008, a total of 318 students have completed the Ph.D. in Public Policy program. There are differing program lengths depending on modality (KAM) and track (course-based; related to type of master's degree held). Published program length for KAM students is six years, for track one (course-based) 6.1 years, and for track two (course-based) 4.7 years. Data provided does not distinguish graduated students by track one or track two. Of KAM students who completed (N=65), the majority (86%) complete the program in six years or less. The next charts show length of time in years (Figure 26) and months (Figure 27) for students who have completed the Ph.D. in Public Policy program since fall 2008. [147]

---

[147] Total years complete; the lower of the two whole numbers would represent those who complete between two whole numbers. For example, those who complete in 3 years, 11 months, would be captured in the three-year category.

Figure 26. Ph.D. Public Policy Years to Completion[148]



Figure 27. Ph.D. Public Policy Students Months to Completion[149]



[148] Total years complete; those who complete between two whole numbers would be represented by the lower of the two whole numbers. For example, those who complete in 3 years, 11 months, would be captured in the three year category. Please note that students who were admitted prior to fall 2008, but completed during the years 2008-2016 would not be included in this calculation. Also note that students who took longer than eight (8) years to complete the program would not be included in this analysis, as the data provided only included those admitted fall 2008 and who graduated by fall 2017.
[149] Minimum published and program length to completion are not noted on the graph as data supplied did not categorize Ph.D. Public Policy students by route (KAM vs. Course-based).

Figure 28 represents the program status for those students who were retained at year one (note 2008 incudes fall data only). For all cohorts, and of those students retained at year one, 11% completed, 48% are still enrolled, and 40% withdrew.

**Figure 28. Ph.D. Public Policy, Status by Year of Program Start, Students Retained at Year One**



Table 22 represents graduation rates for the Ph.D. in Public Policy program, as provided by Walden; the percentages are cumulative. Walden only considers those students who are retained at one year in calculations of their graduation rates, which means that for the Ph.D. in Public Policy program, 39% of the admitted students are not accounted for in these graduation rates.

**Table 22. Ph.D. Public Policy Graduation Rates, by Track**

**KAM program:**

| Academic Year Cohort | # in Cohort | 2 Year | 3 Year | 4 Year | 5 Year | 6 year | 7 Year | 8 Year |
|---|---|---|---|---|---|---|---|---|
| 2008-09 | 190 | 0% | 2% | 3% | 13% | 19% | 24% | 26% |
| 2009-10 | 27 | 0% | 0% | 0% | 7% | 15% | 15% | |
| 2010-11 | 24 | 0% | 0% | 0% | 4% | 4% | | |
| 2011-12 | 21 | 0% | 0% | 0% | 0% | | | |
| 2012-13 | | | | | | | | |
| 2013-14 | KAM based program no longer offered. | | | | | | | |
| 2014-15 | | | | | | | | |

**Track 1, Course-based (students hold masters not specified in track 2):**

| Academic Year Cohort | # in Cohort | 2 Year | 3 Year | 4 Year | 5 Year | 6 year | 7 Year | 8 Year |
|---|---|---|---|---|---|---|---|---|
| 2008-09 | No course based program offered. | | | | | | | |
| 2009-10 | 267 | 0.4% | 1% | 4% | 11% | 18% | 20% | |
| 2010-11 | 245 | 0% | >1% | 2% | 8% | 11% | | |
| 2011-12 | 254 | 0% | 1% | 4% | 8% | | | |
| 2012-13 | 216 | 0% | >1% | 2% | | | | |
| 2013-14 | 212 | 0% | 0% | | | | | |
| 2014-15 | 157 | 0% | | | | | | |

**Track 2, Course-based (holds MPA or MS NPML from Walden, MPP or MPA from another university):**

| Academic Year Cohort | # in Cohort | 2 Year | 3 Year | 4 Year | 5 Year | 6 year | 7 Year | 8 Year |
|---|---|---|---|---|---|---|---|---|
| 2008-09 | No course based program offered. | | | | | | | |
| 2009-10 | 105 | 0% | 2% | 9% | 14% | 20% | 21% | |
| 2010-11 | 108 | 0% | 0% | 4% | 6% | 8% | | |
| 2011-12 | 79 | 0% | 4% | 10% | 11% | | | |
| 2012-13 | 78 | 0% | 4% | 4% | | | | |
| 2013-14 | 82 | 0% | 1% | | | | | |
| 2014-15 | 80 | 0% | | | | | | |

Figure 30 represents the average capstone (doctoral project) credits earned over the minimum required for students who have completed, withdrew, or are still enrolled in the Ph.D. in Public Policy program (course and KAM are shown in separate figures). As shown in Figure 29, the average capstone credits earned for those who complete the Ph.D. in Public Policy KAM-based program is 60; the minimum is 30.

**Figure 29. Ph.D. Public Policy (KAM) Average Capstone Credits Earned, By Program Status**



As shown, the average capstone credits earned for those who complete the Ph.D. in Public Policy course-based program is 50; the minimum required to complete the program is 20.

**Figure 30. Ph.D. Public Policy (Course) Average Capstone Credits Earned, By Program Status**



## 2.3.5 Ph.D. in Management

A total of 3,159 students began Walden's Ph.D. in Management program between fall 2008 and fall 2017.[150] Approximately 65% of students (N= 2,040) withdrew -or were withdrawn- by Walden prior to completing their program, and the majority of these students withdrew -or were withdrawn- prior to reaching the first year (N=1,314 or 64% of those who withdrew/were withdrawn; See Figure 31 below). In other words, 42% of the students who began the Ph.D. in Psychology program did not progress past year one from date of admission.[151] Data provided did not differentiate those students who were administratively withdrawn by Walden from those who withdrew on their own.

**Figure 31. Withdrawn Ph.D. in Management Students by Years of Program Complete**



Since fall 2008, a total of 190 students completed Walden's Ph.D. in Management program.[152] Of those who completed the program, 65% (N=123) do so within three and five years (N=123). Published program length for the KAM program is six years, and for the course-based program, 4.8 years. Of KAM students who completed (N=116), the majority (78%) complete the program in six years or less.[153] The following charts show length of time in years (Figure 32) and months (Figure 33) for students who have completed the Ph.D. in Management program since fall 2008.[154]

---

[150] Note: Only those who entered and remained in the Ph.D. in Management are used in this calculation; this excludes transfers and those who withdrew and were re-admitted. The data is filtered on Program Name 2, which keeps PhD in Management, PhD in Management - Course Based and PhD in Management - KAM Based.

[151] Status of withdrawn; Note: Only those who entered and remained in the Ph.D. in Psychology program are used in this calculation; this excludes transfers and those who withdrew and were re-admitted.

[152] Students with program: Ph.D. in Management, Ph.D. in Management KAM, and Ph.D. Management COURSE

[153] Please note that students who were admitted prior to fall 2008, but completed during the years 2008-2016 would not be included in this calculation. Also note that students who took longer than eight (8) years to complete the program would not be included in this analysis, as the data provided only included those admitted fall 2008 and who graduated by fall 2017.

[154] Total years complete; the lower of the two whole numbers would represent those who complete between two whole numbers. For example, those who complete in 3 years, 11 months, would be captured in the three-year category.

**Figure 32. Ph.D. Management Students Years to Completion**



**Figure 33. Ph.D. Management Students Months to Completion**[155]



Figure 34 represents the program status for those students who were retained at (or made it to) year one. For all cohorts admitted since 2008, and of those students retained at year one, 11% completed, 46% are still enrolled, and 43% withdrew or were withdrawn by Walden.

---

[155] Minimum published and program length times to completion are not noted on the graph as data supplied did not categorize Ph.D. Management students by route (KAM vs. Course-based).

**Figure 34. Ph.D. Management, Program Status by Year Admitted, Students Retained One Year**



Table 23 represents graduation rates for the Ph.D. in Management program, as provided by Walden; the percentages are cumulative. Walden only considers those students who are retained at one year in calculations of their graduation rates, which means that for the Ph.D. in Management program, 42% of the admitted students are not accounted for in these graduation rates.

**Table 23. Ph.D. Management, Graduation Rates, as Presented and Supplied by Walden[156]**

**KAM Program:**

| Academic Year Cohort | # in Cohort | 2 Year | 3 Year | 4 Year | 5 Year | 6 year | 7 Year | 8 Year |
|---|---|---|---|---|---|---|---|---|
| 2008-09 | 232 | 0% | 1% | 3% | 6% | 10% | 15% | 19% |
| 2009-10 | 167 | 0% | 0% | 3% | 8% | 13% | 17% | |
| 2010-11 | 71 | 0% | 1% | 3% | 13% | 20% | | |
| 2011-12 | 50 | 0% | 0% | 2% | 8% | | | |
| 2012-13 | 22 | 0% | 5% | 5% | | | | |
| 2013-14 | 27 | 0% | 4% | | | | | |
| 2014-15 | >10 | 0% | | | | | | |

---

[156] Number in cohort are students retained through their first year

**Course-Based Program:**

| Academic Year Cohort | # in Cohort | 2 Year | 3 Year | 4 Year | 5 Year | 6 year | 7 Year | 8 Year |
|---|---|---|---|---|---|---|---|---|
| 2008-09 | No course based program offered. | | | | | | | |
| 2009-10 | 29 | 0% | 0% | 3% | 7% | 10% | 10% | |
| 2010-11 | 125 | 0% | 1% | 4% | 8% | 10% | | |
| 2011-12 | 172 | 0% | 1% | 2% | 5% | | | |
| 2012-13 | 117 | 0% | 0% | 0% | | | | |
| 2013-14 | 125 | 0% | 0% | | | | | |
| 2014-15 | 199 | 0% | | | | | | |

The following figures represent the average capstone (dissertation) credits earned over the minimum required for students who have completed, withdrawn, or are still enrolled in the Ph.D. in Management KAM-based (Figure 35) and course-based (Figure 36) programs. As shown below in Figure 35 the average capstone credits earned for those who complete the Ph.D. in Management KAM-based program is 55; the minimum required to complete the program is 30.

**Figure 35. PhD Management (KAM), Average Capstone Credits, By Program Status**



As shown, the average capstone credits earned for those who complete the Ph.D. in Management course-based program is 46; the minimum required to complete the program is 20.

**Figure 36. PhD Management (Course), Average Capstone Credits, By Program Status**



In summary, students complete more than the minimum number of capstone credits required for the degree. This can be attributed to a variety of reasons and may not, in and of itself, be problematic. Walden notes that earning more capstone credits than is required does not mean students are not making progress. The dissertation process requires students to engage in rigorous, high-level academic work which entails extensive research and original writing. Walden further notes that given the overwhelming number of students who are balancing family responsibilities and working full time, the idea that students will complete the dissertation within the minimum credits and time required is illogical. [157]

In terms of completion time, each program had students who had completed the program in two years, 11 months or less (DBA=164; Ed.D.= 15; Ph.D. Psychology= 14; Ph.D. Public Policy 22; Ph.D. Management=164). It is possible these students transferred in courses and/or enrolled in programs prior to 2008 and were re-admitted after fall 2008. Short of a full audit of these student records, OHE does not know the reasons for students completing a program in less than the minimum published program length. For reference, Walden has policies in place for maximum allowed transfer of credit as well as minimum years of enrollment. [158]

---

[157] Walden communication to OHE 7/17/2018.
[158] Doctoral candidates must have min. two years enrollment at Walden University (2011-12 Student Handbook).

# 2.4. Walden's Faculty

Walden uses the term core faculty for those assigned to specific colleges and programs who engage in program initiatives and instructional activities for 50-100% of their professional time. Contributing faculty refers to part-time Walden faculty members who may also participate in activities related to administration and governance of their programs but whose primary focus is on instructional activities. The total faculty supporting doctoral programs for the 2015-2016 academic year falls somewhere between 884 and 1,017.[159]

The following section presents information on faculty credentials, teaching load, and faculty turnover. Teaching load information includes courses taught, residencies attended, and KAMs assessed. Committee load was provided to OHE in a separate data file. For specific information related to faculty committee load, see Part Three: *Committee Member Roles and Responsibilities.*

## 2.4.1 Faculty Credentials

OHE reviewed 10% (via a random sample) of the curriculum vitae (CV) provided, by faculty program affiliation. CVs were reviewed in accordance with published policies on faculty credentials and experience. Specific policies regarding faculty qualifications are located in the Faculty Handbook (Jan., 2017) which states faculty members will have an earned doctorate in the field of study or a closely related field to teach graduate-level courses. Exceptions may be considered for contributing faculty in lieu of a doctorate for those with a master's degree and upon meeting one of at least three criteria (as outlined in the faculty handbook). Of the CVs reviewed, all but one had a doctoral degree; information for this faculty listed 30 quarter credit hours post-MA. Based on the CVs reviewed, Walden faculty experience and credentials are consistent with published Walden policies.

Walden lists faculty credentials and general availability to serve on dissertation and doctoral project committees in the Faculty Expertise Directory (FED)[160] located on a website. The Office for Student Research Administration (OSRA) website includes an Excel file that lists DBA and PhD Management faculty by name including methodology and content expertise.[161] These listings designate faculty availability for assignment, but do not list faculty credentials.

## 2.4.2 Teaching Load

As a means to contextualize the information, a summary of faculty count (e.g., faculty who engaged in teaching a course, assessing a KAM, and/or attending a residency), by college, full and part-time status, was calculated.[162] As shown in Figure 37, the College of Social and Behavioral Sciences (CSBS) has the greatest number of full and part time faculty compared to the other three colleges.

---

[159] According to Walden-supplied data for "Doctoral Faculty Teaching Loads" (Q11), total faculty for the 15-16 academic year was 1,017. According to "Doctoral Faculty Turnover" (Q12), total faculty for the 15-16 academic year was 884.
[160] http://academicguides.waldenu.edu/researchcenter/resources/FED
[161] http://academicguides.waldenu.edu/researchcenter/osra/dba
[162] Data extracted from Walden-supplied Q_11 Doctoral Faculty Teaching Loads (.xlsx file)

**Figure 37. Walden Doctoral Faculty, By College, and Status**



[163]

Walden supplied median faculty workload (the office assumed teaching one course, attending one residency, or assessing one KAM = one), by type, over time, at institution, college, and program levels. This included median workload of: doctoral courses taught (CRS), residencies attended (RESI), and KAMs assessed (KAM), as shown in Table 24. Workload for doctoral committee chair, second member, or university research reviewer (URR) membership was not included as part of workload data; rather, this information was provided by Walden in a separate response.

