IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ALJANAL CARROLL, et al.,                      )<br>                                                              )<br>                                  Plaintiffs,   )<br>                                                              )<br>v.                                                           )<br>                                                              )<br>WALDEN UNIVERSITY, LLC, et al.,       )<br>                                  Defendants. )<br>                                                              ) | Civil Action No. 1:22-cv-00051-ELH<br><br>Hon. Ellen L. Hollander |

## DEFENDANTS' MOTION TO DISMISS

Defendants Walden University, LLC and Walden e-Learning, LLC (together, "Walden"), by and through their undersigned counsel, hereby respectfully move this Court for an Order dismissing Plaintiffs Aljanal Carroll, Claudia Provost Charles, and Tiffany Fair's ("Plaintiffs'") Complaint.  Specifically, and for the reasons stated in Walden's contemporaneously filed Memorandum of Law in Support of Its Motion to Dismiss, Walden respectfully requests dismissal under Federal Rule of Civil Procedure 12(b)(6) ("Rule 12(b)(6)") for failure to state a claim upon which relief can be granted with respect to Plaintiffs' class claims; and Walden further respectfully requests dismissal under Federal Rule of Civil Procedure 12(b)(1) for want of subject matter jurisdiction and under Rule 12(b)(6) for failure to state a claim upon which relief can be granted with respect to Plaintiffs' individual claims.

Dated:  March 23, 2022                                 Respectfully submitted,

/s/ *Andrew D. Prins*
Andrew D. Prins (D. Md. Bar No. 10597)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004-1304
Telephone:  (202) 637-2200

Facsimile:  (202) 637-2201
andrew.prins@lw.com

Sean M. Berkowitz (*pro hac vice*)
Eric R. Swibel (*pro hac vice*)
Caitlin E. Dahl (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
sean.berkowitz@lw.com
eric.swibel@lw.com
caitlin.dahl@lw.com

*Counsel for Defendants Walden University, LLC and Walden e-Learning, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2022, copies of Defendants' Motion to Dismiss were served to Plaintiffs' counsel of record electronically via CM/ECF and courtesy copies will be provided to the Court within 48 hours of filing.

/s/ *Andrew D. Prins*
Andrew D. Prins (D. Md. Bar No. 10597)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004-1304
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201
andrew.prins@lw.com