UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ALJANAL CARROLL, et al.,**<br><br>              **Plaintiffs,**<br>    v.<br><br>**WALDEN UNIVERSITY, LLC, et al.,**<br><br>              **Defendants.** | Civil No.: 1:22-cv-00051-JRR |

**ORDER**

This matter comes before the court on Defendants Walden University, LLC, and Walden e-Learning's Motion to Dismiss at ECF No. 35, as well as all opposition and reply papers. For the reasons set forth in the accompanying memorandum opinion, it is this 28th day of November 2022, **ORDERED** that the Motion to Dismiss shall be, and is hereby, **DENIED.**

                                                                                 /s/
                                                    Julie R. Rubin
                                                    United States District Court Judge