UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Aljanal Carroll, Claudia Provost Charles, Tiffany Fair, and Tareion Fluker,<br><br>Plaintiffs,<br><br>v.<br><br>Walden University, LLC, and Walden e-Learning, LLC,<br><br>Defendants. | Civil Action No. 1:22-cv-00051-JRR |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT, PROVISIONAL CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF NOTICE**

Plaintiffs and Class Representatives Aljanal Carroll, Claudia Provost Charles, Tiffany Fair, and Tareion Fluker ("Plaintiffs") hereby move the Court, pursuant to Federal Rule of Civil Procedure 23, to: (1) preliminarily approve the parties' proposed Settlement Agreement; (2) conditionally certify a settlement class; and (3) approve the form and manner of giving notice of the settlement to members of the proposed settlement class. Defendants have not opposed Plaintiffs' motion. A memorandum of law setting forth the points and authorities in support of this relief is filed herewith.

DATE: March 28, 2024

Respectfully Submitted,

/s/ Tara K. Ramchandani
Alexa T. Milton #19990
Glenn Schlactus*
Tara K. Ramchandani*
Lila R. Miller*
Edward K. Olds*
RELMAN COLFAX PLLC
1225 19th St. NW Suite 600
Washington, D.C. 20036

Tel: 202-728-1888
Fax: 202-728-0848
amilton@relmanlaw.com
gschlactus@relmanlaw.com
tramchandani@relmanlaw.com
lmiller@relmanlaw.com
tolds@relmanlaw.com

Eric Rothschild*
NATIONAL STUDENT LEGAL
DEFENSE NETWORK
1701 Rhode Island Ave., NW
Washington, D.C. 20036
eric@defendstudents.org

*Attorneys for Plaintiffs*

*\*admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2024, a true and correct copy of the foregoing Plaintiffs Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement, Provisional Certification of Settlement Class, And Approval of Notice was served via CM-ECF on all attorneys of record.

Date: March 28, 2024                                         /s/ Tara K. Ramchandani
                                                             Tara K. Ramchandani