**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Aljanal Carroll, Claudia Provost Charles, Tiffany Fair, and Tareion Fluker, <br><br> Plaintiffs, <br><br> v. <br><br> Walden University, LLC, and Walden e-Learning, LLC, <br><br> Defendants. | Civil Action No. 1:22-cv-00051-JRR |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT, PROVISIONAL CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF NOTICE**

Upon consideration of Plaintiffs' Unopposed Motion to Exceed Page Limit for Plaintiffs' Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement, Provisional Certification of Settlement Class, and Approval of Notice, it is hereby **ORDERED** that Plaintiffs' Motion is Granted.

Dated: April 1, 2024

/s/
_____
Hon. Julie R. Rubin
United States District Court Judge