

**RELMAN COLFAX** PLLC

1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
202.728.1888
www.relmanlaw.com

April 4, 2024

<u>**VIA EMAIL**</u>
Hon. Julie R. Rubin
United States District Judge
101 West Lombard Street
Chambers 3A
Baltimore, MD 21201

  RE: Carroll et al v. Walden University, LLC et al
     Case No. 22-cv-00051-JRR
     Corrected Motion Attachment

Dear Judge Rubin:

  Plaintiffs identified a minor error in the Declaration of Tareion Fluker, which was attached to their Motion for Preliminary Approval. *See* Dkt. 92-10. Consistent with instructions from the Case Administrator, Plaintiffs are hereby attaching a corrected declaration to this letter as Exhibit A. The only change to the declaration is to amend Paragraph 4 to reflect that Ms. Fluker finished her coursework in 2012, not 2018.

        Sincerely,

        */s/ Tara K. Ramchandani*
        Tara K. Ramchandani