UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALJANAL CARROL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WALDEN UNIVERSITY, LLC, et al. <br><br> Defendants. | Civil No.: 1:22-cv-0051-JRR <br><br><br> DECLARATION OF AISHA LANGE: RE: NOTICE MAILING |

**DECLARATION OF AISHA LANGE**

I, AISHA LANGE, declare as follows:

1. I am Assistant Director of Operations at Settlement Services, Inc. ("SSI"). The following statements are based on my personal knowledge and information provided by other SSI employees working under my supervision, and, if called on to do so, I could and would testify competently thereto.

2. SSI is serving in this matter as the Administrator in this Action for the purposes of administering the Class Action Settlement Agreement preliminarily approved in the Court's Order dated April 17, 2024. I submit this Declaration in order to provide the Court and the Parties to this Action with information regarding the dissemination of the Notice of Class Action Settlement ("Notice"), processed in accordance with the Court's Order.

3. **Class Data**. SSI received the following Class Data.

    a. **Class Intake List.** On April 22, 2024, Defense Counsel provided SSI with a spreadsheet (the "Class Intake List") which included the First Name, Last Name, Middle Name, Start Date, End Date, Street, City, State, Zip Code, Country, Email, Phone Number for 2,236 Class Members. SSI reviewed the spreadsheet and identified multiple records with incomplete mailing addresses and incomplete

phone numbers. Over the course of several weeks, Defense Counsel provided SSI with multiple spreadsheets that added 18 additional Class Members identified as "Thornhill Class Members" and added 6 additional individuals who contacted SSI requesting a Notice or were otherwise identified by the Parties and added to the Class Intake List upon Defense Counsel's investigation. SSI also received a spreadsheet from Plaintiffs' Counsel containing updated mailing and contact information for some of the 2,236 Class Members on the Class Intake List.

b. **Second Class Intake List.** The Court's July 16, 2024 Order required Defendants to provide a Second Class Intake List. Defense Counsel did so by providing SSI with a spreadsheet (the "Second Class Intake List") with two tabs: 1) "Add'l Known Class Members" containing 12 Class Members and 2) "Add'l Potential Class Members" containing 179 Class Members. Each tab included Unique ID, First Name, Last Name, Start Date, Street, City, State, Zip Code, Nation, Personal Email and Telephone. Defense Counsel advised SSI that the people on the "Add'l Potential Class Members" tab were potential Class Members, but their class status was not determined because they did not disclose their race and/or gender.

c. **Updated Second Class Intake List.** On July 26, 2024, Defense Counsel provided SSI with an updated spreadsheet ("Updated Second Class Intake List") with two tabs: 1) Add'l Known Class Members", containing the same 12 Class Members and 2) "Add'l Potential Class Members" containing the same 179 Class Members plus an additional 35 Class Members, for a total of two hundred fourteen (214) Class Members. Each tab included Unique ID, First Name, Last Start Date, End Date, Street, City, State, Zip Code, Nation, Personal Email, Telephone.

d. **Supplemental Class Intake Lists.** It is my understanding that Paragraph 10 of the Court's April 17, 2024 Order and Paragraph 4(d) of the Court's July 16, 2024 Order required Defendants to supplement the Class Intake List and Second Class Intake List with certain additional information about each Class Member 50 days

- 2 -
DECLARATION OF AISHA LANGE

after the distribution of Notice. Defense Counsel did so, providing SSI with spreadsheets ("Supplemental Class Intake Lists") that included additional data such as each person's SSN, Capstone Credits Completed As of 4/17/24, Capstone Credits Required As of Program Start Date, and Employee (Y=Yes, Blank=No).

4. **Settlement Website**. On or before May 8, 2024 SSI established a settlement website (https://walden-dba-settlement.com/) which posted the Notice, the Settlement Agreement, as well as other important case related documents and information. The website included the capability to change addresses electronically, online.

5. **Phone Support**. On or before May 8, 2024, SSI established a toll-free number that Class Members could call to provide updated addresses, ask questions about the settlement, and request remailing of the Notice at (888) 419-0995. As of the date of this declaration, SSI has received and responded to 37 calls to this number.

6. **NCOA**. In order to obtain the most current mailing address for Class Members, SSI processed the Class Intake List addresses through the National Change of Address ("NCOA") database maintained by the United States Postal Service ("USPS"). This process updates addresses for individuals who have moved within the last four years and who filed a change of address card with the USPS.

7. **Notice**. On May 8, 2024 (the "Notice Date"), SSI mailed the Notice by first-class mail, postage prepaid, from Tallahassee, Florida, to the 2,245 Class Members on the Class Intake List.[1] Over the course of several weeks, SSI mailed the Notice by first-class mail, postage prepaid from Tallahassee, FL to the remaining 9 Thornhill Class Members who were subsequently added to the Class Intake List and the 6 individuals who contacted SSI requesting a Notice or were otherwise identified by the Parties and were added to the Class Intake List upon Defense Counsel's investigation.

