UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Aljanal Carroll, Claudia Provost Charles, Tiffany Fair, and Tareion Fluker, <br><br>　　　　　Plaintiffs, <br><br>　　　　　v. <br><br>Walden University, LLC, and Walden e-Learning, LLC, <br><br>　　　　　Defendants. | Civil Action No. 1:22-cv-00051-JRR |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND CERTIFICATION OF CLASS**

　　　　Plaintiffs and Class Representatives Aljanal Carroll, Claudia Provost Charles, Tiffany Fair, and Tareion Fluker ("Plaintiffs") hereby move the Court, pursuant to Federal Rule of Civil Procedure 23, to: (1) grant final approval of the parties' proposed Settlement Agreement; (2) certify a settlement class; and (3) approve an award of attorneys' fees and costs to plaintiffs' counsel. Defendants do not oppose Plaintiffs' motion. A memorandum of law setting forth the points and authorities in support of this relief is filed herewith.

DATE: October 8, 2024　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Alexa Milton
　　　　　　　　　　　　　　　　　　　　　　　Alexa T. Milton #19990
　　　　　　　　　　　　　　　　　　　　　　　Glenn Schlactus*
　　　　　　　　　　　　　　　　　　　　　　　Tara K. Ramchandani*
　　　　　　　　　　　　　　　　　　　　　　　Lila R. Miller*
　　　　　　　　　　　　　　　　　　　　　　　Edward K. Olds*
　　　　　　　　　　　　　　　　　　　　　　　RELMAN COLFAX PLLC
　　　　　　　　　　　　　　　　　　　　　　　1225 19th St. NW Suite 600
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　　　　Tel: 202-728-1888
　　　　　　　　　　　　　　　　　　　　　　　Fax: 202-728-0848
　　　　　　　　　　　　　　　　　　　　　　　amilton@relmanlaw.com

gschlactus@relmanlaw.com
tramchandani@relmanlaw.com
lmiller@relmanlaw.com
tolds@relmanlaw.com

Eric Rothschild*
NATIONAL STUDENT LEGAL
DEFENSE NETWORK
1701 Rhode Island Ave., NW
Washington, D.C. 20036
eric@defendstudents.org

*Attorneys for Plaintiffs*

*\*admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2024, a true and correct copy of the foregoing Plaintiffs Unopposed Motion for Final Approval of Proposed Class Action Settlement and Certification of Class was served via CM-ECF on all attorneys of record.

Date: October 8, 2024                             /s/ Alexa Milton
                                                              Alexa T. Milton

                                                              *Attorney for Plaintiffs*