# EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| Aljanal Carroll, Claudia Provost Charles, Tiffany Fair, and Tareion Fluker,<br><br><br>Plaintiffs,<br><br>v.<br><br>Walden University, LLC and Walden e-Learning, LLC,<br>Defendants. | Case No. 1:21-cv-00051-JRR |

## <u>DECLARATION OF ERIC ROTHSCHILD</u>

I, Eric Rothschild, hereby declare and state the following:

1.      I am over the age of eighteen and am competent to make this Declaration. I have personal knowledge of the matters set forth herein.

2.      I am counsel for Plaintiffs in the above-captioned case.

3.      I submit this Declaration in support of Plaintiffs' Unopposed Motion for Final Approval of Proposed Class Action Settlement and Certification of Class ("Final Approval Motion").

4.      I am Litigation Director at the National Student Legal Defense Network ("Student Defense"). Student Defense is a non-partisan, non-profit 501(c)(3) organization focused on protecting the rights of students in higher education. Student Defense uses policy research, litigation, and advocacy to advance students' rights to educational opportunity and to ensure that higher education provides a launching point for economic mobility. Our work is particularly

focused on representing students disproportionately harmed by the higher education system, including those from low-income backgrounds, communities of color, veterans, and women (especially single mothers).

5.    Student Defense regularly litigates a range of cases on behalf of students in both federal and state courts including many cases, like this one, that involve allegations of predatory and abusive practices, false advertising, misrepresentation, and other consumer protection violations.

6.    Several of these cases have concluded in certified class actions or class settlements approved by or pending before courts. *See, e.g.*, *Detmer v. La'James College of Hairstyling*, LACL147597 (Polk County, Iowa filed on March 20, 2020) (class certification upheld by Iowa Court of Appeals; class settlement approved); *Ortiz v. Saba University School of Medicine*, No. 1:23-cv-12002-WGY (D. Mass) (motion to certify a nationwide class granted from the bench at September 17, 2024 hearing; final order not yet docketed).

7.    Counsel at Student Defense, including the undersigned, also currently represent students in the following putative class action lawsuits: *Favell v. University of Southern California*, No. 2:23-cv-00846-SPG-MAR (C.D. Cal. notice of removal filed Feb. 3, 2023); *Lopez v. Cal. Inst. of Tech.*, No. CGC-23-607810 (Cal. Sup. Ct. filed on July 20, 2023); and *Dunagan v. Illinois Institute of Art-Chicago, LLC*, No. 1:19-cv-00809 (N.D. Ill. notice of removal filed February 7, 2019)*.*

8.    Student Defense began investigating the above captioned matter in July 2020, began working with Relman Colfax PLLC in 2021 to continue the investigation, and has been actively involved in all aspects of the litigation.

9.      I have had primary responsibility for the day-to-day management of Student Defense's work in this matter during the entire course of the organization's involvement. I have also been involved in all components of this litigation including investigation, preparing the complaint and amended complaint, motions briefing, discovery, interacting with opposing counsel, and negotiating the settlement.

10.      I graduated from Duke University in 1989 and received my law degree, *cum laude,* from the University of Pennsylvania Law School in 1993. Following law school, I clerked for the Honorable Anita B. Brody of the United States District Court for the Eastern District of Pennsylvania. Prior to joining Student Defense in November 2018, I was a partner at Pepper Hamilton LLP through August 2016, where I litigated complex commercial litigation, product liability, and reinsurance cases in federal court and maintained a public interest practice focused on the educational and civil rights of students. I also served as Senior Litigation Counsel at Americans United for the Separation of Church and State from September 2016 through August 2018, where I represented students at the K-12 level. I litigate higher education-related cases at Student Defense, including cases that raise consumer law issues. I am admitted to practice in the District of Columbia and Pennsylvania.

11.      In addition to myself, the following Student Defense attorneys assumed substantial roles in litigating this matter: Aaron Ament, Daniel Zibel, and Kirin Jessel.

12.      Aaron Ament, President and Cofounder of Student Defense, graduated from Northwestern University in 2003 and received his law degree from Washington University School of Law in Saint Louis, Missouri in 2008. He also received his Master of Arts in Political Science from Northwestern University in 2003. Prior to founding Student Defense, Mr. Ament served in

President Obama's administration as a Special Counsel for higher education issues and subsequently as Chief of Staff of the U.S. Department of Education's Office of the General Counsel. Prior to joining the federal government, he served as an Assistant Attorney General in Kentucky, where he supervised non-profit oversight and charitable asset enforcement litigation and represented Kentucky on the U.S. Financial Fraud Enforcement Task Force. Mr. Ament is admitted to practice in Kentucky and the District of Columbia. Mr. Ament was involved in multiple facets of the litigation, including investigation, complaint drafting, and settlement.

