# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Aljanal Carroll, Claudia Provost Charles, Tiffany Fair, and Tareion Fluker,<br><br>                        Plaintiffs,<br><br>    v.<br><br>Walden University, LLC and Walden e-Learning, LLC,<br>                        Defendants. | Case No. 1:21-cv-00051-JRR |

## DECLARATION OF GLENN SCHLACTUS

I, Glenn Schlactus, hereby declare and state the following:

    1.    I am over the age of eighteen and am competent to make this Declaration. I have personal knowledge of the matters set forth herein.

    2.    I am a Partner at Relman Colfax PLLC ("RC") and counsel for Plaintiffs in the above-captioned case.

    3.    I submit this Declaration in support of Plaintiffs' Unopposed Motion for Final Approval of Proposed Class Action Settlement and Certification of Class ("Final Approval Motion").

    4.    I have been actively involved throughout the course of this litigation including investigation, preparing the complaint and amended complaint, motions briefing, interacting with opposing counsel, and negotiating the settlement.

5. From the beginning of this matter and consistent with RC's practice, all attorneys, fellows, summer associates, paralegals, and litigation support staff maintained a contemporaneous record and description of the tasks and activities that they performed for the matter. Those records and descriptions were entered into the electronic database that the firm maintains for this purpose.

6. In the course of preparing this declaration I have reviewed all of the daily time records maintained by all RC attorneys, fellows, summer associates, paralegals, and litigation support staff regarding their work on this matter from its inception in 2021 through the end of September 2024. I have also reviewed all RC computerized records with respect to costs incurred by RC in this matter over the same time period.

7. Exhibit A to this declaration summarizes RC's attorneys' fees and costs in this matter based on my review described in paragraph 6 and summarizes co-counsel National Student Legal Defense Network's ("Student Defense") attorneys' fees in this matter based on the declaration of Eric Rothschild being submitted in support of the Final Approval Motion. Exhibit A includes four tables.

8. Table 1 on Exhibit A sets forth the total number of hours each RC timekeeper has worked on this matter through the end of September 2024; each timekeeper's position, year of law school graduation for lawyers, and Laffey Matrix range and associated hourly rate; and the amount billed by each timekeeper in this matter (hours multiplied by hourly rate). For the purposes of assigning an hourly rate to each timekeeper, I have used the applicable Laffey Matrix rates in effect during the period from June 2023 through May 2024, not the higher rates

applicable to the period from June 2024 through May 2025. RC's own customary rates for paying clients are higher than those I have used here.

9. The figures on Table 1 exclude 280 hours of work performed by RC personnel on this case, valued at $145,520, that I have deducted in the exercise of billing judgement (*e.g.*, time for work that I adjudged unnecessary).

10. The hours and fees on Table 1 are those for which RC would seek compensation were its request for fees in this matter based on the lodestar method instead of the percentage method. I believe that the amounts on Table 1 reflect work that was necessary and essential for the proper and successful development and litigation of this matter.

11. Table 2 on Exhibit A sets forth RC's out-of-pocket expenses by category. These expenses have not been reimbursed. As with hours and fees, expenses that I have deducted in the exercise of billing judgement do not appear on Table 2; such expenses exceed $12,800. This includes all travel-related expenses. I believe that the amounts on Table 2 reflect expenses that were necessary and essential for the proper and successful development and litigation of this matter.

12. Table 3 on Exhibit A sets forth, for our co-counsel organization Student Defense, the same attorneys' fees information as is provided for RC on Table 1. Table 3 includes information summarized from the declaration of Eric Rothschild.

13. Table 4 totals the information on Tables 1 through 3.

14. As reflected on Exhibit A, the attorneys' fees incurred by RC in this matter through the end of September 2024 total $2,561,074.30, using billing rates set forth in the Laffey Matrix.

15. As reflected on Exhibit A, the out-of-pocket expenses incurred by RC in this matter through the end of September 2024 total $30,776.75.

16. As reflected on Exhibit A, the attorneys' fees incurred by Student Defense in this matter through the end of September 2024 total $1,283,547.10, using billing rates set forth in the Laffey Matrix.

17. As reflected above and on Exhibit A, the total attorneys' fees incurred by Class Counsel in this matter through September 2024 are $3,844,621.40, representing 6,275.4 hours of work.

