# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Aljanal Carroll, Claudia Provost Charles, Tiffany Fair, and Tareion Fluker,<br><br>                    Plaintiffs,<br><br>     v.<br><br>Walden University, LLC and Walden e-Learning, LLC,<br>                    Defendants. | Case No. 1:21-cv-00051-JRR |

## DECLARATION OF CAITLIN E. DAHL

I, Caitlin E. Dahl, hereby declare and state the following:

1. I am an attorney at the law firm of Latham and Watkins LLP, counsel to Defendants Walden University, LLC and Walden e-Learning, LLC (collectively, "Defendants") in the above-captioned matter.

2. I am over the age of eighteen and am competent to make this Declaration. I have personal knowledge of the matters set forth herein.

3. I submit this Declaration describing Defendants' compliance with the notice requirements of the Class Action Fairness Act, 28 U.S.C. § 1711, *et seq.* ("CAFA").

4. Attached hereto as **Exhibit A** is a true and correct copy of the letter sent pursuant to CAFA ("CAFA Notice") on April 8, 2024 via certified mail to the United States Attorney General and to the State officials identified in the service list attached hereto as **Exhibit B**, pursuant to 28 U.S.C. § 1715(a)-(b).

5. The CAFA Notice provided notice of the proposed settlement of the above-captioned case and Appendix 1 of the CAFA Notice provided a reasonable estimate of the number of class members located in each state pursuant to 28 U.S.C. § 1715(b).

6. Pursuant to 28 U.S.C. § 1715(b), enclosed with the CAFA Notice were hard copies of the following documents in the above-captioned case: (i) the Complaint (with exhibit) filed with the Court on January 7, 2022 (Dkt. 1); (ii) the First Amended Complaint filed with the Court on December 8, 2022 (Dkt. 47); and (iii) the proposed Settlement Agreement (with exhibits) filed with the Court on March 28, 2024 (Dkt. 92-2).

7. The CAFA Notice, with Appendix 1, was sent by e-mail to the State officials identified in the service list attached hereto as **Exhibit C** pursuant to such State officials' standing requests that all CAFA notices be provided electronically, with the documents described in paragraph 6 enclosed electronically in PDF format.

8. To the best of my knowledge, Defendants have fully complied with CAFA and have satisfied all their obligations thereunder.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Caitlin E. Dahl*
CAITLIN E. DAHL

Executed within the United States on: October 7, 2024.

# **EXHIBIT A**

**Caitlin Dahl**
Direct Dial: +1.312.876.7704
caitlin.dahl@lw.com

330 North Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Tel: +1.312.876.7700  Fax: +1.312.993.9767
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

# LATHAM&WATKINS LLP

April 8, 2024

**BY CERTIFIED MAIL**

Re:   Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715

To Whom It May Concern:

Pursuant to the requirements of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, I write on behalf of Walden University, LLC and Walden e-Learning, LLC (collectively, "Walden"), to provide the following notification of the proposed settlement in *Carroll, et al. v. Walden University, LLC, et al.*, Case No. 1:22-cv-00051 (D. Md.) ("*Carroll*").[1]

Plaintiffs filed a motion for preliminary approval of the Settlement on March 28, 2024.  In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents enclosed:

**1.     28 U.S.C. § 1715(b)(1) – Complaints:**  (a) Complaint (with exhibit) filed with the Court on January 7, 2022 (Dkt. 1); and (b) First Amended Complaint filed with the Court on December 8, 2022 (Dkt. 47).

**2.     28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearings:**  The Court has not entered an order for any hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement, Provisional Certification of Settlement Class, and Approval of Notice, as of the date of this letter.

**3.     28 U.S.C. § 1715(b)(3) – Notification to Class Members:**  The proposed Notice that informs class members of the proposed settlement, the right to object or request exclusion from the class, and the proposed plan of distribution

---

[1] Capitalized terms used in this letter shall have the meaning ascribed to them in the proposed Settlement Agreement.

is attached as Exhibit 2 to the Settlement Agreement.  *See* Settlement Agreement (Dkt. 92-2) at Ex. 2.[2]

**4.   28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** The proposed Settlement Agreement (with exhibits), filed with the Court on March 28, 2024 (Dkt. 92-2) as an exhibit to Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement, Provisional Certification of Settlement Class, and Approval of Notice (Dkt. 92).