**Table 24. Median Faculty Workload, By Program, 2013-14, 2014-2015, and 2015-2016[164]**

| Program | 2013-14 | | | 2014-15 | | | 2015-16 | | |
|---|---|---|---|---|---|---|---|---|---|
| | CRS | RESI | KAM | CRS | RESI | KAM | CRS | RESI | KAM |
| DBA | 6 | 1 | 1 | 6 | 1 | 2 | 6 | 1 | 1 |
| EDD | 4 | 1 | 2 | 5 | 1 | 1 | 3 | 2 | 1 |
| DIT | 2 | 4 | 2 | 6 | 4 | | 6 | 2 | |
| DNP | 4 | 2 | | 3 | 2 | | 4 | 1 | |
| DRPH[165] | | | | | | | 3 | | |
| PHD CES | 4 | 3 | | 4 | 2 | | 4 | 1 | |
| PHD EDUC | 3 | 3 | 2 | 3 | 2 | 2 | 3 | 2 | 2 |
| PHD HLTH | 4 | 3 | 2 | 7 | 3 | 2 | 7 | 2 | 2 |
| PHD HUMN | 5 | 1 | 2 | 5 | 3 | 2 | 4 | 2 | 1 |
| PHD I/O PSYC | 4 | 2 | | 3 | 2 | | 4 | 2 | |
| PHD MGMT | 4 | 2 | 2 | 4 | 1 | 3 | 4 | 1 | 2 |
| PHD NURS | 8 | | | 4 | 2 | | 3 | 2 | |

[163] CHS= College of Health Sciences; CMT= College of Management and Technology; COEL= College of Education and Leadership; CSBS= College of Social and Behavioral Sciences.
[164] Source: Walden
[165] The Doctor of Public Health (DPH) was launched in 2014.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PHD PSYC | 4 | 2 | | 4 | 2 | | 3 | 2 | |
| PHD PUBH | 4 | 1 | 2 | 6 | 2 | 2 | 7 | 2 | |
| PHD PPA | 4 | 2 | 1 | 7 | 2 | 1 | 6 | 2 | 2 |
| NON-DOCTORAL | 3 | 1 | | 2 | 1 | 1 | 2 | 2 | 1 |
| OTHER | 5 | 3 | | 7 | 3 | 1 | 2 | 4 | |

Information provided by Walden indicates that faculty median workload over time has remained stable, with four (4) as the median doctoral courses taught, two (2) as the median residencies attended, and two (2) as the median KAM assessed per academic year. Table 25 represents institutional-level data, meaning all faculty across all colleges and schools who engaged in these activities are included in the summary table.

**Table 25. Median Faculty Workload, for Years 2008-2009 through 2015-2016[166]**

| Workload Type | 08-09 | 09-10 | 10-11 | 11-12 | 12-13 | 13-14 | 14-15 | 15-16 |
|---|---|---|---|---|---|---|---|---|
| DOC COURSES TAUGHT | 4 | 4 | 3 | 4 | 4 | 4 | 4 | 4 |
| RESIDENCIES ATTENDED | 1 | 1 | 1 | 2 | 2 | 1 | 2 | 2 |
| KAMS ASSESSED | 3 | 3 | 2 | 2 | 1 | 2 | 2 | 1 |
| TOTAL # of FACULTY | 723 | 861 | 1030 | 1091 | 1010 | 1000 | 974 | 1017 |

The median workload, by college, by year was also provided by Walden (See Table 26). This information indicates that the average courses, residencies, and KAMs assessed are relatively consistent across colleges; the College of Management and Technology (CMT) faculty with highest average for courses taught, when compared with the other colleges.

**Table 26. Median Faculty Workload, by College for Years 2008-2009 through 2015-2016[167]**

| COLLEGE | 2011-12 | | | 2012-13 | | | 2013-14 | | | 2014-15 | | | 2015-16 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CRS | RESI | KAM | CRS | RESI | KAM | CRS | RESI | KAM | CRS | RESI | KAM | CRS | RESI | KAM |
| CHS | 3 | 2 | 2 | 3 | 1 | 1 | 4 | 2 | 2 | 4 | 2 | 2 | 4 | 2 | 2 |
| CMT | 5 | 1 | 3 | 6 | 1 | 2 | 5 | 1 | 2 | 5 | 1 | 3 | 5 | 1 | 1 |
| COEL | 3 | 1 | 2 | 3 | 1 | 1 | 4 | 1 | 2 | 4 | 1 | 1 | 3 | 2 | 1 |
| CSBS | 4 | 2 | 1 | 4 | 2 | 1 | 4 | 2 | 1 | 4 | 2 | 2 | 4 | 2 | 1 |

While average courses taught, residencies attended, and KAMs assessed is helpful in understanding faculty workload, this workload did not include capstone work such as chair assignments. Further data analysis was conducted by OHE to connect faculty committee work data to the load data supplied.  In the figures that follow

---

[166] Source: Walden
[167] Source: Walden

(see Figure 38, Figure 39, Figure 40, and Figure 41), full time and part time faculty assignments are provided in ranges for several programs (DBA, Ed.D., Ph.D. Management, Ph.D. Public Policy,) to include courses taught, residencies attended, KAMs assessed, and committee chair assignments for the 2015-2016 academic year.

**Figure 38. Doctor of Business Administration Program FT and PT Faculty**



**Figure 39. Doctor of Education (Ed.D.) program FT and PT faculty**



**Figure 40. Ph.D. Management FT and PT faculty**



**Figure 41. Ph.D. Public Policy full time faculty**



As these figures demonstrate, faculty engage in many activities, including teaching courses, attending residencies, and serving as chairs for dissertation committees. Faculty also serve as second committee members (in the role of methodologist or University Research Reviewer/URR), but OHE does not have this information in order to provide a full picture of all faculty activities. Further, OHE does not know what additional program initiatives assigned to these full time faculty (based on Walden's definition, full time faculty engage in program initiatives and instructional activities for 50-100% of their professional time). As such, the load data as represented in this

section is likely an underrepresentation of the complete responsibilities (which would account for committee service and program initiatives) assigned to full and part time faculty.

Data for KAM assessments was analyzed from data provided in order to get a closer look at the trends of faculty engaged in assessing KAMs.[168] Over time, the percentage of faculty assessing KAMs has decreased; in the most recent academic year, only 8% of Walden faculty were assigned as a KAM assessor (see Table 27). All KAM programs have been discontinued, therefore, the decrease in total KAMs assessed is expected.

**Table 27. Total and Average KAMs Assessed, by Percentage of Faculty**

| Academic Year | Total KAMs Assessed | Total Faculty Assessors (% of faculty) | Average KAM assessed per faculty (min., max.) |
|---|---|---|---|
| 2015-2016 | 178 | 77 (8%) | 2.33 (1, 11) |
| 2014-2015 | 227 | 90 (9%) | 2.52 (1, 18) |
| 2013-2014 | 307 | 122 (12%) | 2.52 (1, 10) |
| 2012-2013 | 415 | 177 (18%) | 2.28 (1, 13) |
| 2011-2012 | 656 | 227 (21%) | 2.60 (1, 16) |
| 2010-2011 | 838 | 260 (25%) | 3.04 (1, 22) |
| 2009-2010 | 1,072 | 274 (32%) | 3.91 (1, 19) |
| 2008-2009 | 1,212 | 262 (36%) | 3.0 (1, 26) |

## 2.4.3 Faculty Turnover

Based on information provided by Walden to OHE, total faculty per program are presented by calendar year with the number representing the total faculty at the first of the year with total terminations occurring throughout the year. As follows, the number for the year following would be total faculty from year prior minus terminations plus any new hires from the year prior. OHE asked Walden why the number at the start of the following year is lower (and yet does not equal) than the total from the year prior minus prior year terminations. Walden informed OHE that the reason for this discrepancy is due to faculty who were re-assigned to a closely-related program or different modalities of the same program (e.g., course- and KAM-based versions of the same program, master's and doctoral programs, and research and professional doctorates of the same discipline).[169] In conclusion, the total terminations as listed will not include those faculty who transferred to another program. It is not known

---

[168] Data extracted from Walden-supplied Q_11 Doctoral Faculty Teaching Loads (.xlsx file)
[169] For example, the Ph.D. in Public Policy and Administration lists 77 faculty for the 2012 year with 1.3% terminations throughout the year; however, at the start of 2013 it lists 53 total contributing faculty. In this instance, when asked to explain, Walden noted that in this program twelve (12) new faculty were hired, two (2) faculty were reassigned from the Master of Public Administration program, thirty three (33) faculty were reassigned to the Master of Public Administration program, and five (5) terminations occurred. Walden noted that "faculty that are reassigned to a closely-related program or different modality of the same program, faculty are neither encouraged nor required to change their membership on a student doctoral capstone committee" and that "such a change generally has no impact on their current doctoral committee assignments and most will continue with the students they were previously assigned."

whether faculty who transferred to another program would impact students for whom they served as capstone or dissertation committee members.

As Figure 42 below demonstrates, turnover at the institutional level (this includes both full time core and part time contributing faculty in doctoral programs) has remained generally consistent over time (range 8%-12%). Note 2008 was an incomplete data set and was therefore excluded from this analysis.

**Figure 42. Walden University Institutional Faculty Turnover**



Information which follows (Figure 43, Figure 44, Figure 45, Figure 46, Figure 47) includes turnover rates for those programs with more than 75 faculty for the following programs: Ph.D. Management (AMDS) (note: two sets of data were provided for this program, the Ph.D. AMDS and the Ph.D. MGMT; the Ph.D. MGMT had fewer than 75 faculty), DBA, Ph.D. Education (KAM), Ph.D. Psychology, and Ph.D. Public Policy and Administration.

**Figure 43. PhD AMDS Contributing Faculty Turnover**



**Figure 44. DBA Contributing Faculty Turnover**



**Figure 45.** PhD Education (KAM) Contributing Faculty Turnover



**Figure 46.** PhD Psychology Contributing Faculty Turnover



**Figure 47. PhD Public Policy (Course) Contributing Faculty Turnover**



Note the turnover data at the committee-level was not requested nor supplied. The only information available to OHE on committee turnover was for those who filed complaints (see Part One: Student Complaint Categories). When asked about committee-level turnover in general, Walden noted that among all committees in 2016, 38% have ever experienced a change in membership and the average number of changes is 1.4, among those committees experiencing a change. [170]

---

[170] 10/2/2017 Walden letter to OHE

# Part Three: Walden's Policies and Procedures

OHE reviewed Walden's policies/procedures and administrative monitoring tools utilized to assess and provide feedback to students through the various stages of the dissertation (tracking progress, changes in committees, and providing timely feedback to students). Advertising and enrollment staff training materials were also reviewed with specific attention to published or communicated cost and time to completion. Lastly, Walden's continuous improvement procedures and program reviews are summarized. These policies and procedures are reviewed within the context of student complaint categories, as addressed and summarized in Part One.

# 3.1 Committee Member Roles & Responsibilities

Walden has policies in place that outline the roles and responsibilities of capstone committee members related to committee feedback, committee workloads, and committee transitions. This section will review Walden's policies and practices regarding committee activities, including Walden's monitoring of committees, and present relevant data within each section in order to provide additional context.

## 3.1.1 Committee Feedback

Walden's committee policies are accessible via the Office of Research Administration's website and within the 2017 Walden Faculty Handbook. [171] A summary of these policy areas is outlined below.

According to the Walden Faculty Handbook, faculty are expected to "initiate and maintain frequent, regular, and timely interaction with students, at a minimum of twice per academic term and certainly as often as needed to adhere to the SU grading guidelines for planning and progress" (p. 67). The Handbook further states that faculty are to evaluate students' work related to their progress in achieving academic milestones, assist students in maintaining substantive academic progress towards timely degree completion, and document regular contact with the student (e.g., at least once per month or more frequently as directed by the college/school/program).

Additionally, faculty are to respond to submissions of research drafts upon receipt of the drafts and indicate when the draft will be returned. [172] Specifically, faculty are generally expected to review and return work within two weeks, or alternatively, provide a substantive overview of the issues and concerns with an estimate of when the full review would be complete. Furthermore, the policies outline that the committee chair should provide guidance on activities for the student to complete during the review phase to allow the student to continue to progress. If the committee chair is purposely and actively providing guidance through the review phase, students likely will feel more engaged and may express fewer concerns about feeling like they are stuck in a "holding pattern" while awaiting feedback.

When timely feedback may be impacted by faculty absences, faculty are expected to follow processes as outlined within the faculty handbook. This includes steps that should be followed when faculty will be unavailable for more

---

[171] https://academicguides.waldenu.edu/researchcenter
[172] According to the Walden student handbook (September 2017)

than two, but fewer than seven, consecutive calendar days. Additionally, the handbook outlines procedures that should be followed when faculty will be unavailable for seven or more consecutive calendar days. These include seeking approval of the program director and notifying the program director of any backup coverage that will be needed.

Should a conflict arise within a committee, specifically with the feedback provided by the University Research Reviewer (URR),[173] Walden has a "URR Appeals Process" which may escalate from informal resolution, to mediation and/or arbitration[174], to an appeal to the executive director of the Center for Research Quality (CRQ).[175] It is not known when this appeals policy was instituted nor the number of committees electing this process.

## 3.1.2 Committee Transitions

Committee transitions result from a faculty member resignation, a student requesting a change in committee, or a faculty member requesting a change for the student. In instances when faculty members requested a change, it was often cited (in complaint materials) that the faculty felt the student would be better served by another faculty member (e.g., student was not making progress and/or was not accepting and integrating feedback from faculty).

Walden has policies in place intended to govern the transition between committee member changes that are designed to minimize the impact on student progression. These policies are to prevent students from having to complete additional work, or to go back and make changes to work that had been previously approved (barring instances when a prior member approved work that failed to meet standards on the rubric or evaluation tool).

According to information as published on Walden's Office of Research Administration website, "turnover in the membership of research capstone committees creates delays in student progress contributing to reduced student satisfaction and increased attrition. Therefore, faculty are encouraged to work closely and cooperatively with their program directors to minimize the need for replacing student committees' members. When a faculty member still wants to be released from his or her duties as a committee member or chair on a dissertation or doctoral study committee after initial conversations with their program director, the following process is used."[176] This process incudes the committee resignation request, which upon submission, is either approved or denied by the program director or designee.