8. **Notice via Email**. On May 8, 2024 (the "Notice Date") SSI sent Notice via email to 2,242 Class Members on the Class Intake List for whom email addresses were provided.

---

[1] This included the original 2,236 Class Members on the original Class List plus the 9 Thornhill Class Members who were added to the Class List prior to the Notice Date.

Of these, 71 were returned undeliverable.

9. **Notice via Text.** On May 8, 2024 (the "Notice Date") SSI sent text message Notices to the one thousand nine hundred ninety (1,990) Class Members on the Class Intake List for whom phone numbers were provided. Of these, 934 were returned undelivered.

10. **Undeliverable Mail**. As of this date, a total of 142 original Notices have been returned to SSI by the USPS as undeliverable without forwarding address information. SSI conducted a locator trace for each individual with a returned Notice prior to the postmark deadline, and possible new addresses were obtained for 20 of them. SSI re-mailed Notices to these possible new addresses, and of these, none were returned as undeliverable.

11. **Success of Notice**. No Class Member on the Class Intake List had all forms of Notice returned undeliverable. That is, SSI's distribution of Notice indicates that the Notice was successfully delivered to every person on the Class Intake List by at least one of the three methods utilized (text, email, or USPS mail). As a result of the various forms of notice, relative to other cases, the deliverability rate of the Notice was favorable.

12. **Remail by Request.** There were 6 Notices re-mailed on the request of either Class Counsel or the Class Member. There were 8 Notices re-mailed via email on the request of either Class Counsel or the Class Member.

13. **Remail to PO Forward.** There were 2 Notices re-mailed to PO forwarding addresses provided by the USPS.

14. **Requests for Exclusion.** The deadline for Class Members from the primary Class Intake List to exclude themselves from the Class was a postmark deadline of June 19, 2024. As of the date of this declaration, SSI has received two requests for exclusion. Those requests were timely. One of those requests was rescinded by the Class Member before the recission deadline.

15. **Objections**. The deadline for Class Members from the primary Class Intake List to object to the Settlement was a postmark deadline of July 3, 2024. As of the date of this

declaration, SSI has received one objection. That objection was timely.

16. **Notice to Additional Known & Potential Class Members**. On August 6, 2024 SSI mailed the Notice by first-class mail, postage prepaid, from Tallahassee, Florida, to the 226 additional potential and known Class Members on the Updated Second Class Intake List.

17. **Notice via Email to Additional Known & Potential Class Members**. On August 6, 2024, SSI sent Notice via email to 190 Class Members on the Updated Second Class Intake List for whom email addresses were provided. Of these, 28 were returned undeliverable.

18. **Notice via Text to Additional Known & Potential Class Members.** On August 6, 2024 (the "Notice Date") SSI sent text message Notices to the 207 Class Members on the Updated Second Class Intake List for whom phone numbers were provided. Of these, 74 were returned undelivered.

19. **Undeliverable Mail for Additional Known & Potential Class Members**. As of this date, a total of 6 original Notices sent to people on the Updated Second Class Intake List have been returned to SSI by the USPS as undeliverable without forwarding address information. SSI conducted a locator trace for each individual with a returned Notice prior to the postmark deadline, and possible new addresses were obtained for none of them.

20. **Success of Notice**. 1 Class Member or Potential Class Member on the Updated Second Class Intake List had all forms of Notice returned undeliverable. That is, SSI's distribution of Notice indicates that the Notice was successfully delivered to the 225 Class Members or Potential Class Members on the Updated Second Class Intake List by at least one of the three methods utilized (text, email, or USPS mail).

21. **Remail by Request for Additional Known & Potential Class Members**. There were no Notices re-mailed to people on the Updated Second Class Intake List on the request of either Class Counsel or the Class Member.

DECLARATION OF AISHA LANGE

22. **Remail to PO Forward for Additional Known & Potential Class Members.** There were no Notices re-mailed to people on the Updated Second Class Intake List to PO forwarding addresses provided by the USPS.

23. **Requests for Exclusion for Additional Known & Potential Class Members.** The deadline for Class Members on the Updated Second Class Intake List to exclude themselves from the Class was a postmark deadline of September 17, 2024. As of the date of this declaration, SSI has received no requests for exclusion, timely or otherwise.

24. **Objections for Additional Known & Potential Class Members**. The deadline for Class Members on the Updated Second Class Intake List to object to the Settlement was a postmark deadline of October 1, 2024. As of the date of this declaration, SSI has received no objections, timely or otherwise.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 4th day of October 2024, in Tallahassee, Florida.

AISHA LANGE