13.    Daniel Zibel, Vice President, Chief Counsel, and Cofounder of Student Defense, graduated from Haverford College in 1999 and received his law degree, *cum laude*, from the University of Michigan Law School in 2004. He was an Associate at Wilmer Cutler Pickering Hale and Dorr LLP from September 2004 until April 2008. From May 2008 until September 2014, he was an associate at Bredhoff & Kaiser PLLC. His work at these firms included substantial litigation matters, including cases concerning both higher education and civil rights. Prior to founding Student Defense, Mr. Zibel served as the Deputy Assistant General Counsel for Postsecondary Education at the U.S. Department of Education, where he oversaw that office's legal advice and litigation on higher education matters including playing a lead role in the Department's efforts to protect students from predatory actors in higher education. Mr. Zibel was involved in many components of this litigation, including complaint drafting, discovery, and settlement.

14.    Kirin Jessel, who served as a Legal Fellow at Student Defense from 2020 to 2022, graduated from Bowdoin College in 2012 and received her law degree from the University of California Davis School of Law in 2020. Ms. Jessel is admitted to practice in California and the

District of Columbia. Ms. Jessel had substantial involvement throughout the early portions of the litigation, including investigation, interviewing former Walden University, LLC and Walden E-Learning, LLC (collectively "Walden") students, drafting the complaint, and motions briefing.

15.    Throughout the course of this litigation, the Student Defense attorneys and legal fellow assigned to this case have been assisted primarily by two paralegals: Abigail Moats and Isabel Tessier.

16.    From the beginning of this matter, consistent with Student Defense's practice, all attorneys, legal fellows, and paralegals maintained a contemporaneous record and description of the tasks and activities that they performed for the matter. Those records and descriptions were entered into the electronic database that Student Defense maintains for this purpose.

17.    In the course of preparing this declaration I have reviewed all of the daily time records maintained by all Student Defense attorneys, legal fellows, and paralegals regarding their work on this matter from its inception in July 2020 through the end of September 2024.

18.    Exhibit A to this declaration summarizes Student Defense's attorneys' fees in this matter based on my review described in paragraph 17.

19.    The table on Exhibit A sets forth the total number of hours each Student Defense timekeeper has worked on this matter through September 30, 2024; each timekeeper's position, year of law school graduation for lawyers, and Laffey Matrix range and associated hourly rate; and the amount billed by each timekeeper in this matter (hours multiplied by hourly rate). For the purposes of assigning an hourly rate to each timekeeper, I have used the applicable Laffey Matrix rates in effect during from June 2023 through May 2024, not the higher rates applicable to June 2024 through May 2025.

5

20.    The figures in Exhibit A exclude 152.9 hours of work performed by Student Defense personnel on this case, valued at $93,272.00 that I have deducted in the exercise of billing judgement (*e.g.*, time for work that I adjudged unnecessary).

21.    The hours and fees shown in Exhibit A are those for which Student Defense would seek compensation were its request for fees in this matter based on the lodestar method instead of the percentage method. I believe that the amounts shown reflect work that was necessary and essential for the proper and successful development and litigation of this matter.

22.    Student Defense also incurred out-of-pocket expenses in this matter, but I have deducted those expenses in the exercise of billing judgement.

23.    As reflected on Exhibit A, the attorneys' fees incurred by National Student Legal Defense Network in this matter through September 30, 2024 total $1,283,547, using billing rates set forth in the Laffey Matrix.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

_____

Eric Rothschild


Executed within the United States on: October 7, 2024.

# EXHIBIT A

Student Defense *Carroll v. Walden* Fee Fees

**Table 1.**

**National Student Legal Defense Network Fees**
**Date Range: Date of inception through 9/30/2024**

| Timekeeper | Hours | Law School Grad Year | Laffey Range | Rate | Amount |
|---|---|---|---|---|---|
| Aaron Ament | 107.8 | 2008 | 11 to 19 years | $878 | $94,648.40 |
| Abigail Moats | 239 | N/A | Paralegal/Law Clerk | $239 | $57,121.00 |
| Daniel Zibel | 86.1 | 2004 | 20+ years | $1,057 | $91,007.70 |
| Eric Rothschild | 588.6 | 1993 | 20+ years | $1,057 | $622,150.20 |
| Isabel Tessier | 143.4 | N/A | Paralegal/Law Clerk | $239 | $34,272.60 |
| Kirin Jessel | 714.4 | 2020 | 4 to 7 years | $538 | $384,347.20 |
| | | | | | |
| | **TOTAL HOURS** 1,879.3 | | | **TOTAL AMOUNT** | $1,283,547.10 |