18. As reflected above and on Exhibit A, the total attorneys' fees and costs incurred by Class Counsel in this matter through September 2024 are $3,875,398.15.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

_____
Glenn Schlactus

Executed within the United States on: October 8, 2024.

4

# EXHIBIT A

Class Counsel *Carroll v. Walden* Fees and Costs

**Table 1.**

**Relman Colfax, PLLC Fees**
**Date Range: Date of inception through 9/30/24**

| Timekeeper | Hours | Law School Grad Year | Laffey Range | Rate | Amount |
|---|---|---|---|---|---|
| Alexa Milton | 871.4 | 2016 | 8 to 10 years | $777 | $677,077.80 |
| Alicia Menendez-Brennan | 249.3 | N/A | Paralegal/Law Clerk | $239 | $59,582.70 |
| Alyssa Wilson | 44.2 | N/A | Paralegal/Law Clerk | $239 | $10,563.80 |
| Angela Kang | 20.3 | N/A | Paralegal/Law Clerk | $239 | $4,851.70 |
| Don Scales | 761.2 | N/A | Paralegal/Law Clerk | $239 | $181,926.80 |
| Edward Olds | 668.8 | 2018 | 4 to 7 years | $538 | $359,814.40 |
| Emahunn Campbell | 172.1 | 2021 | 1 to 3 years | $437 | $75,207.70 |
| Glenn Schlactus | 299 | 1998 | 20+ years | $1,057 | $316,043.00 |
| Joëlle Simeu | 154.4 | N/A | Paralegal/Law Clerk | $239 | $36,901.60 |
| Jonathan Iyob | 25.3 | N/A | Paralegal/Law Clerk | $239 | $6,046.70 |
| Kelis Johnson | 139.6 | N/A | Paralegal/Law Clerk | $239 | $33,364.40 |
| Lila Miller | 415.9 | 2014 | 8 to 10 years | $777 | $323,154.30 |
| Nicholas Abbott | 63.4 | 2022 | 1 to 3 years | $437 | $27,705.80 |
| Tara Ramchandani | 511.2 | 2008 | 11 to 19 years | $878 | $448,833.60 |
| | **TOTAL HOURS** 4,396.1 | | | **TOTAL AMOUNT** | $2,561,074.30 |

Table 2.

**Relman Colfax, PLLC Costs**
**Date Range: Date of inception through 9/30/2024**

| Category | Amount |
|---|---|
| Westlaw and other online research | $11,148.48 |
| Expert | $1,562.50 |
| Mail | $306.27 |
| Mediation | $16,700.00 |
| Court costs | $802.00 |
| Process Server | $257.50 |
| | |
| **TOTAL COSTS** | $30,776.75 |

Table 3.

**National Student Legal Defense Network Fees**
**Date Range: Date of inception through 9/30/2024**

| Timekeeper | Hours | Law School Grad Year | Laffey Range | Rate | Amount |
|---|---|---|---|---|---|
| Aaron Ament | 107.8 | 2008 | 11 to 19 years | $878 | $94,648.40 |
| Abigail Moats | 239 | N/A | Paralegal/Law Clerk | $239 | $57,121.00 |
| Daniel Zibel | 86.1 | 2004 | 20+ years | $1,057 | $91,007.70 |
| Eric Rothschild | 588.6 | 1993 | 20+ years | $1,057 | $622,150.20 |
| Isabel Tessier | 143.4 | N/A | Paralegal/Law Clerk | $239 | $34,272.60 |
| Kirin Jessel | 714.4 | 2020 | 4 to 7 years | $538 | $384,347.20 |
| | | | | | |
| | **TOTAL HOURS** | 1,879.3 | | **TOTAL AMOUNT** | $1,283,547.10 |

**Table 4.**

**Class Counsel Fees and Costs Fees**
**Date Range: Date of inception through 9/30/2024**

| Source | Hours | Amount |
|---|---|---|
| Relman Colfax, PLLC Fees | 4396.1 | 2,561,074.30 |
| Relman Colfax, PLLC Costs | - | 30,776.75 |
| National Student Legal Defense Network Fees | 1879.3 | 1,283,547.10 |
|  |  |  |
| **TOTAL FEES** | 6275.4 | 3,844,621.40 |
| **TOTAL COSTS** |  | 30,776.75 |
| **TOTAL FEES AND COSTS** |  | 3,875,398.15 |