**5.   28 U.S.C. § 1715(b)(5) – Contemporaneous Agreement:**  No agreement of any kind was made between Class Counsel and Counsel for Walden other than the proposed Settlement Agreement.

**6.   28 U.S.C. § 1715(b)(6) – Final Judgment:**  The Court has not entered a Final Judgment or notice of dismissal as of the date of this letter.

**7.   28 U.S.C. § 1715(b)(7)(B) – Estimate of Class Members:**  The Settlement Class contains approximately 2,291 Class Members located throughout the United States and abroad.  The approximate number of Class Members per state/territory is included in Appendix 1 herewith.  The estimated proportional share of the Settlement benefits is not available nor feasible to identify at this time.

**8.   28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:**  The Court has not issued a judicial opinion related to the proposed Settlement as of the date of this letter.

The foregoing information is provided based on the information currently available to Walden and is based on the status of the proceedings at the time of the submission of this notification.  Please do not hesitate to contact us if you have any questions.

         Respectfully submitted,

         *[signature: Caitlin Dahl]*

         Caitlin Dahl
         of LATHAM & WATKINS LLP

Enclosures

---

[2] The Settlement Agreement is attached as an exhibit to Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement, Provisional Certification of Settlement Class, and Approval of Notice (Dkt. 92).

LATHAM&WATKINS LLP

# Appendix 1

## Estimate of Class Members By State and Territory

| State/Territory | Estimated Number of Class Members |
|---|---|
| Alaska | 3 |
| Alabama | 54 |
| Arkansas | 26 |
| Arizona | 28 |
| California | 98 |
| Colorado | 18 |
| Connecticut | 19 |
| District of Columbia | 11 |
| Delaware | 12 |
| Florida | 172 |
| Georgia | 223 |
| Guam | 1 |
| Hawaii | 8 |
| Iowa | 3 |
| Idaho | 1 |
| Illinois | 57 |
| Indiana | 20 |
| Kansas | 17 |
| Kentucky | 15 |
| Louisiana | 25 |
| Massachusetts | 17 |
| Maryland | 140 |
| Maine | 1 |
| Michigan | 48 |
| Minnesota | 32 |
| Missouri | 24 |
| Mississippi | 25 |
| Montana | 1 |

| State/Territory | Estimated Number of Class Members |
|---|---|
| North Carolina | 133 |
| North Dakota | 3 |
| Nebraska | 3 |
| New Hampshire | 4 |
| New Jersey | 48 |
| New Mexico | 3 |
| Nevada | 20 |
| New York | 85 |
| Ohio | 73 |
| Oklahoma | 10 |
| Oregon | 4 |
| Pennsylvania | 54 |
| Puerto Rico | 6 |
| Rhode Island | 3 |
| South Carolina | 84 |
| South Dakota | 1 |
| Tennessee | 56 |
| Texas | 183 |
| Utah | 3 |
| Virginia | 143 |
| U.S. Virgin Islands | 3 |
| Vermont | 1 |
| Washington | 19 |
| Wisconsin | 17 |
| West Virginia | 7 |
| APO/FPO (American Military Overseas) | 12 |
| All Other Countries | 214 |

# **EXHIBIT B**

## CAFA NOTICE SERVICE LIST – CERTIFIED MAIL

| | |
|---|---|
| The Honorable Merrick B. Garland<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530-0001 | The Honorable Steve Marshall<br>Attorney General of the State of Alabama<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, AL 36104 |
| Alabama Community College System<br>135 S. Union Street<br>Montgomery, AL 36104-4340 | The Honorable Treg Taylor<br>Attorney General of the State of Alaska<br>1031 W. Fourth Avenue, Suite 200<br>Anchorage, AK 99501-1994 |
| Alaska Commission on Postsecondary Education<br>P.O. Box 110505<br>Juneau, AK 99811-0505 | The Honorable Kris Mayes<br>Attorney General of the State of Arizona<br>Office of the Attorney General<br>2005 N. Central Avenue<br>Phoenix, AZ 85004 |
| The Honorable Tim Griffin<br>Attorney General of the State of Arkansas<br>Office of the Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201-2610 | Arkansas Department of Higher Education<br>423 Main Street, Suite 400<br>Little Rock, AR 72201 |
| CAFA Coordinator<br>Office of the Attorney General<br>Consumer Protection Section<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102 | California Bureau for Private Postsecondary Education<br>2535 Capitol Oaks Drive, Suite 400<br>Sacramento, CA 95833 |
| The Honorable Philip J. Weiser<br>Attorney General of the State of Colorado<br>Colorado Department of Law<br>Ralph L. Carr Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO  80203 | Connecticut Office of Higher Education<br>450 Columbus Boulevard, Suite 510<br>Hartford, CT 06103-1841 |
| The Honorable Kathy Jennings<br>Attorney General of the State of Delaware<br>Delaware Department of Justice<br>Carvel State Office Building<br>820 N. French Street, 12th Floor<br>Wilmington, DE  19801 | The Delaware Department of Education<br>The Townsend Building<br>401 Federal Street, Suite 2<br>Dover, DE 19901-3639 |