Committee resignation requests must be submitted to the program director alongside supporting documentation, including a program-specific action plan. It is expected that students are provided with a program-specific action plan to facilitate the change and to maintain their progress. Any committee changes must be approved by the program director and must occur between the end of one term and the add/drop window of the following term.

---

[173] The URR serves as the quality assurance mechanism for the capstone research and is intended to provide feedback to students at various points in the process, including the early (proposal) and final study stages.

[174] Walden does not utilize formal arbitration external to Walden with students, but uses the term arbitration for an internal dispute resolution process where a neutral third-party from within Walden reviews and decides disputes between faculty members.

[175] URR Appeals Process as cited in Walden University's URR Manual (June 2016), p. 11.

[176] https://academicguides.waldenu.edu/researchcenter/osra/committee

The new committee member is expected to honor the progress the student made with the endorsement of the previous member, provided the work meets university standards as expressed on the doctoral rubric.

According to information provided by Walden,[177] ███████████████████████████████████
████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████. Based on this feedback, Walden noted that the CRQ is using this information to increase the level of detailed guidance in this policy. It is not known the degree to which this policy is effective in decreasing turnover and student complaints regarding committee transitions; the effectiveness of this policy will need to be reviewed at a later date.

OHE does not know whether the changes to committees of those who complained are similar or different from changes for all Walden committees. When asked about the overall frequency of committee turnover (for all Walden students, not just those who complained), Walden indicated that, among all committees in 2016, 38% had a change in membership with the average number of changes as 1.4.[179] Due to data constraints, OHE was also unable to determine how many committee changes resulted from student requests versus how many were initiated by faculty or as a result of faculty leaving the University.

If the aforementioned policies are followed, committee member changes and feedback should not lead to needless delays or conflicting feedback. Walden policies are in place to ensure the feedback is timely and the transitions do not impact student progression. OHE did not request, nor was provided, data indicating the degree to which these policies are followed. Because of the time involved in reviewing student work, it is important for Walden to have guidelines in place regarding the number of student assignments per faculty member, also known as committee load.

## 3.1.3 Committee Loads and Ratios

In order to understand the expectations for faculty committee work, OHE reviewed policies and data related to committee load and committee ratios. As shown in Table 28, Walden has recently implemented guidelines for core (full time) and contributing (part time) faculty.

---

[177] Walden letter to OHE 4/20/2018; narrative response only, as survey data not provided directly to the office.
[178] The RPAC membership includes the executive director and staff from the Center for Research Quality as well as faculty representatives from each college.
[179] Walden letter to OHE 10/2/2017

**Table 28. Faculty Committee Load Guidelines**

| Year(s) | Contributing Faculty Guidelines | Core Faculty Guidelines |
|---|---|---|
| Prior to 2015 | None | None |
| 2015 | Maximum committee load was 30 students per contributing faculty member. | None |
| Recent, date unknown (sometime after March 2015)[180] | For quarter-based programs, faculty should carry a maximum annual load of 20 committee assignments, with no more than 10 of those being committee chair positions. For semester-based programs, faculty should carry a maximum annual load of 16 committee assignments, with no more than 8 of those being committee chair positions. [181] | A 1:3:5 workload ratio model in which one committee chair assignment equates to three second member assignments, or five university research reviewers. Various committee assignment mixes can lead to 18 units per year. A "balanced model" is recommended with a mix of 20 chair, 20 second, and 25 URR assignments per year, equating to 18 units. [182] |

The newest recommended guidelines were presented by the staff of the Center for Research Quality (CRQ) to Walden deans and directors. Walden verbally noted to OHE that these policies have since been implemented, as directed by the Chief Academic Officer. [183]

Policies regarding committee loads are disseminated by Academic Affairs and are monitored by the CRQ. Walden acknowledged that during this time of transition there may be instances during which contributing faculty carry more than 30 students in order to not further disrupt existing committees. Walden also noted that "stronger faculty are more likely to be assigned larger student loads, because they specialize in helping to support student completion and have a demonstrated record of success." [184]

The Center for Research Quality meets weekly with the Research Process Advisory Council in the oversight of committees. CRQ provides reports of individual faculty loads to program directors on a quarterly basis, as well as

---

[180] Committee load policy: A model for compliance support for core and contributing faculty, Microsoft PowerPoint presentation slides, authored by Laura Knight Lynn, Ph.D., Executive Director, Center for Research Quality and William Schulz, Ph.D., Director of Academic Initiatives. Date unknown.

[181] At the discretion of the program director, some experienced and skilled faculty could be assigned annual loads over 20 (quarter-based) or 16 (semester-based); anything above 30 will require associate dean approval.

[182] Other options for assignments (all equating to 18 units per year) include: chairs with no other assignments could have 33 students per year; second members with no other assignments could have 91 students per year; URRs with no other assignments could have 159 students per year.

[183] Date when policies were implemented is unknown

[184] 7/21/2017 Walden University letter to OHE.

aggregate data on committee loads by program. Program directors and deans make all decisions regarding load assignments.

OHE reviewed committee load information in order to understand the average number of students assigned to faculty committee chairs (for all Walden students). Data provided by Walden was limited to those faculty serving in the role of committee chair, and did not include data for faculty in roles of second member or university research reviewer. Of note, faculty are often responsible for additional duties beyond serving on committees, including teaching, assessing KAMs, and attending residencies (see Part Two: Walden's Faculty).

Of the colleges reviewed, the average committee chair assignments for faculty in the Doctor of Business Administration (DBA) program was significantly higher compared to faculty in other programs (see Table 29). The percentage of faculty in the DBA program who serve as chair for more than 30 students is also significantly higher than faculty from other programs.

**Table 29. Average Committee Assignments, by Program for 2015-16[185]**

| PROGRAM | Faculty Chair Count | Average Number of Committees Chaired per Faculty (min., max) | Median Number of Committees Chaired per Faculty | Percentage of faculty that chair 30 or more committees |
|---|---|---|---|---|
| Doctor of Business Administration | 129 | 22.71 (1, 45) | 25 | 32.6% (N=42) |
| Doctor of Education (Ed.D) | 267 | 10.93 (1, 42) | 10 | 6% (N=5) |
| Ph.D. Psychology | 142 | 9.99 (1, 41) | 10 | 0.7% (N=1) |
| Ph.D. Public Policy & Administration | 65 | 16.22 (1, 43) | 15 | 12.3% (N=8) |
| Ph.D. Management | 59 | 13.85 (1, 49) | 8 | 11.9% (N=7) |

The percentage of faculty serving as chair for more than 25 students has grown over time (from 2% to 11%), as indicated in the table below.

---

[185] 2015-2016 AY Committee load, by faculty affiliation to primary program

**Table 30. Number and Percent of Faculty Serving As Chair to More Than 25 Students**

| Academic Yr. | Total Faculty | Total >25 | % >25 |
|---|---|---|---|
| 2008-2009 | 698 | 16 | 2% |
| 2009-2010 | 867 | 35 | 4% |
| 2010-2011 | 995 | 41 | 4% |
| 2011-2012 | 1,075 | 33 | 3% |
| 2012-2013 | 1,151 | 39 | 3% |
| 2013-2014 | 1,271 | 72 | 6% |
| 2014-2015 | 1,282 | 115 | 9% |
| 2015-2016 | 1,251 | 136 | 11% |

Additionally, the data provided by Walden indicates that the average number of students assigned to a committee chair has increased over time; full-time faculty increased from 6.71 to 11.63, and part-time faculty increased from 5.45 to 12.48 over the years 2011-2012 to 2015-2016.

**Figure 48. Average Chair Assignments for Full-Time Faculty by College, 2011-12 to 2015-16**



Furthermore, the average chair assignments for part time/contributing faculty in the College of Management and Technology (CMT) is significantly greater than the average for contributing faculty in the three other colleges (see Figure 7).

**Figure 49. Average Chair Assignments for Part Time Faculty by College, 2011-12 to 2015-16**



Over time, the data indicated that the number of students assigned to faculty has increased, and suggests there may be instances in which number of students assigned to faculty was not consistent with current policy. During transition to new load requirements, there may be faculty who continue to carry more student committee assignments than the policy allows.

Load policies are one mechanism to ensure a quality student experience. Institutional and program administrators and faculty should ensure that committee loads are appropriate and that the number of assignments does not impede student progress. For a complete view of faculty activities see Part Two, Chapter 4, *Walden Faculty*.

## 3.1.4 Monitoring Committees

Institutional monitoring of faculty compliance with institutional policies and practices may mitigate barriers to students' progress, as they move through the capstone phase. This section will address the ways in which Walden staff and administration utilize tools and data to monitor the effectiveness of committees.

The Center for Research Quality (CRQ) serves an important role in monitoring student progression through the capstone phase. Specifically, CRQ monitors faculty responsiveness, committee loads, time students remain in each stage of the capstone phase, and the number of times students sought approvals in each of the various stages. CRQ also alerts program leadership with any areas of concern.

CRQ utilizes the MyDR system, a central document management system, launched in stages, starting in April 2014. Students use MyDR to upload capstone work for faculty to review, and faculty receive notifications of the submissions. The MyDR system is used to monitor performance metrics, including the time students spend in each

stage. Prior to 2014, students and faculty relied on an email-based system for submitting and reviewing dissertation and doctoral study documents. A summary of the two systems is outlined below (Table 31).

**Table 31. Comparison between MyDR and the Prior Email-Based System[186]**

| Email-Based | MyDR |
|---|---|
| More extensive monitoring of the process | Increased efficiency, transparency. |
| Limited visibility of the submission and review activities between chair and other faculty members. | Committee member assessments are recorded and shared; feedback from committee members is stored within a central repository. |
| Relies on large files of stored emails and manual data entry. | Ability for administrators to run reports about students within process and to understand faculty performance. |
| | Email notification to students and faculty regarding required pending or overdue actions. |

Walden has begun a series of outreach interventions to committees in order to support substantive student progress. These activities and results were reviewed by OHE via publicly-available information, including webinars[187] and newsletters[188] from the Center for Research Quality (CRQ).

One webinar, *Resources to Support Substantive Student Progress: CRQ Resources and Interventions/Initiatives*, provided information to faculty about Walden's recent ability to extract more "real time data" from various enterprise systems in order to pull quarterly information on student capstone statuses. Presenters noted that the goal was to decrease the number of students who are "chronically delayed" at various stages, leading to long-term consequences. Based on this goal, a series of intervention efforts were launched.

For example, CRQ recently launched "Intervention Outreach", a pilot program initiated in November 2016 that identified the top 20% of students who spent the most time within various dissertation stages, including the proposal, final study, and final overall quality stages. The outreach, which began with the Ed.D. program, also targeted those with four or more University Research Review reviews (this review is one step in the approval of the capstone work). The Ph.D. programs' outreach began in March 2017, followed by several professional doctoral programs, including the DBA. Since piloting the intervention in November 2016, CRQ has emailed each member of 129 committees directly and referred 471 cases to program directors across Ph.D. and Ed.D. programs.

As highlighted in the CRQ newsletter, the outreach to faculty revealed some anticipated and unanticipated challenges to student progress. This included "…some faculty, including chairs, were unaware of how many URR

---

[186] Summarized by OHE based on Walden narrative response 10/28/2016.
[187] http://walden.libanswers.com/cfe_webinars/faq/210715
[188] https://academicguides.waldenu.edu/ld.php?content_id=36366443

member review cycles that had occurred to date. This lack of awareness of previous reviews was sometime attributable to turnover on the committee; however, we found that long-serving members were also sometimes unacquainted with the historical reviews of their students."

According to Walden, themes and findings from the intervention outreach included: student issues (life events, challenges with writing), committee collaboration (feeling left out, set ways of viewing a problem), timely and actionable feedback (the involvement in the review leads to taking longer, micro-corrections), turnover of committee members (including when students return from a leave of absence), committee member awareness of student progress and issues (faculty coming on board and not realizing the student has been rejected by URR three or four times), and faculty familiarity with Walden processes (not uncommon with faculty working in other institutions). The themes noted by Walden were consistent with the categories as identified in the student complaints, specifically, delays in feedback, committee transitions, and committee turnover.

In summary, while the recent data extraction and monitoring systems are promising, their effectiveness is unknown. Furthermore, OHE was unable to evaluate the full scope of the monitoring capabilities within MyDR.[189] The use of monitoring tools to ensure timely student progression, decrease disruption based on committee turnover, and ensure faculty compliance with policies should be reviewed over time.

## 3.2  Student Progress and Withdrawal

Given the number of complaints that centered on students failing to make progress during the capstone phase, OHE was interested in the length of time Walden doctoral students are typically enrolled in capstone courses and the methods used by Walden in supporting and evaluating student progress through the capstone phase. [190] As documented in complaints, students often cited their lack of progress as stemming from Walden's failure to follow their policies and practices, while Walden often noted the lack of progress was due to student performance (e.g., resistance of changes required by the committee; struggles with writing process) or student life circumstances (e.g., work or family obligations). [191]

OHE requested, and Walden provided the average capstone credits earned for students who completed, withdrew, or were still enrolled in a doctoral program. Average credits earned is presented in order to provide insight regarding the average length of time students are in the capstone phase. Walden has noted that number of capstone credits a student takes depends on any number of personal factors solely in the student's control and have no bearing on the strength of the program. [192]

---

[189] Request was made 6/19/2017 for quarterly or annual reports utilized to monitor and intervene with students and/or committees. One sample student output was provided.
[190] Of note, monitoring students' academic progress is separate and distinct from Walden's academic progress standards for the receipt of financial aid, as required by the DOE. This is commonly referred to as Satisfactory Academic Progress or SAP. See https://www.waldenu.edu/financial-aid/types/federal/eligibility/maintain for SAP definition. Further OHE is not making any statements regarding Walden's compliance with DOE's requirements for monitoring SAP for the receipt of financial aid.
[191] The intention of the program review is not to validate these claims.
[192] Walden letter to OHE 12/21/2017.

Based on the data supplied by Walden, the average capstone credits earned for students is more than double minimum required. For those who withdrew, the average was also above the minimum. Additionally, students still enrolled, on average, exceeded the minimum (without knowing how close these students are to completion). See Figure 50 for average capstone credits earned by enrollment status. This information is important because stresses the need to have procedures in place that support and monitor students as they progress through this phase, term after term, given it is not the minimum credits that lead to earning the doctoral degree. Further, additional time in the capstone phase results in additional cost, as capstone courses taken beyond the minimum carry the same credits and associated tuition.[193]

**Figure 50. Average Capstone Course Credits Earned, by Enrollment Status (N=10,425)** [194]



As noted in the chart above, students who complete a doctoral program earn, on average, more than the minimum amount required for the completion of the degree. Given the high stakes of potentially being administratively withdrawn from a program (after significant investments made by students) early warning systems and feedback are critical to ensure that students clearly understand barriers (and their scope) to potential on-time completion.[195] As such, OHE was interested in the policies, procedures, and training offered to faculty in order to ensure students are fully aware of the requirements for degree completion. The following outlines policies and practices as related to Walden faculty, advising and outreach, and skills assessment.