| | |
|---|---|
| The Honorable Brian Schwalb<br>Attorney General of the District of Columbia<br>Office of the Attorney General<br>400 Sixth Street, NW<br>Washington, DC 20001 | District of Columbia Higher Education Licensure Commission<br>1050 First St., NE, Fifth Floor<br>Washington, DC 20002 |
| The Honorable Ashley Moody<br>Attorney General of the State of Florida<br>Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, FL  32399-1050 | The Honorable Chris Carr<br>Attorney General of the State of Georgia<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA  30334 |
| Georgia Nonpublic Postsecondary Education Commission<br>2082 E. Exchange Place, Suite 220<br>Tucker, GA 30084-5305 | The Honorable Douglas Moylan<br>Office of the Attorney General of Guam<br>ITC Building<br>590 S. Marine Corps Drive, Suite 901<br>Tamuning, GU  96913 |
| University of Guam<br>UOG Station<br>Mangilao, GU 96923 | The Honorable Anne E. Lopez<br>Attorney General of the State of Hawaii<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI  96813 |
| The Honorable Raul Labrador<br>Attorney General of the State of Idaho<br>Office of the Attorney General<br>State of Idaho<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, ID  83720-0010 | The Honorable Kwame Raoul<br>Attorney General of the State of Illinois<br>Office of Attorney General<br>500 S. Second Street<br>Springfield, IL 62701 |
| Illinois Board of Higher Education<br>One N. Old State Capitol Plaza, Suite 333<br>Springfield, IL 62701 | The Honorable Todd Rokita<br>Attorney General of the State of Indiana<br>Office of Attorney General<br>Indiana Government Center South<br>302 W. Washington Street, Fifth Floor<br>Indianapolis, IN  46204 |
| Indiana Commission for Higher Education<br>101 W. Ohio Street, Suite 300<br>Indianapolis, IN 46204-4206 | The Honorable Brenna Bird<br>Attorney General of the State of Iowa<br>Office of Attorney General<br>Hoover State Office Building<br>1305 E. Walnut Street<br>Des Moines, IA  50319 |
| Iowa College Student Aid Commission<br>475 SW Fifth St., Suite D<br>Des Moines, IA 50309-4608 | The Honorable Kris Kobach<br>Attorney General of the State of Kansas<br>Office of Attorney General<br>120 SW 10th Ave., Second Floor<br>Topeka, KS  66612-1597 |