## 3.2.1 Faculty and Grading

OHE's review of complaints related to academic dismissal or maximum time to completion, and subsequent appeals, revealed that Walden denied many appeals based on a pattern of students' failing to incorporate feedback or to make progress on their dissertation. In several of these instances the transcript reflected numerous

---

[193] As of summer 2017, Walden is "providing a twenty percent tuition reduction after doctoral students complete six years in their program. This reduction continues throughout the remainder of a doctoral student's enrollment, even in those cases where the student is granted a waiver to exceed the 8-year program maximum."
[194] Only includes DBA, EdD, PhD Management, PhD Psychology, and PhD Public Policy course-based programs. Source: OHE analysis of Walden data. Target for DBA program is 19; all other programs the target is 20.
[195] On-time completion defined as the stated program length and as defined by Walden under "additional information" in the GE disclosures for programs.

satisfactory grades in capstone courses. This is relevant because it calls out the importance of early and substantive feedback to students on their progress and likelihood to complete, especially for those who are nearing the maximum time allowed by Walden to complete their program. It also highlights the importance of communicating with students relevant policies or practices with dismissal or failing grades as being independent of a history (long or short) of passing grades in the capstone phase.

Faculty are responsible for making a judgment, or grading determination, regarding scholarly products, including dissertations and doctoral studies/projects. Prior to the completion of the capstone project, faculty committee members are responsible for evaluating whether a student has made sufficient progress to move forward to the next stage of the process, and ultimately to completion. The methods faculty utilize in the evaluation of a student's progress towards meeting course objectives are stated in syllabi, which outline course expectations and grading requirements. The faculty instructor for the course, who also serves as the chair of the dissertation committee, evaluates satisfactory progress of the capstone work.

Walden has reinforced that academic discretion rest with the institution.[196] Walden noted that the institution could not be expected to "give a passing grade for work that is inferior of substandard just to graduate students in the time period the student would prefer." If students are not making substantive progress on their dissertation goals during the capstone phase, it is assumed that faculty members are grading the students accordingly in their capstone classes, and that the number of capstone courses taken would be reflective of the substantive progress the students have made towards completing their degree.

In order to provide increased clarity for faculty on grading capstone work, a university-wide grading policy was implemented in 2015 (went into effect 8/31/2015). The 2015 capstone grading policy[197] is intended to offer clarity to students and faculty regarding the expectations for substantive progress through the capstone phase. OHE reviewed syllabi for all Walden doctoral programs pre- and post-policy implementation and all current syllabi reflect the new policy.[198] OHE does not know the degree to which this policy was effective in addressing student complaints about sudden withdrawals or denied appeals for re-admission.

Based on information reviewed, OHE was interested in faculty expectations for grading, including instances in which students were not making substantive progress. This is important because student complaints would cite that they had received numerous passing grades for their capstone work, only to be surprised when they suddenly received failing grades. In the webinar for Walden faculty, entitled "New Guidelines for S/U Grades",[199] the presenter reinforced to Walden faculty that progress on the capstone product was expected each term. The presenter noted the rationale and the urgency of the issue framed as "continuing concerns regarding students who have not made adequate progress on their capstone studies, yet receive satisfactory grades and remain enrolled at Walden." Further, the presenter stated to the faculty: "many of you have probably experienced or are

---

[196] Walden letter to OHE 10/28/2016, p. 4.
[197] See Appendix G, *Substantial Progress Grading in Capstone Courses* for description.
[198] See Part Two, Chapter Two, *Capstone Syllabi* for more details.
[199] https://waldencfe.adobeconnect.com/p6gkxettcek/?launcher=false&fcsContent=true&pbMode=normal (PowerPoint slide, p. 5). As presented by Dr. Lynn, Executive Director of the Center for Research Quality.

aware of the fact that students have been continuing in the research process and receiving Ss and not progressing."

This information is consistent with student complaints in which several students received numerous "S" or satisfactory grades for capstone courses over a long period of time prior to receiving unsatisfactory grades. Further, students who petitioned to be re-admitted to Walden (after being dismissed) would often cite the passing grades as evidence of their work and progress thus far on their capstone project.

In summary, Walden has made efforts to improve clarity regarding satisfactory grading of capstone courses. OHE does not know the number of students receiving unsatisfactory grades before and after the implementation of this policy. Further, it is not known whether the increased clarity regarding substantive work will have an impact on student time to completion.

## 3.2.2 Advising and Outreach

According to policy, Walden's defined time limits for doctoral students is eight years. Many students complained that they were administratively withdrawn or were at risk of withdrawal based on reaching or nearing this eight year time limit. While students can appeal administrative withdrawals, many student complaints included appeals that were denied. Because of the nature of the issues in these complaints, OHE was interested in the ways Walden identifies and supports students at risk of administrative withdrawal.

A dedicated team of advisors within the academic advising department is in place for students in their capstone phase. The team consists of seven Doctoral Specialists, each of whom work with approximately 300 doctoral students. Recently, this department began two *Time to Degree Completion* (TDC) campaigns, at the five- and six-year mark of a student's enrollment. Walden has noted that the percent of students enrolled from six to eight years with an approved proposal has increased by 10 percentage points.[200] As part of the campaign, a warning letter is sent to students when they are in year five and six of their program. This warning letter indicates students who reach the time to completion limit that they may be subject to dismissal from the university. While this letter is important, additional information related to capstone progress (e.g., stages completed, work remaining, progress needed to complete on time) would be useful.

The advising department also conducts outreach twice per year for those students who have reached year seven or are nearing the eight-year limit. In these instances, an Individual Academic Plan (IAP) is developed with the student's committee. This plan is used when students are not making adequate progress in their program; it requires students to set goals for each remaining stage of the capstone process.

## 3.2.3 Early Assessment of Capstone Skills

OHE requested information from Walden regarding steps taken to provide students with early assessment and feedback about the skills needed to complete the capstone product. This was requested in response to student complaints which noted success during didactic (pre-capstone) courses, but subsequent confusion regarding the

---

[200] Walden letter to OHE 10/2/107; dates of campaign implementation and target students are unknown.

difficulty or lack of progress during the capstone phase. In other words, students cited confusion that they struggled in passing the capstone phases, given their success in didactic courses.

Walden responded to OHE's request and cited a number of initiatives and support mechanisms utilized to improve the student experience and to familiarize students with the dissertation phase, including: a mandatory writing assessment for all incoming doctoral students, writing courses, and writing intensives. In addition to these, Walden cited an orientation to the capstone and methodology office hours as additional structures to support student success.

The mandatory writing assessment was implemented during the 2017 academic year.[201] Students who receive a certain score based on their admission essay are required to enroll in no-cost graduate-level writing courses. For a comprehensive description of the assessment, see the 2016-17 Student Handbook, which outlines the steps to complete the assessment, as well as requirements for students who do not receive a passing grade on the writing assessment.[202] Capstone writing workshops were implemented in 2014. Student participation is by choice or at the recommendation, or requirement, of faculty. Descriptions of the writing assessments and workshop descriptions appear below in Table 32.

**Table 32. Walden Doctoral Writing Assessment and Workshop Descriptions**

| Writing Assessment (at time of admission) | Implemented 2017 academic year; piloted with several programs[203] prior to full launch. This includes a scored writing assessment for first-year students on an admissions essay. |
|---|---|
| Graduate-Level Writing Courses (Graduate Writing I and II) | Required for students who score at a certain level on the writing assessment; courses are taken at no cost during the student's first year. |
| Capstone Writing Workshops | Implemented in 2014; offered for each chapter of the dissertation; student participation is by choice or at recommendation/requirement of faculty. |
| Doctoral Writing Intensives | In-person, small groups designed to help student make progress; may be referred or attend by own choice. |

It appears Walden's steps to assess and support student writing skills have had a preliminary impact on timely progression throughout the capstone phase. For instance, Walden cited 71% of students who participated in a writing workshop obtaining proposal approval, whereas those who did not participate had a 27% proposal approval rate. Walden also made note that students who attended a doctoral writing intensive achieve equal or faster progress on their capstone work compared to non-attendees. It is not known how these interventions will impact student time to completion over time.

---

[201] https://academicguides.waldenu.edu/writingassessment
[202] http://catalog.waldenu.edu/content.php?catoid=147&navoid=47703
[203] Ph.D. in Psychology, DSW, Ph.D. in Management, Ph.D. in Education, Ph.D. in I/O Psychology, and Ph.D. in Human Services

# 3.3  Advertising

Based on the number of doctoral student complaints concerning Walden's advertised time and costs to complete their doctoral program, OHE was interested in the sources of information that prospective students utilized when making enrollment decisions (e.g., questions such as, "How long will it take me to complete my program?" "How long do most students take to complete this program?", "How much will this program cost?"). In order to accomplish this, OHE reviewed program catalogs, degree planning templates, and public disclosures related to time to completion and program costs. [204] Walden noted that universities are not required and cannot accurately estimate the time it will take a specific student to complete a doctoral program.

Walden utilizes two websites to provide prospective students with information about their doctoral programs; it is not clear to OHE what the intended distinction is between the two. One website includes details on programs and specializations, curriculum, career options, admissions requirements, tuition and financial aid, and accreditation. [205] This particular website directs visitors to an enrollment advisor and does not list costs or credits for programs. Another website contains similar information, however, has more complete details on total credits and program costs. [206] Here, under minimum completion requirements, it is noted: "In general, students are continuously registered in the dissertation course until they complete an approved dissertation. This usually takes longer than the minimum required terms in the dissertation course shell."

On the directory of listings for all Walden doctoral programs, the following is written at the bottom of the web page: [207]

> *Program length reflected in months on the program data pages is based on the performance of Walden's past graduates. Walden's doctoral programs have an 8-year maximum timeframe for completion. Walden makes no guarantee of any individual student's actual completion time. Time to completion and cost are not estimates of individual experience and will vary based on individual factors applicable to the student. Factors may be programmatic or academic such as tuition and fee increases and/or the student's transfer credits accepted by Walden; program or specialization changes; unsuccessful course completion; credit load per term; writing, research and editing skills; use of external data for their doctoral study/dissertation; individual progress in the program. Other factors may include personal issues such as the student's employment obligations; care giving responsibilities or health issues; part-time vs. fulltime enrollment; leaves of absence; or other personal circumstances.*

---

[204] Materials, as submitted by Walden, included 1) video clips of current students, alumni and faculty talking about various aspects of the programs, 2) email scripts to potential students, both domestic and international (including invitations to attend webinars; scholarship and tuition reduction offers), 4) links to Facebook advertisements, 5) advertising campaign titles and descriptions (3,105 Microsoft Excel pages), 6) U.S. Department of Education Gainful Employment (GE) disclosures, and 7) Walden University's Editorial Style Guide (July, 2016) with all non-doctoral program information redacted.
[205] https://info.waldenu.edu/
[206] https://www.waldenu.edu/
[207] https://www.waldenu.edu/programdata?comm_code=4111330&_ga=2.220603423.624013227.1503941070-254177747.1500309128 Retrieved on 12/18/17; unknown date originally placed on web page.

In order to understand information prospective students utilize in making enrollment decisions, OHE reviewed Walden's publicly-facing webpages. In the sections that follow, information is provided on the materials published regarding completion and program costs, as well as information used in the training of enrollment counselors. These counselors are responsible for answering questions and responding to the needs of prospective students. Outlining this review is important in order to gain additional insight into specific student complaints, such as those that expressed concerns that their program was taking far longer than the timeframe provided at the time of admission (or pre-enrollment).

## 3.3.1 Walden Program Data Information

There are two websites students can access in order to understand program time to completion. This includes materials on time to completion as located on Walden's program pages[208], as well as program data pages[209], as required by the Department of Education.

Under the United States Department of Education's (USDOE) Gainful Employment (GE) disclosures ("GE disclosures"), institutions are required to publish program information on program length, students graduating on time, program costs, borrowing and earning information, and job placements.[210] These disclosures require institutions to display the number of students graduating on time, which is the amount of time to complete as published in the institution catalog or other publication.[211]

For Walden's doctoral programs, "N/A" was listed under "students graduating on time" for the most recent disclosures reviewed (2017). Walden has noted that the USDOE has directed institutions to enter a zero (which will be displayed as N/A) for programs greater than four years. As such, none of Walden's current doctoral program pages include information on students graduating on time. Prior to 2017, however, Walden did provide information on the percentage of students who completed the program, as shown in Table 33 below. The questions listed in the header of the table indicate how the information was displayed on Walden's GE disclosures web page.

---

[208] For example, see DBA Program Page, 3.3 year minimum completion https://www.waldenu.edu/doctoral/doctor-of-business-administration/tuition-fees

[209] https://www.waldenu.edu/programdata

[210] https://www.gpo.gov/fdsys/pkg/CFR-2017-title34-vol3/xml/CFR-2017-title34-vol3-sec668-412.xml

[211] On-time completion rates as defined in 34 CFR 668.6(c): for the most recently completed award year, divide the number of students who completed the GE program within normal time by the total number of students who completed the program and multiply the result by 100%.

**Table 33. Select Gainful Employment (GE) disclosures provided by Walden**[212]

| Program | "How long will it take me to complete my program?" | "How much will this program cost me?"[213] |
|---|---|---|
| PhD in Counselor Education & Supervision | This program is designed to take 60 months to complete. Of those that completed the program in 2014-15, 79% finished in 60 months. | Tuition and fees: $68,092 |
| PhD in Education | This program is designed to take 58 months to complete. Of those that completed the program in 2014-15, 14% finished in 58 months.[214] | Tuition and fees: $84,408 |
| PhD in Management | This program is designed to take 58 months to complete. Of those that completed the program in 2014-15, 24% finished in 58 months.[215] | Tuition and fees: $82,410 |
| PhD in Psychology | This program is designed to take 66 months to complete. Of those that completed the program in 2014-15, 21% finished in 66 months.[216] | Tuition and fees: $86,987 |
| Doctor of Business Administration | This program is designed to take 50 months to complete. Of those that completed the program in 2014-15, 52% finished in 50 months. | Tuition and fees: $75,931 |

---

[212] Provided by Walden as .pdfs of webpages with print date of 10/7/2016. All footnotes which follow are directly quoted text from these webpages.