| | |
|---|---|
| Kansas Board of Regents<br>1000 SW Jackson Street, Suite 520<br>Topeka, KS 55512-1368 | The Honorable Russell Coleman<br>Attorney General of the Commonwealth of Kentucky<br>Office of the Attorney General<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY  40601-3449 |
| Kentucky Council on Postsecondary Education<br>CPE Consumer Complaint<br>1024 Capital Center Drive, Suite 320<br>Frankfort, KY 40601 | The Honorable Liz Murrill<br>Attorney General of the State of Louisiana<br>Office of the Attorney General<br>P.O. Box 94005<br>Baton Rouge, LA  70804 |
| Louisiana Board of Regents<br>1201 N. Third Street, Suite 6-200<br>Baton Rouge, LA 70802 | The Honorable Aaron Frey<br>Attorney General of the State of Maine<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME  04333 |
| The Honorable Anthony G. Brown<br>Attorney General of the State of Maryland<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD  21202 | Maryland Higher Education Commission<br>Director of Academic Affairs<br>6 N. Liberty Street, 10th Floor<br>Baltimore, MD 21201 |
| The Honorable Andrea Joy Campbell<br>Attn: CAFA Coordinator/General Counsel's Office<br>Office of Massachusetts Attorney General<br>One Ashburton Place<br>Boston, MA 02108 | The Honorable Dana Nessel<br>Attorney General of the State of Michigan<br>Office of the Attorney General<br>G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909 |
| Employment & Training, Postsecondary Schools & State Approving<br>Michigan Department of Labor and Economic Opportunity<br>320 S. Walnut St.<br>P.O. Box 30805<br>Lansing, MI 48933 | The Honorable Keith Ellison<br>Attorney General of the State of Minnesota<br>Office of Minnesota Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101-2131 |
| Minnesota Office of Higher Education<br>Registration & Licensing<br>1450 Energy Park Drive, Suite 350<br>St. Paul, MN 55108 | The Honorable Lynn Fitch<br>Attorney General of the State of Mississippi<br>Office of the Attorney General<br>P.O. Box 220<br>Jackson, MS 39205 |

| | |
|---|---|
| The Honorable Andrew Bailey<br>Attorney General of the State of Missouri<br>Office of the Attorney General<br>Supreme Court Building<br>207 W. High Street<br>P.O. Box 899<br>Jefferson City, MO  65102 | The Honorable Austin Knudsen<br>Attorney General of the State of Montana<br>Office of the Attorney General<br>215 N. Sanders Street<br>Helena, MT  59620-1401 |
| Office of the Commission of Higher Education<br>560 N. Park Ave.<br>P.O. Box 203201<br>Helena, MT 59620-3201 | The Honorable Mike Hilgers<br>Attorney General of the State of Nebraska<br>Office of the Attorney General<br>2115 State Capitol<br>Lincoln, NE  68509 |
| Nevada Commission on Postsecondary Education<br>3663 E. Sunset Road, Suite 202<br>Las Vegas, NV 89120 | The Honorable John Formella<br>Attorney General of the State of New Hampshire<br>Office of the Attorney General<br>NH Department of Justice<br>33 Capitol Street<br>Concord, NH  03301 |
| New Hampshire Department of Education<br>101 Pleasant Street<br>Concord, NH 03301-3494 | The Honorable Matthew J. Platkin<br>Attorney General of the State of New Jersey<br>Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street, Box 080<br>Trenton, NJ  08625-0080 |
| The Honorable Raul Torrez<br>Attorney General of the State of New Mexico<br>Office of the Attorney General<br>Villagra Building<br>408 Galisteo Street<br>Santa Fe, NM 87501 | New Mexico Higher Education Department<br>2044 Galisteo Street, Suite 4<br>Santa Fe, NM 87505-2100 |
| The Honorable Josh Stein<br>Attorney General of the State of North Carolina<br>Office of the Attorney General<br>Department of Justice<br>9001 Mail Service Center<br>Raleigh, NC  27699-9001 | North Carolina Post-Secondary Education Complaints<br>c/o Student Complaints<br>University of North Carolina General Administration<br>910 Raleigh Road<br>Chapel Hill, NC 27515-2688 |
| The Honorable Drew Wrigley<br>Attorney General of the State of North Dakota<br>Office of the Attorney General<br>600 E. Boulevard Avenue, Dept. 125<br>Bismarck, ND  58505 | North Dakota University System<br>State Capitol<br>600 E. Boulevard Ave., Dept. 215<br>Bismarck, ND 58505-0230 |