[213] "The amounts shown above include costs for the entire program, assuming normal time to completion. Note that this information is subject to change."

[214] "The PhD in Education program experienced significant program revisions in fall of 2010. The program structure was revised from an independent study learning model to a course-based model. The reported completion rate of 14% mainly reflects the performance of graduates from the independent study learning model, which is no longer offered. For those students who recently completed the course-based model, 100% completed in the stated program length of 58 months."

[215] "The PhD in Management experienced significant program revisions in fall of 2010. The program structure was revised from an independent study learning model to a course-based model. The reported completion rate of 24% mainly reflects the performance of graduates from the independent study learning model which is no longer offered. For those students who recently completed the course-based model, 94% completed in the stated program length of 58 months."

[216] "The PhD in Psychology experienced significant program revisions in fall of 2010. The program structure was revised from an independent study learning model to a course-based model. The reported completion rate of 21% mainly reflects the performance of graduates from the independent study learning model which is no longer offered. For those students who recently completed the updated program, 100% completed in the stated program length of 66 months

For the disclosures referenced above, Walden included a footnote which read, "Program length described on this program data page reflects the time students typically take to complete the currently offered program without breaks in enrollment."

As a means to provide a summary of all the information available to students on time to completion, OHE gathered the information from the various webpages which is presented in Table 34. For ease in viewing, the minimum amount of time necessary to complete the degree is presented in both months and years as well as GE disclosures for program length 2016 and 2017. The maximum time for all doctoral programs is 8 years, and this is disclosed along with minimum time on Walden's program pages. Information below reflects the information supplied by Walden, also located on the most recently reviewed webpages. These GE disclosures refer to the program length (in months), which is based on the performance of past Walden graduates. [217],[218]

**Table 34. Walden Doctoral Programs Minimum Program Time, 2016 GE Disclosures, and 2017 GE Disclosures**

| PROGRAM (Year of Inception) | Minimum Time Months (Years) | GE Disclosures Program Length (2016) (Months) | GE Disclosures Program Length (2017) (Months) |
|---|---|---|---|
| PH.D. Management (1989) | | | |
| PH.D. Management: KAM | 45 (3.75) | - | 72 |
| PH.D. Management: COURSE | 36 (3) | 58 | 58 |
| PH.D. Human and Social Services (1997) | | | |
| PH.D. Human and Social: KAM | - | - | 72 |
| PH.D. Human and Social: TRACK 1 | 30 (2.5) | 62[219] | 56 |
| PH.D. Human and Social: TRACK 2 | 39 (3.25) | 62[219] | 67 |
| PH.D. Education (1997) | | | |
| PH.D. Education: KAM | - | - | 72 |
| PH.D. Education: COURSE | 36 (3) | 58 | 58 |
| PH.D. Psychology (1997) | | | |
| PH.D. Psychology: LICENSURE SPEC. | 60 (5) | 66[220] | 85 |
| PH.D. Psychology: NON LICENSURE SPEC. | 39 (3.25) | 66[220] | 66 |
| PH.D. Health Services (1997) | | | |
| PH.D. Health Services: KAM | - | - | 72 |
| PH.D. Health Services: TRACK 1 | 33 (2.75) | 66[221] | 73 |

---

[217] According to Walden, as specified under "Additional Information" on the GE disclosures, "The rate is calculated by dividing students who completed "on time" by students starting the program during a specified cohort year. "On time" completion is based on the stated program length."

[218] According to Walden, the program length numbers "…fluctuate year-over-year based on actual student performance in the cohort being reported upon based on direction from the DOE."

[219] Disclosures do not indicate program track; disclosure includes footnote that program length may vary from 51 to 62 months.

[220] Disclosures do not indicate program track; disclosure includes footnote that program length may vary from 66 to 86 months.

[221] Disclosures do not indicate program track; disclosure includes footnote that program length may vary from 48 to 62 months.

| PROGRAM (Year of Inception) | Minimum Time Months (Years) | GE Disclosures Program Length (2016) (Months) | GE Disclosures Program Length (2017) (Months) |
|---|---|---|---|
| PH.D. Health Services: TRACK 2 | 33 (2.75) | 66[221] | 56 |
| PH.D. Public Policy and Administration (2001) | | | |
| PH.D. Public Policy: KAM | - | - | 72 |
| PH.D. Public Policy: TRACK 1 | 33 (2.75) | 55[222] | 56 |
| PH.D. Public Policy: TRACK 2 | 33 (2.75) | 55[222] | 67 |
| PH.D. in Public Health (2003) | | | |
| PH.D. in Public Health: TRACK 1 | 33 (2.75) | 63[223] | 63 |
| PH.D. in Public Health: TRACK 2 | 45 (3.75) | 63[223] | 74 |
| Counselor Ed and Supervision (2009) | | | |
| PH.D. in CE & S (Forensic MH Couns Specialzn) | 33 (2.75) | 60[224] | 70 |
| PH.D. in CE & S (Other Specialization) | 36 (3) | 60[224] | 66 |
| DIT (2013) | | | |
| DIT: TRACK 1 | 42 (3.5) | 55[225] | 56 |
| DIT: TRACK 2 | 50 (4.2) | 55[225] | 66 |
| DPH (2014) | | | |
| DPH: TRACK 1 | 30 (2.5) | 48[226] | 56 |
| DPH: TRACK 2 | 39 (3.25) | 48[226] | 68 |
| PH.D. In Criminal Justice (2014) | | | |
| PH.D. in Criminal Justice TRACK 1 | 30 (2.5) | Not provided | 56 |
| PH.D. in Criminal Justice TRACK 2 | 66 (5.5) | Not provided | 66 |
| DHA (2015) | | | |
| DHA: TRACK 1 | 30 (2.5) | 48[227] | 56 |
| DHA : TRACK 2 | 36 (3) | 48[227] | 65 |
| PH.D. In Health Education and Promotion (2015) | | | |
| PH.D. In HE and P: TRACK 1 | 30 (2.5) | 54[228] | 56 |
| PH.D. In HE and P: TRACK 2 | 36 (3) | 54[228] | 65 |

---

[222] Disclosures do not indicate program track.

[223] Disclosures do not indicate program track; disclosure includes footnote that program length may vary from 63 to 72 months.

[224] Disclosures do not indicate program track; disclosure includes footnote that program length may vary from 60 to 63 months.

[225] Disclosures do not indicate program track; disclosure includes footnote that program length may vary from 55 to 65 months.

[226] Disclosures do not indicate program track; disclosure includes footnote that program length may vary from 48 to 59 months

[227] Disclosures do not indicate program track; disclosure includes footnote that program length may vary from 48 to 57 months

[228] Disclosures do not indicate program track; disclosure includes footnote that program length may vary from 54 to 69 months.

| PROGRAM (Year of Inception) | Minimum Time Months (Years) | GE Disclosures Program Length (2016) (Months) | GE Disclosures Program Length (2017) (Months) |
|---|---|---|---|
| PH.D. In HE and P: TRACK 3 | 39 (3.25) | 54[228] | 73 |
| Ed.D. in Education (2004) | 33 (2.75) | 52 | 56 |
| DBA (2008) | 40 (3.3) | 50 | 56 |
| PH.D. in I/O Psychology (2014) | 39 (3.25) | 63 | 63 |
| DNP (2011) | 18 (1.5) | 33 | 50 |
| DSW (2013) | 30 (2.5) | 48 | 56 |
| PH.D. in Social Work (2013) | 30 (2.5) | 48 | 56 |
| PH.D. in Nursing (2014) | 30 (2.5) | 53 | 56 |

Those graduates included in Walden's calculation for program length are unknown. For example, it is not known if this is the performance for all Walden graduates, for Walden graduates for the past number of years, or for graduates of the specific program. It is also unknown how these completion numbers were derived for programs that have likely not had any students graduate since program inception (e.g., a program inception of 2015 and 6.1 years for program length).

Table 36 summarizes gainful employment disclosures provided by Walden to OHE[229] for those students who completed the program in 2014-2015. Directly quoted information from the disclosures is noted in the table header.

**Table 35. Gainful Employment Disclosures for Select Walden Programs**

| Program | "This program is designed to take X months to complete" | "Of those that completed the program in 2014-15, (%) finished in (months)." |
|---|---|---|
| Ed.D. | 52 (4.3 years) | 23% (52 months) |
| Ph.D. Management[230] | 58 (4.8 years) | 24% (58 months) |
| Ph.D. in Psychology | 66 (5.5 years) | 21% (66 months) |
| Ph.D. in Public Policy | 55 (4.6 years) | 28% (55 months) |
| DBA | 50 (4.1 years) | 52% (50 months) |

# 3.3.2 Web Page: Tuition and Fees

As noted previously, there are two Walden websites[231] and, according to information reviewed by OHE, only one (www.walden.edu) provides information on tuition and fees. The other website (https://info.waldenu.edu/)

[229] Q17_003415; Q17_003423; Q17_003441; Q17_003431
[230] KAM and/or course-based not specified
[231] https://info.waldenu.edu and https://www.waldenu.edu

directs prospects to contact an enrollment advisor order to get more information on program costs. Table 36 represents a sample of tuition information for several doctoral programs located on Walden's webpage.

**Table 36. Tuition Disclosures, for Select Doctoral Programs**

| Program | Tuition Page | Cost (2018) |
|---------|--------------|-------------|
| DBA | https://www.waldenu.edu/doctoral/doctor-of-business-administration/tuition-fees | $980/semester hour |
| Ph.D. in Management | https://www.waldenu.edu/doctoral/Ph.D.-in-management/tuition-fees | $725/quarter hour |
| Ed.D. | https://www.waldenu.edu/doctoral/doctor-of-education/tuition-fees | $605/quarter hour |
| Ph.D. in Public Policy and Administration | https://www.waldenu.edu/doctoral/Ph.D.-in-public-policy-and-administration/tuition-fees | $610/quarter hour |
| Ph.D. in Human and Social Services | https://www.waldenu.edu/doctoral/Ph.D.-in-human-and-social-services/tuition-fees | $615/quarter hour |
| Ph.D. in Psychology | https://www.waldenu.edu/doctoral/Ph.D.-in-psychology/tuition-fees | $585/quarter hour |

Prior to January 2018, the tuition listed on Walden's webpages displayed the tuition corresponding with the minimum credits needed to complete the degree.[232] As of January 2018, Walden web pages now include the range of total dissertation credits (e.g., 20-quarter credits minimum to 120 credits 8-year maximum) and the corresponding total cost associated with this range.

Based on the complaints that raised concerns about program costs being higher than what was promised, OHE was interested in the cost difference when accounting for average capstone credits earned. As shown in Table 37, when accounting for average capstone credits (based on credits earned by program completers), the total program cost difference ranges from $15,730-$34,300 for five select programs. It is assumed students who take the average capstone credits will pay more than the minimum required for their degree. Based on information reviewed by OHE, no information was found that would provide students with the average cost, given the average time to completion for program graduates.

---

[232] For example, see: https://web.archive.org/web/20150310141423/https://www.waldenu.edu/doctoral/doctor-of-business-administration/tuition-fees

**Table 37. Minimum Total Program Costs Compared with Average Total Program Costs based on Average Capstone Credits Earned**

| Program | Total Program Cost[233] (Minimum) | Program Cost[234] (Including Average Capstone Credits) | Difference |
|---|---|---|---|
| DBA | $63,400 | $97,700 | + $34,300 |
| Ph.D. in Management | $69,670 | $92,145 | + $22,475 |
| Ed.D. | $48,830 | $64,560 | + $15,730 |
| Ph.D. in Public Policy and Administration | $60,665 | $80,185 | + $19,520 |
| Ph.D. in Human and Social Services | $58,145 | $90,125 | + $31,980 |
| Ph.D. in Psychology | $71,870 | $98,195 | + $26,325 |

In sum, the information displayed in Walden's current webpages does provide information on program length and program costs; however, prospective students would likely need assistance in interpreting what this range means in terms of the time the average student takes to complete the program. Prior to the updates, the minimum program costs were published. Given the average capstone credits students take, it is likely that many students complete their program with more than the minimum credits and therefore end up paying more than the minimum tuition costs. Recent updates to webpages include a range of credits and time to completion. It is not known the degree to which these new disclosures will have upon decreasing student complaints regarding program costs and time to completion.

## 3.3.3 Recruitment Processes and Materials

Walden described the strategies used for recruiting students, which include a significant online presence (i.e., social media channels, online marketing materials, Walden's web site), as well as efforts through employers or employer-sponsored benefit fairs or expos. Once a prospective student requests information, Walden uses direct mail, email, and social media ads.

Information provided by Walden to OHE included program information guides, handbooks, and other materials used in the training of enrollment advisors. Enrollment advisors participate in a three-week training program and must pass a written and phone assessment. Walden provides advisors with ongoing monitoring and training related to program updates, communication skills, and technology. See Appendix F, *Walden Recruitment and Advising* for a summary of materials reviewed by OHE.

---

[233] Tuition, Technology Fee, and Residency Fee (as published on Walden web pages)
[234] Total cost when adding the average capstone credits earned by program completers

Enrollment advisors are trained to direct prospective students to the program data pages (as discussed in the previous section) that provide information on costs and time to completion. Each enrollment advisor is provided with a program information guide for each program they are responsible for recruiting.

OHE was unable to locate specific training information or scripts provided to enrollment advisors on responding to questions about time or pathways to completion, the typical time a student takes to complete, or how many credits students typically earn in capstone writing courses. Advisors are trained to direct students to the program data pages, which does contain information on cost and time to completion; however, it is not known whether this refers to program Gainful Employment data pages, or program information pages. It is also unknown which of Walden's two webpages enrollment counselors are directing prospective students to.[235] Information provided on the webpages suggests enrollment advisors are able to provide personalized estimates of cost and program length. No training information, however, was located in the materials provided regarding information used in training of advisors who work with students to offer them personalized estimates of completion.