| | |
|---|---|
| The Honorable Dave Yost<br>Attorney General of the State of Ohio<br>Office of the Attorney General<br>30 E. Broad Street, 14th Floor<br>Columbus, OH  43215 | Ohio Department of Higher Education<br>25 S. Front Street<br>Columbus, OH 43215 |
| The Honorable Gentner Drummond<br>Attorney General of the State of Oklahoma<br>Office of the Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK  73105 | The Honorable Ellen F. Rosenblum<br>Attorney General of the State of Oregon<br>Office of the Attorney General<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096 |
| Oregon Higher Education Coordinating Commission<br>Attn: Complaints-ODA<br>255 Capitol Street NE, Third Floor<br>Salem, OR 97310 | The Honorable Michelle A. Henry<br>Attorney General of the Commonwealth of Pennsylvania<br>Office of the Attorney General<br>15th Floor, Strawberry Square<br>Harrisburg, PA  17120 |
| Division of Higher & Career Education<br>Pennsylvania Department of Education<br>Postsecondary and Adult Education<br>333 Market Street, 12th Floor<br>Harrisburg, PA 17126-0333 | The Honorable Domingo Emanuelli Hernandez<br>Attorney General of Puerto Rico<br>Office of the Attorney General<br>P.O. Box 9020192<br>San Juan, PR  00902-0192 |
| The Honorable Peter F. Neronha<br>Attorney General of the State of Rhode Island<br>Office of the Attorney General<br>150 S. Main Street<br>Providence, RI  02903 | Rhode Island Office of the Postsecondary Commissioner<br>560 Jefferson Blvd., Suite 100<br>Warwick, RI 02886 |
| The Honorable Alan Wilson<br>Attorney General of the State of South Carolina<br>P.O. Box 11549<br>Columbia, SC 29211 | The Honorable Marty Jackley<br>Attorney General of the State of South Dakota<br>Office of the Attorney General<br>1302 E. Highway 14, Suite 1<br>Pierre, SD  57501-8501 |
| The Honorable Jonathan Skrmetti<br>Attorney General of the State of Tennessee<br>Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, TN  37202-0207 | State of Tennessee Higher Education Commission<br>Parkway Towers, Suite 1900<br>Nashville, TN 37243-0830 |
| The Honorable Ken Paxton<br>Attorney General of the State of Texas<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX  78711-2548 | Texas Higher Education Coordinating Board<br>Office of General Counsel<br>P.O. Box 12788<br>Austin, TX 78711-2788 |

| | |
|---|---|
| The Honorable Ian S.A. Clement<br>United States Virgin Islands<br>Office of the Attorney General<br>3438 Krondprindsens<br>Gade GERS Building, 2nd Floor<br>St. Thomas, VI 00802 | Virgin Islands Department of Education<br>1834 Kongens Gade<br>St. Thomas, VI 00802 |
| The Honorable Sean Reyes<br>Attorney General of the State of Utah<br>Office of the Attorney General<br>Utah State Capitol Complex<br>350 N. State Street, Suite 230<br>Salt Lake City, UT  84114-2320 | Utah Division of Consumer Protection<br>160 E. 300 South, 2nd Floor<br>P.O. Box 146704<br>Salt Lake City, UT 84114-6704 |
| The Honorable Charity R. Clark<br>Attorney General of the State of Vermont<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT  05609 | The Honorable Jason Miyares<br>Attorney General of the Commonwealth of Virginia<br>Office of the Attorney General<br>202 N. Ninth Street<br>Richmond, VA 23219 |
| State Council of Higher Education in Virginia<br>James Monroe Building<br>101 N. 14th Street, 10th Floor<br>Richmond, VA 23219 | The Honorable Bob Ferguson<br>Attorney General of the State of Washington<br>Office of the Attorney General<br>1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA  98504 |
| Washington Student Achievement Council<br>917 Lakeridge Way SW<br>Olympia, WA 98502 | The Honorable Patrick Morrisey<br>Attorney General of the State of West Virginia<br>Office of the Attorney General<br>State Capitol Complex, Bldg. 1, Rm E-26<br>1900 Kanawha Boulevard E<br>Charleston, WV 25305 |
| West Virginia Higher Education Policy Commission<br>1018 Kanawha Boulevard, East - Suite 700<br>Charleston, WV 25301 | The Honorable Josh Kaul<br>Attorney General of the State of Wisconsin<br>Office of the Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI  53707-7857 |
| Department of Safety and Professional Services<br>1400 E. Washington Ave.<br>Madison, WI 53703 | |

# EXHIBIT C

**CAFA NOTICE SERVICE LIST - ELECTRONIC**

| | |
|---|---|
| Attorney General of the State of Connecticut<br>Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>AG.CAFA@CT.GOV | CAFA Coordinator<br>Office of the Nevada Attorney General<br>Bureau of Consumer Protection<br>NVAGCAFAnotices@ag.nv.gov |
| CAFA Coordinator<br>Office of the New York State Attorney General<br>28 Liberty Street, 15th Floor<br>New York NY 10005<br>CAFA.Notices@ag.ny.gov | |