# 3.4. Accreditation and Program Evaluation

As noted earlier, Walden is accredited at the institutional-level by the Higher Learning Commission (HLC) and many programs have specialized accreditations. While accreditation reports and reviews could provide relevant context in understanding the nature of doctoral student complaints, Walden does not make the reports publically available.[236]

Walden's continuous improvement system describe the five areas used to provide feedback to faculty and administrators regarding the student experience.[237] Of particular interest to OHE are the Academic Program Reviews (a comprehensive assessment conducted every five years, include a review of program's faculty, students, and support services, to name a few) and university surveys, which ask current students and alumni about a variety of experiences, including the capstone phase. These materials would provide additional context and understanding into the nature of the student complaints. For instance, such reports and surveys could likely identify how current students and alumni experienced the capstone phase, and the ways in which Walden sets and measures performance indicators, such as retention, dissertation processes, and completion.

Walden, however, also noted that many of the academic improvements from 2008-2016, which were intended to improve academic rigor as the university was being held to stricter academic standards, may have had the unintentional consequence of extending students' enrollment.[238]

---

[235] https://www.waldenu.edu/doctoral or https://info.waldenu.edu/walden-programs/doctoral

[236] Universities may elect to publish accreditation reports; however, most do not. Based on a recent report, only two accrediting bodies publish or require universities to publish reports, including WSCUC and AACJ. See: https://www.americanprogress.org/issues/education-postsecondary/reports/2018/04/25/449937/college-accreditors-miss-mark-student-outcomes/

[237] https://www.waldenu.edu/about/who-we-are/data/continuous-improvement-system

[238] Walden letter to OHE 10/28/2016.

In order to gather information on the student doctoral experience, validate Walden's claims in submissions to OHE, and to gain broader context into the capstone phase and key student performance indicators, the following documents were requested from Walden.

**Table 38. Requests from OHE to Walden**

| ITEM | RATIONALE |
|------|-----------|
| Benchmark studies (2010-present) conducted by external research organizations | ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████. |
| Internal Study | ████████████████████████████████████████ ████████████████████████████████████ ███████████ |
| Rockman Study | ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████ |
| Program Review Reports | Review as part of validating the continuous improvement processes and changes to policies and procedures applicable to the doctoral programs. Review the action plan, recommendations, and one year follow up as applicable to the programs without an external accreditation review. Request the program review cycle and schedule, which includes dates of review for the doctoral programs. |
| Accreditation Reports | Review accreditation reports at the institution and program level, including those submitted and received for the following programs: Education (EdD), Business and Management (DBA, PhD in Management). |

Walden agreed to provide segments of the aforementioned reports, but would only do so at an in-person meeting; subsequently, Walden agreed to provide summaries for doctoral program reviews, calling out specific report findings and recommendations as related to the capstone phase, retention and completion. Walden declined to provide accreditation reports, surveys, and internal studies to OHE.

## 3.4.1 Program Reviews

As noted above, the Agency's request for program review reports were not fulfilled. In lieu of producing the reports, OHE requested and Walden provided a summary, plan of action, and follow-up conducted based on recommendations of the external review. The program reviews provide a broader understanding of the recommendations made by external experts or higher education peers who have reviewed Walden's doctoral programs. Across several programs, reviewers recommended discontinuation of the KAM-based programs, increase numbers of faculty available to serve on dissertation committees, monitor and train faculty in areas of

feedback and communication among members, and to improve mechanisms to assess student progress and completion.

Table 39 represents a brief synopsis of the summary reviews (for indicators relevant to the OHE program review), including program name (date review commenced; date of follow-up), recommendations, and follow-up.

### Table 39. Summary of Program Reviews

| Recommendations: | Follow up: |
|---|---|
| Ph.D. Psychology (2009; 2010) | |
| • Strengthen faculty model<br>• Assure faculty credentials match doctoral students<br>• Ensure appropriate faculty workload<br>• Assure consistency of dissertation quality | • Adoption of faculty model (delineate faculty responsibilities and supports)<br>• Addition of full- and part-time faculty<br>• Strengthen faculty credentialing<br>• Established limits on number of committees for faculty chairs. |
| Ph.D. Human Services (2009; 2011) | |
| • Develop course-based alternative to KAM-based model<br>• Increase faculty in human services who can conduct URR<br>• Increase number of methodologists as faculty members | • Course-based students had higher retention rates than KAM-based students<br>• Additional core faculty added<br>• Tracking of qualifications through the Faculty Expertise Directory |
| Ph.D. Applied Management and Decision Sciences (currently Management) (2009; 2011) | |
| • Develop course-based alternative to KAM<br>• Develop a comprehensive guide for each KAM specialization<br>• Implement generic syllabus across all dissertation courses (more guidelines and deliverables)<br>• Increase percentage of students attending residency within first six months | • Course-based track introduced 2011<br>• Guides 80% complete; expected fall 2011<br>• Initial generic syllabus developed<br>• Residency attendance tracking developed; 12% out of compliance for all four residencies as of May, 2011 |
| Ph.D. Education (2008; 2010) | |
| • Provide more course-based or mixed model options<br>• Increase support for faculty research<br>• Further support student writing in the KAM<br>• Increase number of URR faculty from program<br>• Provide additional research skill support | • Program of study documents revised to emphasize SBSF 7100 expectations<br>• Additional course-based specializations offered<br>• Research support increased |
| Ph.D. Public Policy and Administration (2009; 2011) | |
| • Offer a course-based format<br>• Monitor success rates in PPPA 8000 | • Implemented course-based model |

| Recommendations: | Follow up: |
|---|---|
| • Hire more part-time faculty with strong research methods competencies and dissertation mentoring abilities<br>• Increase dissertation process and content competency of current faculty<br>• Use URR feedback to monitor committee member contributions<br>• Visit 7100 and 9000 research forums to ensure interaction among mentors and mentees | • Ten new research methods faculty hired in 2010<br>• Faculty meetings began training on research and dissertation process<br>• System implemented to monitor URR feedback<br>• System to visit research forums began immediately |
| Ph.D. Public Health (2009; 2010) | |
| • Hire more faculty to serve on and chair committees<br>• Improve evaluation processes for dissertations, including rubrics used<br>• Create checklist that asks chairs to report about the progress of their students three times per quarter | • Hired twenty (20) contributing faculty for M.P.H. and Ph.D. Public Health<br>• A URR evaluation tool, lead faculty checklist and student self-assessment were created and scheduled to be implemented in 2011 to monitor faculty performance and student progress |
| Ph.D. in Health Services (2009; 2010) | |
| • Consideration of professional degree<br>• Development of retention plan<br>• Review dissertation alternatives<br>• Assure sufficient faculty in number and expertise<br>• Implement evaluation process for dissertation faculty and student progress in dissertations | • Five (5) new faculty added<br>• Retention committee formed; was developing a retention plan<br>• A URR evaluation tool, lead faculty checklist and student self-assessment were created |
| Ed.D. and Ph.D. Education (combined, 2014; 2016) | |
| • Teach out KAM model for Ph.D. Education<br>• Add small stipend to second committee member and strengthen benchmark payments<br>• Increasing points of communication between URR and other committee members<br>• Increase training for committee members | • KAM and mixed-model all in teach-out<br>• Addition of small stipend for second committee member along with increases to benchmark payments to incentivize student support<br>• Increased involvement of the URR<br>  Increase requirements and opportunities for faculty training on mentoring |
| DBA (2014; 2015) | |
| • Increasing consistency in feedback among committee members<br>• Create refresher training for faculty not following required practices | • Changing time-to-completion communications was in process |

| Recommendations: | Follow up: |
|---|---|
| • Create an exit strategy for those unable to complete the doctoral study<br>• Identify causes for lack of success in dissertation following success in coursework | • A study of success in coursework versus doctoral study was underway with the Office of Institutional Research and Assessment<br>• Research on possible exit strategy for students unable to finish doctoral study not yet started, although later university initiatives addressed this |
| Ph.D. Counselor Education (2015; 2016) | |
| • Change residency into a course to assist with fees and allow more on-ground focus on skills | • N/A In process |

## 3.4.2 Accreditation Standings and Reports

OHE reviewed publicly-available accreditation standings. Most accrediting agencies list the date of initial accreditation as well as the institution's current standing. Self-study reports and accreditation reports and findings were not publicly available.

The Ph.D. in Counselor Education and Supervision has specialized program accreditation with the Council for Accreditation of Counseling and Related Programs (CACREP). Two reports on the program's outcomes were located on Walden's website. One report states that eight students graduated from the Ph.D. in Counselor Education and Supervision between summer 2016 and spring 2017, and of students who started the program between winter 2009 and spring 2010, 15% have graduated.[239] The second report located on Walden's website states that, of students who graduated between winter 2010 and spring 2012, and completed their first quarter, 2% have graduated.[240]

---

[239] https://www.waldenu.edu/-/media/Walden/files/phd-counselor-education-and-supervision/program-outcomes-report-for-ces-2017.pdf?la=en

[240] https://www.waldenu.edu/-/media/Walden/files/phd-counselor-education-and-supervision/laur-2015-cacrep-phd-v2.pdf?la=en

# Part Four: Conclusion and Recommendations

## 4.1  Conclusion

OHE's review and subsequent analysis of student complaint categories are of interest to OHE because of our authority to approve academic programs and monitor statutory requirements.

Walden appears to have made improvements and/or implemented practices to address many of the issues as raised in the student complaints.[241] These improvements have occurred within the last several years (e.g., 2018 updates to webpages, 2015 grading policy, 2014 MyDR system and subsequent 2017 outreach initiatives). The degree to which these interventions adequately address the issues raised by student complaints should be examined over time. Walden has provided preliminary information to OHE that complaints about the capstone phase have decreased.[242] The four areas that appear to have the potential to address the issues as reflected in doctoral student complaints include: grading policies for capstone courses, administrative monitoring of student progress, program advertising, and timely and substantive feedback on student progress within the capstone phase of the program. While these initiatives are promising, OHE is unable, at this time, to determine the long-range impact of these initiatives upon the doctoral student experience.

### 4.1.1 Grading Policies

Faculty have responsibility for assessing satisfactory progress in capstone courses. New university-wide policies introduced in 2015 provide greater clarity for students and faculty regarding expectations for substantive progress on capstone work. The degree to which faculty are in compliance with the new grading policies would require an audit of student records and submissions of dissertation or doctoral project drafts and quarter plans. With the information provided to OHE for the program review, OHE is unable to substantiate whether faculty deviated from grading policies and allowed for students to move through the capstone phase with minimal or no work submitted.

The new grading policy provides increased guidance and clarity to students and faculty, and are designed to ensure students are making substantive progress each term. Under the new policy, if implemented appropriately and in full, students will have clearer guidelines and requirements of work that must be completed in order to receive a satisfactory grade in capstone courses.

### 4.1.2 Administrative Monitoring

The MyDR[243] system allows Walden to track students' progression and time within the various capstone stages. Information from this system is used to target interventions to students and committees who may not be

---

[241] Additional program improvements are noted in Part 3.4, Accreditation and Program Evaluation.

[242] Walden letter to OHE 10/2/2017; referring to last three quarters at the time of writing; amount of decrease is unknown.

[243] MyDR is a web-based system used by student to submit work and for faculty to assess work submitted.

progressing. The system also allows administrators to view how long students are in various stages (e.g., number of times students attempt to pass a certain stage).

Walden also has the ability to monitor committee feedback, turnover, and student assignments. Based on this information, Walden has the ability to ensure faculty are in compliance with policies for timely return of student work and ensuring smooth transitions through committee changes. Committee load policies were also recently implemented, placing caps on the number of students assigned to faculty members. Under these new monitoring abilities through MyDR, and as implemented appropriately and in full, Walden has the potential to address student concerns as raised in the student complaints.

With the information as provided to OHE, the Agency is unable to substantiate whether Walden was appropriately monitoring 1) student progression and time within various capstone stages, 2) committee feedback, 3) committee loads, and 4) committee turnover.

## 4.1.3 Program Advertising

Newly-updated webpages display the range of costs and credits to complete a doctoral program. This is in contrast to previous webpages that displayed the minimum costs to completion. Having the ability to anticipate that the program may take longer than the minimum required may help manage student expectations regarding program cost and length. The information on the webpages, however, does not provide contextual information for the average student experience (e.g., how long does the average student take to complete).

While this update is beneficial in providing more clarity on the various paths and range of time to completion, it is unknown to OHE the degree to which this will mitigate student complaints in this area.

## 4.1.4 Timely and Substantive Feedback

In addition to the new grading policies, Walden has implemented a required writing assessment that is administered at the time of admission. This assessment allows Walden to recommend writing courses earlier in the program to those students identified as needing additional support. Preliminary results indicated that those who completed a writing course had their proposals approved faster than those who did not.

Doctoral advising teams are also targeting outreach efforts to students who are in the fifth or sixth year of their program. Students at this stage are sent a warning letter reminding them of the maximum time to complete their program. While this is important, it is not known if the administrative advisors are coordinating with the committee on whether the student is making substantive progress to complete the program within time limits.

While early feedback to students is important, the degree to which these initiatives will have an impact on overall student time to completion is unknown.

## 4.2  Recommendations

In order to validate policies, procedures, and information, the following is requested from Walden, to be submitted within days from the date of this report:

1. Current training manuals, policies, procedures, and other relevant information which govern the information shared by enrollment counselors and program advisors to prospective students on program length, time to completion, and program costs for doctoral programs[244].

2. Information provided to students (pre- and/or post-admission) regarding the capstone stages and steps to complete a dissertation or doctoral study/project. Specifically, students understand that it is the successful completion of the capstone stages that earn the degree; the credits alone are not sufficient.

3. Formal policies on committee load for core and contributing faculty, including procedures for the assignment of students to faculty committees.

The long-term impact of Walden's policy and program improvements upon the doctoral student experience are, at this time, unknown. OHE is in need of evidence regarding the capstone phase initiatives are positively impacting student success in the capstone phases. OHE is requesting Walden:

1. Provide OHE with a capstone monitoring plan[245] to include data-informed benchmarks and internally-defined goals related to: student complaints, committee turnover, committee load, committee feedback, and student time-in-stages. Examples of possible goals:

   - Decrease internally- and externally-filed student complaints, as related to the capstone phase (including contributing factors such as advertising, committee feedback, and committee turnover).
   - Decrease doctoral committee turnover. Include data on the number of change request for a) faculty leaving the institution, b) faculty remaining with Walden but requesting the change, including reason for change request, and c) student-initiated changes. Provide data on the number of requests (by categories b and c) that are accepted or rejected.
   - Increase number of (or ensure all) core and contributing faculty in compliance with committee load policies. Provide committee workload data pre- and post-policy adoption.
   - Increase percentage of faculty with on-time (according to published policies) student capstone work reviews.
   - Decrease time in capstone stages, including number of URR rejections.

   The monitoring plan must be submitted within 60 days from the date of this report.

2. At the time of the annual renewal process, submit metrics and performance against goals, as stated in the plan. These documents must be submitted to the Manager of Institutional Registration and Licensing.

---

[244] After the current materials are provided, Walden will submit only new or modified materials or policies.
[245] OHE reserves the right to reject the monitoring plan.

# Appendices

# Appendix A. MN Doctoral Program Review Process and Request Letter to Walden

1. *This process document was provided to Walden.* [246]

**Background**

The Minnesota Office of Higher Education is responsible for the regulation of private institutions operating in Minnesota. As part of our office's regulatory oversight of these private institutions, our office investigates and responds to complaints from students of these institutions. Our office recently received a letter from the Minnesota Attorney General's Office. The letter contains information related to numerous doctoral student complaints filed with the Minnesota Attorney General's Office. In addition, we have observed an increase in the frequency of doctoral student complaints received by our office over the past 8 years. In an effort to better understand the context, background, and issues related to doctoral student complaints in Minnesota, we are initiating a full review of doctoral programs for institutions registered in the our state.

**Doctoral Program Review Goals and Objectives**

The goals of the Doctoral Programs Review process are to:

(1) understand the context, background, and issues related to doctoral student complaints by conducting a comprehensive review at the institutional and programmatic level;

(2) ensure that doctoral programs are providing quality programs for students;

(3) collaborate with institutions to take corrective action, if needed;

4) substantially decrease the frequency of doctoral student complaints.

To accomplish the goals, data provided by Walden University will be examined based on the following research objectives:

A. Increase our understanding of student complaints filed internally at Walden University for the past 8 years by examining the following data: student name, program name, dates of enrollment, relevant committee chair(s), committee members, date of initiation, date of resolution, nature of complaint, decision or outcome, tuition and fee waivers or refunds, and other remedial action.
B. Increase our understanding of the total number of students enrolled in doctoral programs at Walden University for the past 8 years by examining the following data in Microsoft Excel: student name, program name, date of enrollment, and date of graduation (if applicable).
C. Increase our understanding of the doctoral student complaint process between Walden University and the Minnesota Attorney General's Office for the past 8 years by examining correspondence communications related to the following data: student name, program name, dates of enrollment, relevant committee chair(s), committee members, date of initiation, date of resolution, nature of complaint, decision or outcome, tuition and fee waivers or refunds, and other remedial action.

---

[246] Provided to Walden 10/31/2016.

D. Increase our understanding of the doctoral student complaint process between Walden University and other State and Federal Agencies for the past 8 years by examining correspondence communications related to the following data: student name, program name, dates of enrollment, relevant committee chair(s), committee members, date of initiation, date of resolution, nature of complaint, decision or outcome, tuition and fee waivers or refunds, and other remedial action.

E. Increase our understanding of curriculum program modifications for each doctoral program in the past 8 years presented a year-by-year/side-by-side format, including rationale for changes.

F. Increase our understanding of Dissertation Handbook modifications for doctoral programs in the past 8 years presented a year-by-year/side-by-side format, including rationale.

G. Increase our understanding of Dissertation Rubric modifications for doctoral programs in the past 8 years presented a year-by-year/side-by-side format, including rationale.

H. Increase our understanding of learning and content management systems used for doctoral programs over the past 8 years by examining the following information: rationale for changes, implementation for new systems, and a comprehensive description of how each is used for doctoral students.

I. Increase our understanding the KAM process at Walden University by examining the following information: detailed explanation of the common problems associated with tracking KAMs, and rationale for why KAMs are "semi-structured, manual, and cannot be easily automated at Walden".

J. Increase our understanding of Faculty Mentor/Chair to Student ratios for the past 8 years by examining the following data in Microsoft Excel format: institutional-level, program-level, and individual-level ratios.

K. Increase our understanding of program faculty teaching loads for the past 8 years by examining the following data in Microsoft Excel format: institutional-level, program-level, and individual-level program faculty teaching loads.

L. Increase our understanding of faculty turnover rates for the 8 years by examining the following date in Microsoft Excel: institutional-level, program-level, and individual-level program faculty turnover rates.

M. Increase our understanding of doctoral student retention rates by examining the following data in Microsoft Excel: year-by-year doctoral student institution retention rates and year-by-year doctoral student program retention rates.

N. Increase our understanding of doctoral student graduation rates by examining the following data in Microsoft Excel: year-by-year doctoral student institution graduation rates and year-by-year doctoral student program graduation rates.

Process

The first step in the Doctoral Programs Review process is to notify the institution of the review process via letter. Once our office receives the requested information from an institution, we will begin the research objectives-level review. Should our office require any additional clarifying information, we will contact the institution for additional information or questions. A team of reviewers in our office, led by Betsy Talbot, Manager of Institutional Registration and Licensing, will analyze the data provided using standard statistical processes to

understand trends and frequencies from the quantitative and qualitative data provided.  The purpose is to help our office better understand the context, background, nature, and type of Walden University Student complaints.

If our office believes there are opportunities for program revision, we will contact the institution to engage in initial conversations of our findings.  Next, we will provide the institution, in writing, with a summary of our program review's findings and specific recommendations (if any).  The institution will have the opportunity to review our office's findings and recommendations.  In addition, the institution will have an opportunity to comment or offer additional supporting evidence should they feel our office has reached a conclusion in error.  After the comment period ends, our office will submit an official program review report to the institution, which will include any required remedial action (if applicable) and relevant communication plans.

   2.  *Below is a copy of the initial letter from OHE to Walden:*

September 16, 2016


Dr. Eric Riedel and Dr. John A. Sabatini, Jr.
Walden University
100 Washington Ave South, Suite 900
Minneapolis, MN 55401

Re: Walden University Doctoral Programs Information Request

Dear Drs. Riedel and Sabatini, Jr.:

The Minnesota Office of Higher Education is responsible for the regulation of private institutions operating in Minnesota.  As part of our office's regulatory oversight of these private institutions, our office investigates and responds to complaints from students of these institutions.  Our office recently received a letter from the Minnesota Attorney General's Office.  The letter contains information related to numerous doctoral student complaints filed with the Minnesota Attorney General's Office.  In an effort to better understand the context, background, and issues related to doctoral student complaints at Walden University, we are requesting the following information:

1. For every doctoral student complaint filed internally at Walden University in the past 8 years, please provide the following using Microsoft Excel:
    a. Student Name
    b. Program Name
    c. Dates of Enrollment
    d. Committee Chair(s) – Provide name(s) of chair(s) and length of service. Include changes in chair personnel.
    e. Committee Members – Provide names of all committee members and length of service. Include changes in committee membership.
    f. Month/Year complaint was initiated.
    g. Month/Year complaint was resolved.
    h. Nature of the complaint

    i.  Decision or outcome
    j.  Tuition and fee waivers or refunds information, including amounts (if applicable)
    k.  Other remedial action (if applicable)

2. For every doctoral student enrolled in all doctoral programs at Walden University for the past 8 years, please provide the following using Microsoft Excel:
   a. Student Name
   b. Program Name
   c. Dates of Enrollment
   d. Date of Graduation (if applicable)

3. Copies of all correspondence communications with the Minnesota Attorney General's Office regarding doctoral student complaints for the past 8 years. In addition to providing copies of the correspondence, please provide the following using Microsoft Excel:
   a. Student Name
   b. Program Name
   c. Dates of Enrollment
   d. Committee Chair(s) – Provide name(s) of chair(s) and length of service. Include changes in chair personnel.
   e. Committee Members – Provide names of all committee members and length of service. Include changes in committee membership.
   f. Month/Year complaint was initiated.
   g. Month/Year complaint was resolved.
   h. Nature of the complaint
   i. Decision or outcome
   j. Tuition and fee waivers or refunds information, including amounts (if applicable)
   k. Other remedial action (if applicable)

4. Copies of all correspondence with other State and Federal Agencies regarding Doctoral Student Complaints for the past 8 years. In addition to providing copies of the correspondence, please provide the following using Microsoft Excel:
   a. Student Name
   b. Program Name
   c. Dates of Enrollment
   d. Committee Chair(s) – Provide name(s) of chair(s) and length of service. Include changes in chair personnel.
   e. Committee Members – Provide names of all committee members and length of service. Include changes in committee membership.
   f. Month/Year complaint was initiated.
   g. Month/Year complaint was resolved.
   h. Nature of the complaint
   i. Decision or outcome
   j. Tuition and fee waivers or refunds information, including amounts (if applicable)
   k. Other remedial action (if applicable)

5. A comprehensive, year-by-year, summary of curriculum program modifications for each doctoral program for the past 8 years. Include rationale for program changes and a side-by-side comparison of original curriculum to revised curriculum.

6. A comprehensive, year-by-year, summary of Dissertation Handbook modifications for the past 8 years. Include rationale for changes and a side-by-side comparison of original rubric to revised rubric. Simply submitting "versions" of the rubric will not suffice.

7. A comprehensive, year-by-year, summary of Dissertation Rubric modifications for the past 8 years. Include rationale for changes and a side-by-side comparison. Simply submitting "versions" will not suffice.

8. A detailed list of all learning and content management systems (e.g., Moodle, Blackboard, Turnitin.com, Learning Agreement, etc.) used for doctoral program studies over the past 8 years. Include a rationale for any changes, implementation of new systems, and a comprehensive description of how each learning and content management system is used for doctoral students.

9. A comprehensive explanation for how KAMs are assessed and tracked. A detailed explanation of the common problems associated with tracking KAMs. Rationale for why KAMs are "semi-structured", "manual", and "cannot be easily automated at Walden" (see Samuel Mason complaint response letter provided to our office on August 1, 2016 for quoted information).

10. Please provide Faculty Mentor/Chair to Student ratios data for each doctoral program for the past 8 years. Include institutional-level, program-level, and individual-level data in Microsoft Excel.

11. Please provide teaching loads for all doctoral faculty (including adjunct faculty) for the past eight years. Be sure to indicate doctoral program information. Include institutional-level, program-level, and individual-level data in Microsoft Excel.

12. Please provide faculty turnover rates for all doctoral programs for the past 8 years. Include institutional-level and program-level details in Microsoft Excel.

13. Please provide a current, up-to-date, copy of every doctoral faculty's (including adjunct faculty) curriculum vitae.

14. Please provide doctoral student retention rates, year-by-year, for the past 8 years. Include overall doctoral institution retention rates and retention rates by program for each of the past 8 years. Use Microsoft Excel for this request.

15. Please provide doctoral student graduation rates, year-by-year, for the past 8 years. Include overall doctoral graduation rates and graduation rates by program for each of the past 8 years. Use Microsoft Excel for this request.

Please return the information requested to our office no later than October 21, 2016. The Minnesota Office of Higher Education is initiating a new procedure for investigating complaints using electronic files. Please send your response electronically by uploading one compressed zipped folder to our secure server. The compressed zip file should be named as follows: "Doctoral Programs_Walden University _Requested Information". The maximum file size for our server is 28.5 MB per upload. You may need to upload more than one compressed zip file. Please upload the documents to our secure server by contacting me for the server address and password prior to October 21, 2016. At that time, please indicate if you will require more than one compressed zip file.


If you should have any questions about this matter please feel free to call me at 651-259-3965 or email at betsy.talbot@state.mn.us at your convenience.

Sincerely,


Betsy Talbot,
Manager
Institutional Registration & Licensing


Enclosure

# Appendix B. Categories of Complaints[247]

**MAIN/PRIMARY COMPLAINT**

CONNECTED WITH:

| Stage of program | The main complaint relates to a specific stage/course sequence within the program (dissertation/project, field experience/practicum) |

| Person(s) within program | The main complaint relates to a specific person(s) within the program |

| Decision made by program | The main complaint relates to a decision made by the program (e.g., the student did not identify a concern    or complain *prior* to the decision by the program/institution). |

| Course within program | The main complaint relates to a specific course (<u>not</u> course sequence, like dissertation/KAMs, etc.) |

| Academic support services | The main complaint relates to academic services (writing center, technology, disability center, library, admissions, recruiting) |

| Non-academic support services | The main complaint relates to non-academic support (billing, financial aid) |

**RESULTING ISSUE/PROBLEM**

| Delays as stemming from feedback cycles, committee turnover, inability to pass stages. | Student withdrawn from the university for failing course(s) or reaching max time to completion limits. |

**POSSIBLE CONTRIBUTIONS: University Level**

| Monitoring/ Systems | Turnover | Advertising | Policies/Procedures |

**POSSIBLE CONTRIBUTIONS: Student Level**

| Not meeting expectations (deadlines, timelines, etc.) as set by faculty and/or program | Student behaviors (conduct) or student skills (research, writing, accepting feedback) |

---

[247] The purpose of the program review is not to validate possible contributions to the problems as noted in student complaints.

# Appendix C. Tuition Waivers

Walden has indicated that tuition waivers are an appropriate and timely financial resolution of legitimate concerns raised by students, whether those concerns are directly attributable to Walden or not.[248] Students may request from an academic advisor the "Internal Tuition Waiver Request Form" and on this form note the specific reasons for requesting a waiver. Reasons for the requested waiver include: course registration, course materials, residency, academic/faculty delay, financial aid related, transfer of credit, and other university department error.

A total of $17 million in tuition waivers to doctoral students were granted between January 2008 and June 2016. For those students who filed a complaint, and as provided for OHE's review, waivers totaled $1,830,691.58. The reason for these waivers is not known in all cases. For cases in which Walden supplied a reason, these included dissertation delays and delays due to faculty. For example, Walden noted "the student had been delayed by her previous committee and awarded the student tuition waivers totaling $14,750." In many instances, Walden did not specify how much of the tuition waivers connected with the complainants were resulting from the complaint.

Beyond tuition waiver information related to students filing internal and external complaints, Walden provided information on total tuition waivers granted from January, 2009 through September, 2016. Walden has noted that, despite a tuition waiver category related to a Walden service (e.g., course or faculty), Walden is not necessarily at fault in these cases.  As shown in Figure A1, waivers related to medical and faculty reasons (28% and 26%, respectively) make up the majority of the waivers granted to the total doctoral student population from January 2008 and June 2016. Information on the types of waivers categorized as "faculty related" are not known to the office.  Waivers connected to issues involving MyDR and/or Task Stream totaled $58,404.13.

---

[248] Walden letter to OHE 7/21/2017, p. 3

**Figure A1. Tuition Waivers Provided by Walden, By Type, Amount, From Jan. 2009 through Sept. 2016**



| | |
|---|---|
| ■ Medical | $4,375,582.50 |
| ■ Faculty Related | $4,135,849.30 |
| ■ Personal | $1,272,256.62 |
| ■ Walden Other | $1,226,792.09 |
| ■ Student Other | $1,133,512.34 |
| ■ Course Related | $1,101,206.78 |
| ■ Failure to Attend | $532,160.83 |
| ■ Financial Aid Related | $474,823.29 |
| ■ Military Related | $370,517.82 |
| ■ Transfer of Credit | $356,540.00 |
| ■ Student Communications | $290,182.02 |
| ■ Technical Issues | $206,181.80 |
| ■ Natural Disaster | $168,374.90 |
| ■ Materials | $23,782.00 |
| ■ KAMs | $17,675.00 |

## Appendix D. Capstone Process Flowchart[249]



[249] As located in the Walden University Dissertation Guidebook (pp. 30-32)
https://academicguides.waldenu.edu/ld.php?content_id=42353287





# Appendix E. Dissertation Process Worksheet[250]

**Updated June 6, 2016**

This worksheet was created to help Ph.D. students keep track of the various steps to completing the dissertation. Every student's journey is a little different, so it is important to also follow the guidance of your academic advisors and your supervisory committee, when formed.

**Forms and Guides**

>All documents, guides, and forms for the dissertation process are here:
>http://researchcenter.waldenu.edu/PhD-Dissertation-Process-and-Documents.htm
>
>All documents for the IRB application are here:
>http://researchcenter.waldenu.edu/Application-and-General-Materials.htm

**Step 1:  Committee Formation and Prospectus Development**

— Review your program of study, or discuss with academic advisors, to determine when you will need to start your prospectus. At least two quarters prior to this time, complete *Dissertation Premise* (see guide for details).

— Ask academic advisors for advice and/or use the Faculty Expertise Directory (available on *my***Walden**) to locate potential committee members, especially a chair.

— At least one quarter before starting the prospectus, send your premise and completed *Committee Nomination Form* to potential committee members. At the very least, you will want to have your chair selected this term.

— Find a second member for your committee, the timing of which will depend on the nature of your program and your project. At least one member needs to be designated as a content expert and one as methodologist.

— Submit your prospectus to the Office of Student Research Administration (OSRA) at research@waldenu.edu.

— Your nominees will submit their nomination forms to the Office of Student Research Administration (OSRA) at research@waldenu.edu.

— Receive notification that the committee member was approved by your program director.

— Finalize your prospectus, such that it meets all the quality indicators on the *Prospectus Dissertation Rubric*, and submit to MyDr/Taskstream for your committee for review.

— Committee members will evaluate your prospectus and complete their rubrics in MyDr/Taskstream if it is approved it will be sent forward for review by your program director.

— To obtain a university research reviewer (URR) upon approval of your prospectus, send the approved copy of your *Dissertation Prospectus* along with the *URR Request Form* to research@waldenu.edu, to request a URR.

**Step 2: Proposal Development and Approval Process**

---

[250] Retrieved from https://academicguides.waldenu.edu/researchcenter/osra/phd

— Work with full committee to complete your *Dissertation Proposal* (the first three chapters), using the *Dissertation Checklist* that aligns to your methodology and the *Basic PhD Dissertation Template (6th ed.)*, which is available on the Writing Center website, to support development.

— When the *Dissertation Proposal* is approved by your dissertation supervisory committee, it will be forwarded to the URR in Taskstream along with the Turnitin report, the *Dissertation Checklist*, which you need to complete, and the *Dissertation Minimum Standards Rubric* from each committee member.

— If revisions are requested by the URR, work with your chair and committee to address each revision. You will then resubmit the proposal to Taskstream.

— After the proposal has been fully approved (the chair, committee member, and URR have rated all areas of the *Dissertation Minimum Standards Rubric* as "met"), your chair will work with you to move forward with the oral conference for your proposal.

— Find three times that work for your committee members to hold an oral conference, and give the times to your committee chair.

— Receive confirmation from the OSRA that your conference has been scheduled

— Participate in and pass your oral conference. Make any remaining updates requested by your committee.

— You and your committee will be notified by Workflow and your landing page concerning the approval of the proposal.

### Step 3: IRB Approval Process and Data Collection

— Complete IRB application with feedback from your chair and/or methodologist.

— After receiving approval of your proposal, submit IRB application and all supplemental materials to IRB@waldenu.edu.

— Complete any revisions requested by the IRB.

— Receive IRB approval and *Notification of Approval to Conduct Research*.

— Conduct your study.

— Begin preparing the final document by updating your proposal to be written in the past tense.

### Step 4: Dissertation Completion and Approval Process

— Work with your dissertation committee to complete the remaining two chapters, using the *Dissertation Checklist* and *Basic PhD Dissertation Template (6th ed.)*.

— When the dissertation is ready for review, you will upload it to Taskstream along with a copy of the Turnitin report, the *Dissertation Checklist*, which you need to complete.

— Your committee will then review, upon approval it will be sent to the URR for review.

— If revisions are requested by the URR, work with your chair and committee to address each revision.

— After the dissertation has been approved by the URR, it will be sent to for Form and Style review.

— If you haven't done so already, please ensure that you have submitted your Graduation Application. The Graduation Application is located on the Student Services tab of your *my*Walden portal.

— Receive results of Form and Style review from the dissertation editors.

— Make all changes required by Form and Style review.

— Find three times that work for your committee members to hold and oral conference, and give the times to your committee chair. Again, note that the request for an oral conference line must be made at least 1 week prior to the requested dates.

— Receive confirmation from OSRA that your conference has been scheduled.

— Participate in and pass your oral conference, and make any required revisions that have been requested by your committee.
— Submit a copy of your dissertation to Taskstream for committee and URR review.
— If revisions are requested by the URR, work with your chair to address each revision. You will then resubmit to Taskstream
— Receive notification of URR approval via Workflow and your landing page.


**Step 5: Final Steps Prior to Graduation**

— Receive confirmation that your abstract has been submitted to the chief academic officer (CAO)
— If revisions are requested by the CAO, work with your chair and URR to address each revision. You will need to resubmit to Taskstream.
— Receive final approval of the dissertation from the OSRA.
— Complete submission to ProQuest, per instructions from the OSRA.
— Receive confirmation that your ProQuest submission has been accepted
— Complete and return *Survey of Earned Doctorates*
— Receive confirmation from graduation@waldenu.edu that your degree audit has been completed.
— Review *my***Walden**Alumni for more information on attending commencement. Remember, if you want to participate in graduation ceremonies, approval of your dissertation and your final degree audit must occur at least one quarter before the term in which the ceremony occurs.

# Appendix F. Walden Recruitment and Advisement

OHE asked Walden to explain its recruitment processes for doctoral programs, to provide information on how leads are obtained and followed up on, to describe any career fair or convention-type events used off-campus to recruit students, and to include any admissions scripts and training materials used by admissions representatives. The following represents a summary of the information reviewed with notations that are relevant to the current program review.

**Table A1. Summary of Enrollment Advisor Materials**

| INFORMATION REVIEWED | NOTES RELEVANT TO PROGRAM REVIEW |
|---|---|
| Guided Responses Handbook: How to answer, explain, and advise students effectively and clearly | Information for enrollment advisors on best practices, responding to prospects questions on for-profit status, support services, accreditation, transfer credits, etc. There is no information provided relating to completion rates or how long it will take to complete a program. |
| Onboarding | Photocopy of binder of training materials, several from 2013, 2015; financial aid training |
| Ph.D. in Education, Program Information Guide (10/18/2016) | Time to completion varies by student, please refer to the program data page for this program's time to completion metrics (no hyperlink) |
| Ed.D. Residencies | Questions and answers regarding residencies and support provide and benefits of them. |
| Ph.D. in Education (October 2015) | Training materials in video format with Q and A for enrollment advisors and a quiz based on prospect background to aid in matching prospect to best program. |
| Key Elements of Walden's Doctoral Programs in Public Health | Comparison between the DrPH and Ph.D. in Public Health. Includes credit and cost comparisons. |
| DBA, Program Information Guide (10/17/2016) | Time to completion varies by student, please refer to the program data page for this program's time to completion metrics (no hyperlink). |
| Ph.D. in Management, Program Information Guide (10/17/2016) | Time to completion varies by student, please refer to the program data page for this program's time to completion metrics (no hyperlink). |

Additional information was requested from Walden regarding admissions materials (degree plan templates, enrollment agreements) and advising materials (degree planning tools, degree auditing tools, advising guidebooks) related to time to completion.

**Table A2. Walden-supplied Advising Information as Related to Time to Completion**

| DOCUMENT | NOTES RELEVANT TO REVIEW |
|---|---|
| Office of Financial Aid Program Terms and Conditions (2016-2017) | Satisfactory academic progress (SAP) standards (p. 32) |
| SAP maximum timeframe warning notice | Template of letter for students close to reaching max timeframe for federal financial aid |
| SAP maximum timeframe reached/exceeded notice | Template of letter for students who have reached or exceeded max timeframe for federal financial aid |
| SAP progress appeal | Steps for students who wish to appeal financial aid SAP. |
| Student Handbook (2016-2017)>Enrollment Requirements | Time limits from initial enrollment to completion of degree are listed by degree level. |
| Sample degree audit | Output of degree audit for a student. Lists catalog term and expected graduation date (eight years from the time a student enrolls). |
| Quick answer on time to completion[251] | States academic advisor can give a general estimate on length most students take to complete their programs. |
| Sample letter to students in year five or six of their program | Letter template with Walden policies on time limits of degree levels, link to student handbook, and possible consequences of reaching time limits. |
| Sample Program of Study document (Ph.D. Management) | Program of study template which lists minimum required credits and sequence of courses. |
| Individual Academic Plan | Required for students who are not making adequate progress in their program; requires reflection on progress and goal-setting. |
| Enrollment verification letters | Sample of a letter sent upon request; reflects eight year time to completion and anticipated graduation date. |

Additional materials related to time to completion and degree plans were reviewed through the context of reviewing complaints.

**Table A3. Program Guides, As Reviewed by OHE**

| DOCUMENT | NOTES RELEVANT TO REVIEW |
|---|---|
| Walden University DBA Program Developmental Process Flowchart[252] | For the DBA 9000 Doctoral Study Courses, states "Approximately 5 terms/40 weeks" and "generally, plan to take DBA 9000 five times" |

---

[251] http://academicanswers.waldenu.edu/faq/72925
[252] Q04_000651

| DOCUMENT | NOTES RELEVANT TO REVIEW |
|---|---|
| DBA Program Sequence [253] | States the DDBA 9000 courses are taken as many time as needed to complete the degree typically a minimum of 5 terms" |
| Lifecycle of a Walden DBA Student [254] | The 4-credit Doctoral Study Completion Course is taken as many times as needed to complete the degree (typically a minimum of 5 terms). |

[253] Q04_000650
[254] Q04_000647-649

# Appendix G. Substantial Progress Grading [255]

**SUBSTANTIAL PROGRESS GRADING IN DOCTORAL CAPSTONE COURSES**

**Guidelines for Assessing Progress as Satisfactory (S)**

To receive a **satisfactory** grade, the student must have addressed **each** of the major course expectations and satisfactory progress to include:

### Planning Activities        20%

- Submission of term plan within the first 7 days of the course. _Submission of term plan is required to receive an S and remain enrolled in the course_
  - The student will have submitted their proposed term plan within the first 7 days of the course; and afterward, the student will have actively worked with the chair to collaboratively define the finalized specific, substantial, tangible and feasible goals and work products for the term

- Relevant planning discussions and correspondences for both long term and short term planning for the term and the program
  - Student meeting/corresponding with chair to review and discuss the term plan
  - Revising term plan as agreed upon by chair and student

### Progress Activities        80%

- _Documented_ progress toward goals and work products as outlined in the term plan through timely communication with the chair (e.g., weekly, monthly, midterm updates) _Student needs to meet goals agreed to by chair and student in order to receive an S._ Appropriate goal categories include:
  - **Submission of drafts and other materials** in the appropriate drop-box/MyDR stage (e.g., a chapter of the proposal, an SPSS analysis, Learning Agreement or section of a KAM).*
    - Student is able to demonstrate satisfactory doctoral-quality work through positive evaluation of writing and research against the appropriate checklists and/or rubrics

  - **Activities that support dissertation completion** (e.g., submission of IRB application, oral conference held, data collection and analysis).
    - Student is able to demonstrate satisfactory doctoral-quality work through obtaining necessary MET evaluations (e.g., IRB approval to conduct research, or successful oral conference)

  - **Completion of academic coursework**
    - Student is able to demonstrate satisfactory doctoral-quality work through passing grade in coursework listed in the /term plan

  - **Residency attendance** (_only_ attending a residency is not sufficient to receive an "S" grade in the research course***).

---

[255] Provided by Walden to OHE, 8/14/2017, in response to OHE's request for Walden's process for monitoring academic performance during the dissertation writing process.

Walden University Doctoral Program Review                                                                    126

- Student is able to demonstrate satisfactory doctoral-quality work through "S" grade for the residency participation listed in the term plan

- **Participation in mentor/chair -led discussions.**
  - Student is able to demonstrate satisfactory doctoral-quality work through Rubric criteria for discussion posts contained in the course syllabus.

- **Submission of required reports, before the last day of the course**
  - Student is able to demonstrate satisfactory doctoral-quality work through meeting the criteria for reports contained in the assignment in the course syllabus

A Satisfactory (S) grade = 80% or above; Unsatisfactory (U) = 79% and below, however omission of, or failure to participate in any of the major course expectations will normally constitute **unsatisfactory** overall performance in the course regardless of performance in other criteria.

\* Some programs do not require a final report, thus [%] figures represent the adjusted criterion weighting for these programs.

\*\* academic coursework and residency attendance would be considered as contributing to substantive progress in doctoral capstone courses only if these were included within a current IAP or KAM based plan

\*\*\*A doctoral degree is a writing-intensive experience, so students should expect to be submitting drafts of some component during every term that they are enrolled in Research Forum.

Because doctoral education and the research process are occasionally unpredictable, the student's mentor/chair is responsible for making a holistic assessment of progress in a term, taking into account reasonable extenuating circumstances, and overall progress on the degree.